1    **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
Attorneys at Law
2    Pacific News Building, Suite 300
238 Archbishop Flores Street
3    Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4    Facsimile (671) 477-5297

5    Attorney for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005 ℘

**MARY L.M. MORAN
CLERK OF COURT**

6

7        **IN THE UNITED STATES DISTRICT COURT OF GUAM**

8

9             **FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | CIVIL CASE NO.05-00025 |
| Plaintiffs, | |
| -vs- | |
| A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc. Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation , Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.,. | **PETITION TO ADMIT ATTORNEY** *PRO HAC VICE* |
| Defendants. | |

ORIGINAL

1    Plaintiffs hereby petition for attorney Benjamin B. Cassiday, III, a solo practitioner, to be

2    admitted *pro hac vice* to practice before this Court in the above-captioned action.

3    This Petition is made pursuant to General Rule 17.1(d) and (e) of the Local Rules of

4    Practice for the District Court of Guam ("the Local Rules"), the Declaration of Benjamin B.

5    Cassiday, III, filed concurrently herewith and the consent of local counsel, John S. Unpingco of

6    the law firm of Lujan, Unpingco, Aguigui, & Perez LLP, filed concurrently herewith.  Pursuant to

7    General Rule 17.1(d)(3) of the Local Rules, this Petition is accompanied by payment to the clerk

8    of a $200.00 fee (payable to Clerk, District Court of Guam).

9    Dated this 8th day of August, 2005.

10

11   **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

12

13

14   **JOHN S. UNPINGCO, ESQ.**
     Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28