1  **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  Attorney for Plaintiffs

6

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005🖉

**MARY L.M. MORAN**
**CLERK OF COURT**

7        IN THE UNITED STATES DISTRICT COURT OF GUAM

8

9              FOR THE TERRITORY OF GUAM

10 | Cess Navarro Olmo, Ronnie Pascual    | CIVIL CASE NO.05-00025
11 | Ferreras,

12 |             Plaintiffs,

13 |      -vs-

14 |

15 | A.P. Green Industries, Inc., A.P. Green | **CONSENT OF JOHN S. UNPINGCO**
   | Services, Inc., A.W. Chesterton Company, | **IN SUPPORT OF APPLICATION FOR**
16 | Amchem Products, Inc., Armstrong World | **ADMISSION PRO HAC VICE OF**
   | Industries, Inc. Asbestos Claims | **BENJAMIN B. CASSIDAY III**
17 | Management Corporation, Babcock &
   | Wilcox Company, Combustion
18 | Engineering, Inc., Dow Chemical Company,
   | Dresser Industries, Inc., Flexitallic, Inc.,
19 | Flintkote Company, Foster Wheeler Corp.,
   | GAF Corporation, Garlock, Inc., Georgia-
20 | Pacific Corporation, Harbison-Walker
   | Refractories Co., Honeywell International,
21 | Inc., John Crane, Inc., Kaiser Gypsum
   | Company, Inc., Metropolitan Life Insurance
22 | Company, Owens Corning, Owens-Illinois,
   | Inc., Pittsburg Corning Corporation ,
23 | Quigley Company, Inc., United States
   | Gypsum Company, Viacom, Inc.,.

24

25 |             Defendants.

26

27

28

ORIGINAL

1    I, John S. Unpingco, a member of the Guam Bar Association in good standing,

2    admitted to practice before this Court, hereby consent to serve as the Local Counsel under

3    General Rule 17.1(e) for the purposes of the admission in this proceeding of Benjamin B.

4    Cassiday, III to this Court *pro hac vice.*

5            I declare under penalty of perjury pursuant to the laws for the United States and of

6    the Territory of Guam that the foregoing statements are true and correct.

7            Executed this **8th** day of **AUGUST**, 2005.

8

9                        **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

10

11

12                       JOHN S. UNPINGCO, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TP\USDC Civil-A0019: Consent of JSU in Support of Application for Admission pro hac vice of BBC
Page 2 of 2
Case 1:05-cv-00025    Document 3    Filed 08/08/2005    Page 2 of 2