LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorney for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2005 ƍp

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras,<br><br>    Plaintiffs,<br><br>-vs-<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc. Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., Indresco, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation , Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.,.<br><br>    Defendants. | CIVIL CASE NO.05-00025<br><br>**DECLARATION OF BENJAMIN B. CASSIDAY III, IN SUPPORT OF PETITION TO ADMIT ATTORNEY *PRO HAC VICE*** |

1    I, Benjamin B. Cassiday, III, hereby declare and state under penalty of perjury that the
2    following is true and based upon my personal knowledge and belief and if called to testify, I
3    could do so competently:

4    1.    I submit this Declaration in Support of the Petition to Admit Attorneys Pro Hac Vice. I am a solo practitioner. My business address is 5699 Kalanianaole Hwy. Honolulu, Hawaii 96821. My residential address is 5699 Kalanianaole Hwy., Honolulu, HI. 96821.

2.    I am admitted to practice before the following courts on the dates indicated: the Supreme Court of Hawaii since 1980; the U.S. District Court, District of Hawaii 1992.

3.    I am a member in good standing of the bar of the State of Hawaii, and am eligible to practice before all the courts in which I have been admitted to practice.

4.    I have never been suspended or disbarred by any court.

5.    I do not reside in Guam, am not regularly employed in Guam, and am not engaged in business, professional or other activities in Guam.

6.    Prior to this Petition, I have not made any *pro hac vice* applications to this Court.

7.    Pursuant to Rules 17.1(e) of the Local Rules of the District Court of the Territory of Guam, I hereby designate as local counsel in the above-captioned action, John S. Unpingco of Lujan, Unpingco, Aguigui, & Perez, LLP., who is duly licensed and authorized to practice law before all of the courts of Guam, and with whom this Court and opposing counsel may communicate regarding the conduct of this case and upon whom papers shall be served in this action. The written consent of Mr. Unpingco to act as local counsel is filed concurrently herewith.

WHEREFORE, I pray that an Order be made admitting me *pro hac vice* to practice before the United States District Court for the Territory of Guam for the pendency of the above-captioned action.

/ / /

/ / /

TP\USDC Civil-A0019: Declaration of BBC in Support of petition to Admit Attorneys pro hac vice.
Page 2 of 3
Case 1:05-cv-00025     Document 4     Filed 08/08/2005     Page 2 of 3

I hereby declare under penalty of perjury under the laws of the Territory of Guam and of the United States of America that the foregoing is true and correct and was executed this 2 day of Aug 2, 2005, in Honolulu, Hawaii.

BENJAMIN B. CASSIDAY, III, ESQ.