ORIGINAL

| | |
|---|---|
| LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297<br><br>Attorney for Plaintiffs | **FILED**<br>DISTRICT COURT OF GUAM<br><br>AUG - 8 2005 9p<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras,<br><br>Plaintiffs,<br><br>-vs-<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc. Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.,.<br><br>Defendants. | CIVIL CASE NO.05-00025<br><br><br><br><br>**MOTION TO ACCEPT FACSIMILE FILING** |

1  Pursuant to General Rule 5.1(a) of the Local Rules of Practice for the District Court of
2  Guam, Plaintiffs Cess Navarro Olmo and Ronnie Pascual Ferreras ("Plaintiffs") move this
3  Honorable Court to accept the facsimile filing of the signature page of the Declaration of
4  Benjamin B. Cassiday III, in Support of Petition to Admit Attorney *Pro Hac Vice* ("the
5  Declaration"). A copy of said signature page is attached herewith as Exhibit 1. Good cause for
6  this Motion exists for the reason that the signer to the Declaration, Benjamin B. Cassiday, III, is
7  presently off-island. Plaintiffs will file with the Court the original signature page immediately
8  upon Plaintiffs' receipt of such page.

Dated this 8th day of August, 2005.

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

_____
**JOHN S. UNPINGCO, ESQ.**
Attorneys for Plaintiffs

# EXHIBIT 1

I hereby declare under penalty of perjury under the laws of the Territory of Guam and of the United States of America that the foregoing is true and correct and was executed this 2 day of Aug. 2, 2005, in Honolulu, Hawaii.

BENJAMIN B. CASSIDAY, III, ESQ.

TAUSDC Civil-A0019:
Declaration of BBC in Support of Petition to
Admit Attorneys Pro Hac Vice