LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorney for Plaintiffs

FILED
DISTRICT COURT OF GUAM
AUG 1 0 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras,<br><br>Plaintiffs,<br><br>-vs-<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc. Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.,.<br><br>Defendants. | CIVIL CASE NO.05-00025<br><br>**ORDER GRANTING MOTION TO ACCEPT FACSIMILE FILING** |

Upon good cause shown in Plaintiffs' Motion to Accept Facsimile Filing and pursuant to General Rule 5.1(a) of the Local Rules of Practice for the District Court of Guam, the Court hereby grants the Motion to Accept Facsimile Filing.

**IT IS HEREBY ORDERED** that Plaintiffs are permitted to file by facsimile with the Court the signature page of the Declaration of Benjamin B. Cassiday III, in Support of Petition to Admit Attorney *Pro Hac Vice*. Plaintiffs shall file with the Court the original signature page of said Declaration immediately upon Plaintiffs' receipt of such page.

SO ORDERED this 10th day of August, 2005.

_____
**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**
**Magistrate Judge, District Court of Guam**



RECEIVED
AUG - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM