1  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  Attorney for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

AUG 1 0 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras,<br><br>                    Plaintiffs,<br><br>    -vs-<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc. Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation , Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.,.<br><br>                    Defendants. | CIVIL CASE NO.05-00025<br><br><br><br><br><br>**ORDER GRANTING PETITION TO ADMIT ATTORNEYS *PRO HAC VICE*** |

Upon good cause shown, and after review of the Petition to Admit Attorney *Pro Hac Vice*, the Declaration of Benjamin B. Cassiday III, in Support of the Petition, and the Consent of John S. Unpingco to Designation as Legal Counsel, and pursuant to General Rule 17.1(d) and (e) of the Local Rules of Practice for the District Court of Guam, the Petition to Admit Attorney *Pro Hac Vice* is hereby granted.

**IT IS HEREBY ORDERED** that Benjamin B. Cassiday, III, is admitted *pro hac vice* on behalf of Plaintiffs for the pendency of the above-captioned case. John S. Unpingco is designated as local counsel.

SO ORDERED this 10th day of August, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
**Magistrate Judge, District Court of Guam**



RECEIVED
AUG - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM