ORIGINAL

**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorney for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 3 0 2005

**MARY L.M. MORAN
CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, <br><br> Plaintiffs, <br><br> -v- <br><br> A.P. Green Industries, Inc., et al., <br><br> Defendants. | CIVIL CASE NO.05-00025 <br><br><br> **CERTIFICATE OF MAILING** |

I, **JESS DUENAS**, hereby certify that I am employed with the law office of Lujan, Unpingco, Aguigui, & Perez, LLP and not an interested party in the above-captioned matter. That on August 24, 2005, I mailed a true and correct copy(ies) of the attached, Amended Complaint and Summons regarding District Court Civil Case No. 05-00025 via U.S. Postal Service Certified Mail and Return Receipt to the U.S. Post Office located on 223 East Santo Papa Street, Hagåtña, Guam, 96932 for delivery to the following:

    1)    **A. P. Green Industries, Inc.**
              CT Corporation System,
              120 S. Central Av, Clayton MO 63105
              U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 7005;

<pre>
 1      2)    A. P. Green Services, Inc.
              Corporation Trust Co.
 2            1209 Orange St., Wilmington DE 19801
              U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
 3            RECEIPT NO. 7002 1000 0004 9182 6992;

 4      3)    A. W. Chesterton Company
              Joseph E. Riley,
 5            % A. W. Chesterton Company
              225 Fallon Rd, Stoneham MA 02180
 6            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6985;
 7
        4)    Amchem Products, Inc.
 8            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
 9            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6978;
10
        5)    Armstrong World Industries, Inc.
11            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
12            U.S. POSTAL SERIVCE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6961;
13
        6)    Asbestos Claims Management Corporation
14            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
15            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6954;
16
        7)    Babcock & Wilcox Company
17            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
18            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6947;
19
        8)    Combustion Engineering, Inc.
20            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
21            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6930;
22
        9)    Dow Chemical Company
23            Corporation Trust Co.
              1209 Orange St., Wilmington DE 19801
24            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6923;
25      10)   Dresser Industries, Inc.
              CT Corporation System
26            818 West Seventh St.,
              Los Angeles CA 90017
27            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
              RECEIPT NO. 7002 1000 0004 9182 6916;
28
</pre>

1

2    **11)**    **Flexitallic, Inc.**
            CT Corporation System

3            818 West Seventh St.,
            Los Angeles CA 90017

4            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6909;

5

6    **12)**    **Flintkote Company**
            Corporation Trust Co.
            1209 Orange St., Wilmington DE 19801

7            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9183 3631;

8

9    **13)**    **Foster Wheeler Corporation**
            CT Corporation System
            818 West Seventh St.,

10            Los Angeles, CA 90017 (for Foster Wheeler Avon, Inc.)
            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN

11            RECEIPT NO. 7002 1000 0004 9183 3624;

12    **14)**    **GAF Corporation**
            Prentice-Hall Corporation Systems, Inc.

13            2711 Centerville Road, Suite 400
            Wilmington DE 19801

14            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6879;

15

16    **15)**    **Garlock, Inc.**
            Corporation Trust Co.
            1209 Orange St., Wilmington DE 19801

17            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6862;

18

19    **16)**    **Georgia-Pacific Corporation**
            Corporation Trust Co
            1209 Orange St., Wilmington DE 19801

20            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6855;

21

22    **17)**    **Harbison-Walker Refractories Co.**
            Corporation Trust Co.
            1209 Orange St., Wilmington DE 19801

23            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6848;

24

25    **18)**    **Honeywell International, Inc.**
            Corporation Trust Co.

26            1209 Orange St.
            Wilmington DE 19801

27            U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
            RECEIPT NO. 7002 1000 0004 9182 6831;

28

1

2

3

4
19) **John Crane, Inc.**
Corporation Trust Co.
1209 Orange St.,
Wilmington DE 19801
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6824;

5

6

7

8
20) **Kaiser Gypsum Company, Inc.**
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6817;

9

10

11
21) **Metropolitan Life Insurance Company**
Corporation Trust Co.
1209 Orange St., Wilmington, DE 19801
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6800;

12

13

14
22) **Owens Corning**
Corporation Trust
1209 Orange St., Wilmington DE 19801
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6794;

15

16

17
23) **Owens-Illinois, Inc.**
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6787;

18

19

20
24) **Pittsburgh Corning Corporation**
800 Presque Isle Dr.
Pittsburgh PA 15239
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6770;

21

22

23

24
25) **Quigley Company, Inc.**
CT Corporation System
111 Eighth Avenue
New York, NY 10011
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 6763;

25

26

27
26) **United States Gypsum Company**
Corporation Trust Co.
1209 Orange St., Wilmington DE 19801
U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9182 8824; and

28

1     27)    **Viacom, Inc.**
Corporation Service Company
2                 2711 Centerville Road, Suite 400
Wilmington DE 19808
3                 U.S. POSTAL SERVICE CERTIFIED MAIL AND RETURN
RECEIPT NO. 7002 1000 0004 9183 3693.

Dated this 29th day of August, 2005.

**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP

By: _____

           **JESS DUENAS**



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

BARRIGADA GU HAGATNA STA. USPS Postmark Here AUG 24 2005

Sent To *A.P. Green Industries, Inc.*
Street, Apt. No.; or PO Box No. *C/T Corporation System*
City, State, ZIP+4 *1005 Central Av. Clayton, MO. 63105*
PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

BARRIGADA GU HAGATNA STA. USPS AUG 24 2005

Sent To *A.P. Green Services, Inc.*
Street, Apt. No.; or PO Box No. *C/o Corporation Trust Co.*
City, State, ZIP+4 *1209 Orange St. Wilmington DE 19801*
PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

BARRIGADA GU HAGAT... Postmark Here AUG 24 2005

Sent To *A.W. Chesterton Company Joseph E. Riley*
Street, Apt. No.; or PO Box No. *A.W. Chesterton Company*
City, State, ZIP+4 *205 Fallon Rd. Stoneham, MA 02180*
PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

BARRIGADA GU HAGATNA STA. USPS AUG 24 2005 Postmark Here

Sent To *Amchem Products, Inc.*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
City, State, ZIP+4 *1209 Orange Orange St. Wilmington DE 19801*
PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

USPS BARRIGADA GU HAGATNA STA. 2005 Postmark Here AUG 24

Sent To *Armstrong World Ind., Inc.*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
City, State, ZIP+4 *1209 Orange St. Wilmington DE 19801*
PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

BARRIGADA GU HAGATNA STA. USPS AUG 24 2005 Postmark Here

Sent To *Asbestos Claims Management Corporation*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
City, State, ZIP+4 *1209 Orange St. Wilmington DE 19801*
PS Form 3800, April 2002 — See Reverse for Instructions

ORIGINAL



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here BARRIGADA GU HAGATNA STA. USPS AUG 24 2005

Sent To *Combustine Engineering Inc*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *1209 Orange St*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here BARRIGADA GU HAGATNA STA. USPS AUG 2005

Sent To *Babcock & Wilcox Company*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *1209 Orange St*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here HAGATNA STA. USPS BARRIGADA GU AUG 24 2005

Sent To *Dresser Industries, Inc.*
*CT Corporation System*
Street, Apt. No.; or PO Box No. *818 West Seventh St.*
City, State, ZIP+4 *Los Angeles, CA. 90017*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here HAGATNA STA. USPS BARRIGADA GU AUG 2005

Sent To *Dow Chemical Company*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *909 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here HAGATNA STA. GU BARRIGADA USPS AUG 24 2005

Sent To *Flintkote Company Corporation Trust*
Street, Apt. No.; or PO Box No. *1209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here HAGATNA STA. USPS BARRIGADA GU AUG 2005

Sent To *Flexitallic, Inc.*
*CT Corporation System*
Street, Apt. No.; or PO Box No. *818 West Seventh St.*
City, State, ZIP+4 *Los Angeles, CA. 90017*

PS Form 3800, April 2002 — See Reverse for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *GAF Corporation*
Street, Apt. No.; or PO Box No. *Prentice-Hall Corporation Systems, Inc.*
*2711 Centerville Road Ste. 400*
City, State, ZIP+4 *Wilmington DE 19808*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *For Foster Wheeler Avon, Inc.*
Street, Apt. No.; or PO Box No. *Foster Wheeler Corporation*
*Corporation System*
*818 West Seventh Street*
City, State, ZIP+4 *Los Angeles, CA 90017*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *Georgia-Pacific Corporation*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
*1209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 1980*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *Harbison, Inc.*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
*1209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *Honeywell International, Inc.*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
*1209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88

Sent To *Harbison-Walker Refractories, Co.*
Street, Apt. No.; or PO Box No. *Corporation Trust Co.*
*1209 Orange St.*
City, State, ZIP+4 *Wilmington DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

*1D*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *Kaiser Gypsum Company, Inc.*
*CT Corporation System*
Street, Apt. No.; or PO Box No. *818 West Seventh St.*
City, State, ZIP+4 *Los Angeles, CA 90017*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6817

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *John Crane Inc.*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6824

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *Owens Corning*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6794

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *Metropolitan Life Insurance Company*
*Corporation Trust Co.*
Street, Apt. No.; or PO Box No. *209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6800

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *Pittsburgh Corning Corporation*
Street, Apt. No.; or PO Box No. *800 Presque Isle Dr.*
City, State, ZIP+4 *Pittsburgh, PA 15239*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6770

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | .83 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.88 |

HAGATÑA STA. GU BARRIGADA USPS Postmark AUG 24 2005

Sent To *Owens-Illinois, Inc.*
*CT Corporation System*
Street, Apt. No.; or PO Box No. *818 West Seventh St.*
City, State, ZIP+4 *Los Angeles, CA 90017*

PS Form 3800, April 2002 — See Reverse for Instructions

7002 1000 0004 9182 6787

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Sent To *Quigley Company Inc*
Street, Apt No. *c/o Corporation System*
or PO Box No. *111 Eighth Avenue*
City, State, ZIP+4 *New York, NY 10011*

PS Form 3800, April 2002   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Sent To *United States Gypsum Company*
Street, Apt. No. *Corporation Trust Co.*
or PO Box No. *209 Orange St.*
City, State, ZIP+4 *Wilmington, DE 19801*

PS Form 3800, April 2002   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Sent To *Viacom, Inc. c/o Corporation Service Co.*
Street, Apt. No. *2711 Centerville Road, Suite 400*
or PO Box No.
City, State, ZIP+4 *Wilmington, DE 19808*

1  **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  **BENJAMIN B. CASSIDAY, III**
   5699 Kalanianaole Hwy.
6  Honolulu, Hawaii 96821
   Telephone (808)220-3200
7  Facsimile (808)373-7720

8  *Attorneys for Plaintiffs*

9

**FILED**
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

10          **IN THE UNITED STATES DISTRICT COURT OF GUAM**

11                       **TERRITORY OF GUAM**

12

13  Cess Navarro Olmo, Ronnie Pascual          CIVIL CASE NO.05-00025
    Ferreras,
14

15                    Plaintiffs,

16          -vs-

17
    A.P. Green Industries, Inc., A.P. Green          **FIRST AMENDED**
18  Services, Inc., A.W. Chesterton Company,          **COMPLAINT**
    Amchem Products, Inc., Armstrong World
19  Industries, Inc. Asbestos Claims
    Management Corporation, Babcock &
20  Wilcox Company, Combustion
    Engineering, Inc., Dow Chemical Company,
21  Dresser Industries, Inc., Flexitallic, Inc.,
    Flintkote Company, Foster Wheeler Corp.,
22  GAF Corporation, Garlock, Inc., Georgia-
    Pacific Corporation, Harbison-Walker
23  Refractories Co., Honeywell International,
    Inc., John Crane, Inc., Kaiser Gypsum
24  Company, Inc., Metropolitan Life Insurance
    Company, Owens Corning, Owens-Illinois,
25  Inc., Pittsburg Corning Corporation ,
    Quigley Company, Inc., United States
26  Gypsum Company, Viacom, Inc.,.

27                    Defendants.

28

**PLAINTIFFS** Cess Navarro Olmo and Ronnie Pascual Ferreras allege:

1.     That this court has jurisdiction over the subject matter of this action pursuant to the diversity jurisdiction of this court, 28 USC Section 1332, as this is a civil action between citizens of a state and citizens of a foreign state and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

2.     Plaintiffs are citizens and residents of the Republic of the Philippines.

3.     Defendants and their places of incorporation are listed in Exhibit A attached hereto.

To the best of plaintiffs' information and belief, the Defendants are authorized to do business in their state of incorporation and, their principal place of business is the state where their headquarters are located.

4.     Venue is proper in the Court under 28 U.S.C. Section 1391(a) (2) as a substantial part of the events giving rise to the claims occurred on Guam.

5.     This Court has personal jurisdiction over the Defendants under applicable law because they have had "minimum contacts" with the territory of Guam through their transacting business within the territory.

6.     Defendants are engaged in the business of manufacturing, and distributing asbestos and products containing asbestos.

7.     Plaintiff is informed and believes, and upon such information and belief, alleges that all times and places mentioned herein, each of the Defendants was the agent or co-conspirator of each of the remaining Defendants, and was at all times and places mentioned herein acting within the purpose and scope of said agency or conspiracy.

8.     About and during the period of time between 1925 and 1981, Defendants manufactured, sold, and supplied certain generically similar asbestos products which were ultimately used on United States Navy vessels and on naval bases and installations, including those located in and around the Pacific and other locations, including Pearl Harbor Naval

1 shipyard, Guam Naval shipyard, Subic Bay Naval shipyard, in the general overhaul, building,
2 refitting, and maintenance of ships and which products were ultimately used by those serving
3 and/or working in the U.S. Navy and/or to which they came into contact.

4      9.     Plaintiffs were employed by the United States Navy about or during 1966 to 1992
5 and worked on various Navy vessels, bases and installations including those located in and
6 around the Pacific and other locations including Pearl Harbor Shipyard and Subic Bay shipyard,
7 and, worked on board said ships going to and from the Philippines and Guam where the asbestos
8 products were repeatedly used. Among the duties assigned to Plaintiffs was the removal and
9 replacement of certain piping and/or insulation in the ships. The piping and/or insulation material
10 contained asbestos or was an asbestos product supplied to the Navy by some or all of the
11 Defendants.

12      10.     During the aforementioned employment, Plaintiffs were frequently, regularly, and
13 closely exposed to great quantities of asbestos, asbestos dust and asbestos fibers and on these and
14 other occasions, Plaintiffs inhaled asbestos dust and fibers from said asbestos products. As a
15 direct and proximate result of said exposures and inhalation, Plaintiffs developed malignant
16 mesothelioma, cancer, and/or other asbestos-related diseases and injuries to their lungs, chest
17 cavity, cardiovascular system and other parts of their body which were not discovered and/or
18 were disguised until about 2005.

19      11.     Plaintiffs are workers who for a substantial length of time have closely used,
20 handled, or otherwise been exposed to the asbestos and asbestos products referred to in Paragraph
21 9 and 10 above, in a manner that was reasonably foreseeable.

22      12.     Plaintiff is informed and believes that asbestosis is a progressive lung disease
23 caused by inhalation of asbestos fibers without perceptible trauma, and that asbestosis results
24 from exposure to asbestos and asbestos products over a period of time.

25      13.     Plaintiff is informed and believes that malignant mesothelioma refers to the growth
26 of a malignant tumor of the cells lining the various organs in the body-specifically in the chest
27 (pleura), abdomen (peritoneum), and around the heart (pericardium). Affected cells rapidly grow

28

1   and can eventually surround and destroy a functioning organ. Mesothelioma is caused by

2   exposure to asbestos fibers that essentially imbed themselves within the layers of the lung.

3       14.    Defendants had a duty to plaintiffs to fully and adequately test their products, to

4   properly design their products, to discover the defects in their products, to warn users or

5   consumers of the dangers involved in using or handling their products, and to give adequate

6   instructions for the use of their products and Defendants breached their duty to Plaintiffs.

7                                   **First Cause of Action:**

8                                        **Negligence**

9       15.    At all times and places herein mentioned, Defendants and each of them negligently

10  tested or failed to test, manufactured, designed, developed, selected materials, assembled,

11  inspected, distributed, labeled, advertised, and sold asbestos and products containing asbestos,

12  and failed to give adequate warnings about the known or knowable dangerous nature of asbestos,

13  even though that substance was capable of causing and did, in fact, proximately cause personal

14  injuries to users, consumers, workers, and others, while being used in a reasonably foreseeable

15  manner, rendering those products defective and unsafe and unfit for use by the consumers, users,

16  bystanders, or workers in the way such products are customarily treated, used, and employed, and

17  also negligently failed to discover said defects and find or use a safe substitute insulating

18  material.

19      16.    As a direct and proximate result of the conduct of Defendants as stated above,

20  Plaintiffs are dying, in great pain of mind and body, suffering, and continue to suffer permanent

21  injuries to their person, body, and health, including but not limited to mesothelioma, asbestosis,

22  cancer, all to their general damage in a sum to be determined at trial.

23      17.    As a direct and proximate result of the conduct of the defendants, Plaintiffs have

24  incurred, are presently incurring and will incur in the future, liability for physicians, surgeons,

25  nurses, hospital care, medicine, x-rays, and other medical treatment, the exact amount being

26  unknown to Plaintiffs at this time. Plaintiffs request permission to amend this complaint

27  accordingly when the exact cost of medical treatment is ascertained.

28

1    18.    As a further direct and proximate result of the conduct of Defendants, Plaintiffs

2    have incurred and will incur, loss of income, wages, a diminishment of earning potential, and

3    other pecuniary losses, and loss of consortium, the full nature and extent of all of which are not

4    yet known to Plaintiffs and Plaintiffs must endure pain and suffering as well. Permission is

5    requested to amend this complaint to conform to proof at the time of trial.

6                                    **Second Cause of Action:**

7                                          **Strict Liability**

8    19.    Plaintiffs reallege and incorporate herein by reference, paragraphs 1 through 14 of

9    the First Cause of Action.

10    20.    That at all times and places mentioned herein, Defendants, and each of them, were

11    engaged in the business of designing, manufacturing, assembling, maintaining for sale, testing,

12    inspecting, marketing, distributing, recommending and selling, leasing, renting, and supplying

13    asbestos and asbestos products.

14    21.    That about the period of time between the years 1925 through 1981 and at other

15    times mentioned herein, the above-described asbestos and asbestos products were in substantially

16    the same condition as at the time of design, manufacture, assembling, testing, inspection,

17    marketing, distribution and sale. Thus, the asbestos product was intended to and did reach the

18    workers such as the Plaintiffs herein without substantial change in the condition in which it was

19    sold.

20    22.    Products made of asbestos are defective, in that the substance was capable of

21    causing and did, in fact, cause personal injuries, including asbestosis, mesothelioma, cancer an/or

22    other lung damage, and cancer, to the users and consumers of it, while being used in a reasonably

23    foreseeable manner, rendering it unsafe and unreasonably dangerous for use by consumers, users,

24    and workers exposed to it.

25    23.    Alternatively, under a failure to warn claim, at all times and places mentioned

26    herein, said asbestos products failed to meet consumer expectations of safety, were unreasonably

27    dangerous and in a defective condition as to design and marketing, and Defendants failed to warn

28

1   or give adequate warning calculated to reach the ultimate users or consumers of the dangers of

2   asbestos products, all of which directly and proximately resulted in the injuries and damages

3   sustained by Plaintiffs

4       24.     As a direct and proximate result of the conduct of Defendants as stated above,

5   Plaintiffs have suffered the injuries and damages previously alleged.

6       25.     By reason of the foregoing, Defendants and each of them, are strictly liable to

7   Plaintiffs.

## Third Cause of Action:

## Warranty of Merchantability

10      26.     Plaintiffs reallege and incorporate herein by reference, paragraphs 1 through 14 of

11  the First Cause of Action.

12      27.     That at all times and places mentioned herein Defendants, and each of them, at the

13  time of design, manufacture, and sale of said asbestos products expressly and impliedly warranted

14  that said asbestos products as hereinabove described were of a merchantable quality, properly

15  designed, manufactured, and reasonably fit and suitable for ordinary use in the ship construction,

16  overhaul, repair, and refitting on U.S. Navy vessels, bases, and installations, including Pearl

17  Harbor shipyard, Subic Bay shipyard and other Pacific locations.

18      28.     At all times and places mentioned herein, Defendants, and each of them, breached

19  said warranty, in that, among other things, said asbestos products were not of merchantable

20  quality nor properly designed, manufactured, fabricated, assembled, supplied, marketed, sold and

21  were distributed in such a dangerous and defective condition that said asbestos products were

22  reasonably likely to harm, and further said asbestos products could not safely be used by a person

23  exercising ordinary and reasonably care.

24      29.     As a direct and proximate result of these breaches of expressed and implied

25  warranties, Plaintiffs suffered injury, disease, and damage as herein set forth.

26

27

28

**Fourth Cause of Action:**

**Market Share Liability**

30. Plaintiffs reallege and incorporate herein by reference, paragraphs 1 through 14 of the First Cause of Action.

31. As a direct and proximate result of the Defendants manufacturing asbestos products such as insulation materials utilizing asbestos and placing them in the stream of interstate commerce, Plaintiffs have been injured as described herein.

32. Plaintiffs through no fault of their own, may not be able to identify any or all asbestos products which caused the injuries stated herein.

33. Plaintiffs have joined as Defendants manufacturers representing a substantial share of this products market.

34. Defendants are better able to discover and guard against product defects and to warn of harmful effects.

35. As a direct and proximate result of Defendants' conduct as stated above, Plaintiffs have suffered the injuries and damages previously alleged.

36. Each Defendant manufacturer is liable for Plaintiffs' injuries in proportion to that Defendant manufacturer's share of the asbestos materials market.

**Fifth Cause of Action:**

**Enterprise Liability**

37. Plaintiffs reallege and incorporate herein by reference, paragraphs 1 through 14 of the First Cause of Action.

38. As a direct and proximate result of the Defendants manufacturing asbestos material and placing them in the stream of interstate commerce and selling them to the U.S. Navy and/or its contractors and their subsequent use on Navy vessels, bases, and installations, and in shipyards and on ships, and so that the asbestos materials came into use by the Plaintiffs and to which Plaintiffs came into contact, Plaintiffs have been injured as described herein.

1      39.    There is a high probability that the injuries stated herein were caused by the

2 tortious behavior of some, one, or all of the Defendants.

3      40.    Defendants concertedly adhered to a dangerous, industry-wide safety standard in

4 their manufacture of the asbestos products. Defendants had a joint awareness of the risks at issue

5 and a joint capacity to reduce or affect those risks.

6      41.    Each Defendant manufacturer is liable to Plaintiff for all injuries and damages

7 stated herein by mixture of industry-wide or enterprise liability.

8 **Sixth Cause of Action:**

9 **Unfit for Intended Use**

10      42.    Paragraphs 1 through 14 are realleged and incorporated herein by reference.

11      43.    At all times and places mentioned herein, Defendants, and each of them, so

12 designed manufactured, selected materials, assembled, inspected, tested, maintained for sale,

13 marketed, distributed, leased, sold, rented, recommended, and/or delivered the hereinabove

14 described asbestos products so as to know said asbestos products to be in a defective and unsafe

15 condition, and unfit for use in the way or manner such products are normally used and

16 intentionally caused the injuries hereinabove described to Plaintiffs in their capacities as

17 employees of the U.S. Navy.

18 **Seventh Cause of Action:**

19 **Negligent Misrepresentation**

20      44.    Paragraph 1 through 14 are realleged and in and incorporated herein by reference.

21      45.    Beginning in the late 1920's, based on information and belief conspirators

22 Metropolitan Life Insurance Company (hereinafter sometimes referred to as "Metropolitan"),

23 Johns-Manville, Raybestos-Manhattan and others such as Defendants herein undertook a duty to

24 conduct research on asbestos-related health problems and to inform the consuming public about

25 any health risks that could be associated therewith. In approximately 1929, Metropolitan, through

26 its agents and employees acting within the scope of their agency and employment, including but

27 not limited to Dr. Anthony J. Lanza (hereinafter sometimes referred to as "Lanza"), began an

28

1    investigation of asbestos-related health hazards. In 1935, this study was altered by Lanza, with
2    the full knowledge of Metropolitan, at the request of and in concert with the asbestos industry in
3    order to wrongly influence the United States Public Health Service, the United States medical
4    community and various state legislatures.

5        46.    Thereafter, Metropolitan through the acts and omissions of its employees, most
6    notably Dr. Lanza, undertook a serious of activities with various members of the asbestos
7    industry including but not limited to Johns-Manville, Raybestos-Manhattan, United States
8    Gypsum, American Brake Blok, and others to suppress and misrepresent the dangers of exposure
9    to asbestos dust to employees of Metropolitan's insureds and the general public and the medical
10   community.

11       47.    The conspirators through their agent, Dr. Lanza of Metropolitan, made a concerted
12   effort to discredit and to terminate the studies and experiments of certain scientists who were
13   developing data of profound importance for the area of public health in relation to cancer hazard
14   which existed for workers and bystanders in the asbestos industry.

15       48.    As a direct and proximate result of Metropolitan's intentional publication of
16   deceptive and misleading medical data and information, and other conspiratorial acts and
17   omissions, Defendants caused asbestos to be used in the occupational settings where Plaintiffs
18   worked and subsequently breathed asbestos dust which resulted in Plaintiffs' injuries.
19   Metropolitan Life, through its agents and employees and officers, aided and abetted and gave
20   substantial assistance to Johns-Manville and Raybestos-Manhattan in their tortious selling of
21   asbestos products and voluntarily undertook a duty to warn the U.S. Navy, the U.S. Public Health
22   Service, the medical community, and others about the danger of asbestos and consciously and
23   negligently misrepresented the dangers of asbestos to the U.S. Navy, the U.S Public Health
24   Service, the medical community, and others, all to the ultimate harm of Plaintiffs herein. As a
25   result of such conduct, Plaintiffs have suffered injuries and damages as further alleged herein.

26

27

28

TPAUSDC Civil Case No.05-00025
A0019:AMENDED COMPLAINT
Page 9 of 11

# Eight Cause of Action:

## Punitive Damages

49. Paragraphs 1 through 14 are realleged and incorporated herein by reference.

50. Plaintiffs and others were employed by the United States Navy and were working in close proximity to the asbestos piping, and asbestos-related insulation materials of Defendants, and the presence of Plaintiffs as well as others in their position, was known, or, in the exercise of reasonable care, should have been anticipated by the Defendants, and each of them.

51. The Defendants, and each of them, have been possessed since 1929 of medical and scientific data which clearly indicates that the products, asbestos and asbestos-related insulation products, were hazardous to the health and safety of Plaintiffs and others in their position, and prompted by pecuniary motives, the Defendants, and each of them, individually and collectively, ignored and failed to act upon said medical and scientific data and conspired to deprive the public, and particularly the users, of said medical and scientific data, depriving them, therefore, of the opportunity of free choice as to whether or not to expose themselves to the asbestos products of said Defendants. As a result, the Plaintiffs have been severely damaged as is set forth below.

52. At all times and places mentioned herein, Defendants, and each of them, negligently designed, manufactured, selected materials, assembled, inspected, tested, maintained for sale, marketed, distributed, leased, sold, rented, recommended and delivered the hereinabove described asbestos products so as to cause said asbestos products to be in a defective and unsafe condition, and unfit for use in the way and manner such equipment is customarily treated, used, and employed, in a manner as to amount to malicious, fraudulent and/or oppressive disregard for the safety, health, welfare, and feelings of Plaintiffs, and for that reason, Plaintiffs claim punitive damages against each Defendant, in the amount to be shown at trial.

**WHEREFORE**, Plaintiff requests judgment against Defendants for:

    1. General damages as are proven at the time of trial;

    2. Special damages as are proven at the time of trial;

    3. Punitive damages as are proven at the time of trial;

4. For costs incurred herein; and

5. For such other and further relief as may be deemed just and equitable in the premises, including, but not limited to, prejudgment interest.

## DEMAND FOR TRIAL BY JURY

Plaintiffs demand a jury trial on all issues so triable.

Dated this 16th day of August, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
JOHN S. UNPINGCO
Attorneys for Plaintiffs

| Defendant | Headquarters | State of Incorporation | Agent for Service of Process |
|---|---|---|---|
| A. P. Green Industries, Inc. | Mexico MO 65265 | DE | CT Corporation System, 120 S. Central Av, Clayton MO 63105 |
| A. P. Green Services, Inc. | 30600 Telegraph Road, Bingham Farms MI 48025 | MI | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| A. W. Chesterton Company | 225 Fallon Rd., Stoneham MA 02180 | MA | Joseph E. Riley, % A. W. Chesterton Company, 225 Fallon Rd, Stoneham MA 02180 |
| Amchem Products, Inc. | 2200 Renaissance Blvd., Suite 200, Gulph Mills PA 19406 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Armstrong World Industries, Inc. | 2500 Columbia Ave., Lancaster PA 17603 | PA | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Asbestos Claims Management Corporation | 2001 Rexford, Charlotte NC 28211 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Babcock & Wilcox Company | 1450 Poydras St., New Orleans LA 70112 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Combustion Engineering, Inc. | 900 Long Ridge Road, Stamford CT 06904 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Dow Chemical Company | 901 Loveridge Rd., Pittsburgh PA 94565 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Dresser Industries, Inc. | 4100 Clinton Dr., Houston TX 77020 | DE (DE records show no such corporation, may have gone bankrupt) | CT Corporation System, 818 West Seventh St., Los Angeles CA 90017 |
| | | | |

| | | | |
|---|---|---|---|
| Flexitallic, Inc. | 6914 LaPorte Rd., Deer Park TX 77436 | TX (TX records show no such corporation, may have gone bankrupt) | CT Corporation System, 818 West Seventh St., Los Angeles CA 90017 |
| Flintkote Company | 777A Long Ridge Rd., Stamford CT 06902 | MA | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Foster Wheeler Corporation | Perryville Corporate Park, Clinton NJ 088409-4000 | DE/NY (DE/NY records show no such corporation; Foster Wheeler Avon, Inc. is listed in DE). | CT Corporation System, 818 West Seventh St., Los Angeles CA 90017 (for Foster Wheeler Avon, Inc.) |
| GAF Corporation | Q361 Alps Rd., Wayne NJ 07470 | DE | Prentice-Hall Corporation Systems, Inc., 2711 Centerville Road, Suite 400, Wilmington DE 19808 |
| Garlock, Inc. | 4 Coiseum Centre, 2730 West Tyvola Rd., Charlotte NC 28217 | DE/OH (Ohio records show corporation "merged" out of existence.) | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Georgia-Pacific Corporation | 133 Peachtree St., Atlanta GA 30303 | GA | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Harbison-Walker Refractories Co. | 400 Fairway Dr., Moon Twp. PA 15108 | DE (Harbison-Walker is subsidiary of AHN Refractories Company, same HQ. | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Honeywell International, Inc. | 101 Columbia Rd., Morristown NJ 07960 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| John Crane, Inc. | 6400 W. Oakton St., Morton Grove IL 60053 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |

| | | | |
|---|---|---|---|
| Kaiser Gypsum Company, Inc | 3000 Busch Rd., Pleasanton CA 90017 | WA | CT Corporation System, 818 West Seventh St., Los Angeles CA 90017 |
| Metropolitan Life Insurance Company | MetLife, Inc. 200 Park Avenue New York, NY 10166 | NY | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Owens Corning | One Owens Corning Parkway, Toledo OH 43569 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Owens-Illinois, Inc. | One Seagate, Toledo OH 43666 | OH | CT Corporation System, 818 West Seventh St., Los Angeles CA 90017 |
| Pittsburgh Corning Corporation | 800 Presque Isle Dr., Pittsburgh PA 15239 | PA | |
| Quigley Company, Inc. | C/O Pfizer, Inc., 235 East 42nd St., New York NY 10017-5755 | NY | CT Corporation System, 111 Eighth Avenue, New York NY 10011 |
| United States Gypsum Company | 125 South Franklin St., Chicago IL 60606 | DE | Corporation Trust Co. 1209 Orange St., Wilmington DE 19801 |
| Viacom, Inc. | 1515 Broadway New York NY 10036 | DE | Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington DE 19808 |

# UNITED STATES DISTRICT COURT

District of    GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| **v.** | CASE NUMBER: 05-00025 |
| A. P. Green Industries, Inc. | |
| Defendant. | |

TO: (Name and address of Defendant)

A. P. Green Industries, Inc.
CT Corporation System
120 S. Central Av, Clayton MO 63105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **MARY L. M. MORAN** | |
| **Clerk Of Court** | ~~AUG 23 2005~~ AUG 24 2005 |
| CLERK | DATE |
| (By) DEPUTY CLERK | *ORIGINAL* |

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

A. P. Green Services, Inc.

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

A. P. Green Services, Inc.
Corporation Trust Co. 1209 Orange St.,
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

AUG 2 3 2005

AUG 2 4 2005

CLERK

DATE

ORIGINAL

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

A. W. Chesterton Company

Defendant.

TO: (Name and address of Defendant)

A. W. Chesterton Company
Joseph E. Riley, % A. W. Chesterton Company
225 Fallon Rd,
Stoneham MA 02180

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

~~AUG 23 2005~~ AUG 24 2005

CLERK

DATE

(By) DEPUTY CLERK

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

         Plaintiff,

        **V.**

Amchem Products, Inc.

         Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Amchem Products, Inc.
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within   **twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
    **Clerk Of Court**

CLERK

(By) DEPUTY CLERK

AUG 2 3 2005   AUG 24 2005

DATE

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

Armstrong World Industries, Inc.

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Armstrong World Industries, Inc.
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___ twenty (20) ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ AUG 2 4 2005

DATE

***ORIGINAL***

# UNITED STATES DISTRICT COURT

District of ___GUAM___

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Asbestos Claims Management Corporation

Defendant.

TO: (Name and address of Defendant)

Asbestos Claims Management Corporation
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

~~AUG 23 2005~~ AUG 24 2005

DATE

(By) DEPUTY CLERK

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Babcock & Wilcox Company

Defendant.

TO: (Name and address of Defendant)

Babcock & Wilcox Company
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

AUG 23 2005 ~~P~~   AUG 24 2005

DATE

ORIGINAL

# UNITED STATES DISTRICT COURT

District of    GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| **V.** | CASE NUMBER: 05-00025 |
| Combustion Engineering, Inc. | |
| Defendant. | |

TO: (Name and address of Defendant)

Combustion Engineering, Inc
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| MARY L. M. MORAN | |
| Clerk Of Court | |
| CLERK | ~~AUG 2 3 2005~~ AUG 2 4 2005 |
| | DATE |
| (By) DEPUTY CLERK | ORIGINAL |

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER: 05-00025

Combustion Engineering, Inc.

Defendant.

TO: (Name and address of Defendant)

Dow Chemical Company
Corporation Trust Co. 1209 Orange St.,
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

AUG 2 3 2005 AUG 2 4 2005

DATE

(By) DEPUTY CLERK

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

         Plaintiff,

**V.**

Dresser Industries, Inc.

         Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Dresser Industries, Inc.
CT Corporation System
818 West Seventh St.
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within    twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE    ~~AUG 23 2005~~ AUG 24 2005

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

Plaintiff,

**V.**

Flexitallic, Inc.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Flexitallic, Inc.
CT Corporation System
818 West Seventh St.
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
**Clerk Of Court**

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ AUG 2 4 2005

DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

Foster Wheeler Corporation

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Foster Wheeler Corporation
CT Corporation System
818 West Seventh St.,
Los Angeles CA 90017 (for Foster Wheeler Avon, Inc.)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ AUG 2 4 2005

DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Flintkote Company

Defendant.

TO: (Name and address of Defendant)

Flintkote Company
Corporation Trust Co. 1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
   **Clerk Of Court**

~~AUG 2 3 2005~~ AUG 2 4 2005

CLERK

DATE

(By) DEPUTY CLERK

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

GAF Corporation

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

GAF Corporation
Prentice-Hall Corporation Systems, Inc.,
2711 Centerville Road, Suite 400
Wilmington DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___ **twenty (20)** ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
**Clerk Of Court**

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ AUG 2 4 2005

DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER: 05-00025

Garlock, Inc.

Defendant.

TO: (Name and address of Defendant)

Garlock, Inc.
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court
CLERK

~~AUG 23 2005~~  AUG 24 2005

DATE

(By) DEPUTY CLERK

ORGINAL

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Georgia-Pacific Corporation

Defendant.

TO: (Name and address of Defendant)

Georgia-Pacific Corporation
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___ **twenty (20)** ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

~~AUG 23 2005~~  AUG 24 2005

DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Harbison-Walker Refractories Co.

Defendant.

TO: (Name and address of Defendant)

Harbison-Walker Refractories Co.
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
   **Clerk Of Court**

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ AUG 2 4 2005

DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

V.

Honeywell International, Inc.

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Honeywell International, Inc.
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

AUG 2 3 2005    AUG 2 4 2005
DATE

*ORIGINAL*

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

John Crane, Inc.

Defendant.

TO: (Name and address of Defendant)

John Crane, Inc.
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
**Attorneys at Law**
**Pacific News Building, Suite 300**
**238 Archbishop Flores Street**
**Hagåtña, Guam 96910**

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

AUG 23 2005 ~P AUG 24 2005

CLERK

DATE

(By) DEPUTY CLERK

ORIGINAL

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Kaiser Gypsum Company, Inc.

Defendant.

TO: (Name and address of Defendant)

Kaiser Gypsum Company, Inc
CT Corporation System
818 West Seventh St.
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

~~AUG 2 3 2005~~ ɡᴘ AUG 2 4 2005

DATE

ᴏᴿɪGINAL

# UNITED STATES DISTRICT COURT

District of     GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**

CASE NUMBER: 05-00025

Metropolitan Life Insurance Company

Defendant.

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

AUG 2 3 2005 ~P AUG 2 4 2005

CLERK

DATE

(By) DEPUTY CLERK

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of     GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| **V.** | CASE NUMBER: 05-00025 |
| Owens Corning | |
| Defendant. | |

TO: (Name and address of Defendant)

Owens Corning
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___ **twenty (20)** ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

~~AUG 2 3 2005~~   AUG 2 4 2005

CLERK                                                DATE

(By) DEPUTY CLERK

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of    GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,      **SUMMONS IN A CIVIL CASE**

Plaintiff,

**V.**          CASE NUMBER: 05-00025

Owens-Illinois, Inc.

Defendant.

TO: (Name and address of Defendant)

Owens-Illinois, Inc.
CT Corporation System
818 West Seventh St.,
Los Angeles CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within    **twenty (20)**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK                          ~~AUG 2 3 2005~~ AUG 24 2005
                                      DATE

(By) DEPUTY CLERK                **ORIGINAL**

# UNITED STATES DISTRICT COURT

District of  GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

Pittsburg Corning Corporation

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Pittsburgh Corning Corporation
800 Presque Isle Dr.,
Pittsburgh PA 15239

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

~~AUG 2 3 2005~~ AUG 2 4 2005

CLERK

DATE

(By) DEPUTY CLERK

## ORIGINAL

# UNITED STATES DISTRICT COURT

District of   GUAM

Cess Navarro Olmo, Ronnie Pascual Ferreras,

**Plaintiff,**

**V.**

Quigley Company, Inc.

**Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-00025

TO: (Name and address of Defendant)

Quigley Company, Inc.
CT Corporation System
111 Eighth Avenue
New York , NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

AUG 2 3 2005 ᵖ  AUG 2 4 2005

CLERK

DATE

(By) DEPUTY CLERK

**ORIGINAL**

# UNITED STATES DISTRICT COURT

District of   GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| **V.** | CASE NUMBER: 05-00025 |
| United States Gypsum Company | |
| Defendant. | |

TO: (Name and address of Defendant)

United States Gypsum Company
Corporation Trust Co.
1209 Orange St.
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| MARY L. M. MORAN<br>Clerk Of Court | AUG 23 2005  AUG 24 2005 |
| CLERK | DATE |
| (By) DEPUTY CLERK | |

ORIGINAL

# UNITED STATES DISTRICT COURT

District of   GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras, | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| **V.** | CASE NUMBER: 05-00025 |
| Viacom, Inc. | |
| Defendant. | |

TO: (Name and address of Defendant)

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

AUG 2 3 2005 or AUG 2 4 2005

| |
|---|
| CLERK |
| (By) DEPUTY CLERK |

DATE

ORIGINAL