IN THE UNITED STATES DISTRICT COURT OF
TERRITORY OF GUAM

CESS NAVARRO OLMO, RONNIE :
PASCUAL FERRERAS, :
                                  :
        Plaintiffs, :
                                  :   Civil Case No. 05-00025
vs. :
                                  :
A.P. GREEN INDUSTRIES, INC., *et al.*, :
                                  :
        Defendants. :

## SUGGESTION OF BANKRUPTCY

NOW COMES, Owens Corning, debtor and debtor-in-possession, and shows as follows:

1. On October 5, 2000, Owens Corning filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, in the United States Bankruptcy Court for the District of Delaware. Owens Corning's bankruptcy case is pending as Case No. 00-03837(JFK). A copy of Owens Corning's bankruptcy petition is attached hereto as Exhibit "A."

2. As a result of the foregoing bankruptcy filing, the above-captioned action is automatically stayed as to Owens Corning pursuant to 11 U.S.C. § 362(a).

                                                SAUL EWING LLP

Dated: September 8, 2005

                                                Tina L. Campo, Esquire
                                                SAUL EWING LLP
                                                Centre Square West
                                                1500 Market Street, 38th Floor
                                                Philadelphia, PA 19102
                                                (215) 972-7777

                                                Bankruptcy Counsel to Owens Corning
                                                (Not Admitted in United States
                                                District Court of Guam)

892856.1 9/8/05

IN THE UNITED STATES DISTRICT COURT OF
TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., *et al.*,<br><br>　　　　　　Defendants. | Civil Case No. 05-00025 |

## CERTIFICATION OF SERVICE OF SUGGESTION OF BANKRUPTCY

I, Tina L. Campo, Esquire, hereby certify that on September 8, 2005, I caused a copy of the foregoing **Suggestion Of Bankruptcy** to be served upon the following counsel of record for the Plaintiff, by first-class United States mail, postage prepaid:

John S. Unpingco, Esquire
Lujan, Unpingco, Aguiui & Perez LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, Guam 96910

Benjamin B. Cassiday, III, Esquire
5699 Kalanianaole Hwy.
Honolulu, HI 96821

　　　　　　　　/s/ Tina L. Campo
Tina L. Campo, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777

Bankruptcy Counsel to Owens Corning
(Not Admitted in United States
District of Guam)

# EXHIBIT "A"

892856.1 9/8/05

# BK 00-3837
## VOLUNTARY PETITION

**United States Bankruptcy Court**
**District of Delaware**

VOLUNTARY PETITION

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **OWENS CORNING, a Delaware Corporation** | |
| All Other Names used by Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Owens-Corning Fiberglas Corporation; Owens Corning Corp.; Trumbull Asphalt, a division of Owens Corning; Cultured Stone, a division of Owens Corning; Yellow Jacket, a division of Owens Corning | |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 34-4323452; 94-1645030 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): One Owens Corning Parkway Toledo, Ohio 43659 Attn: General Counsel | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Lucas County, Ohio | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from addresses listed above): | |

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual          ☐ Railroad
- ■ Corporation         ☐ Stockbroker
- ☐ Partnership         ☐ Commodity Broker
- ☐ Other _____

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ■ Business

**Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)
- ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Sec. 304-Case ancillary to foreign proceeding

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY
U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE
OCT 5 8 33 AM '00

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| VOLUNTARY PETITION <br> (This page must be completed and filed in every case) | Name of Debtor(s): <br> **OWENS CORNING** | Form B1, Page 2 |
|---|---|---|

| | Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |

| | Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | |
|---|---|---|
| Name of Debtor: See Annex A | Case Number: | Date Filed: |
| District: Delaware | Relationship: | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Michael H. Thaman
Signature of Authorized Individual

**Michael H. Thaman**
Printed Name of Authorized Individual

**Senior Vice President & Chief Financial Officer**
Title of Authorized Individual

**October 4, 2000**
Date

---

**Signature of Attorney**

X /s/ Mark S. Chehi
Signature of Attorney for Debtor(s)

Mark S. Chehi
Printed Name of Attorney for Debtor(s)

Skadden, Arps, Slate, Meagher & Flom LLP
Firm Name

One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899-0636
Address

(302) 651-3000
Telephone Number

October 5, 2000
Date

**Signature of Attorney**

X /s/ Norman L. Pernick
Signature of Attorney for Debtor(s)

Norman L. Pernick
Printed Name of Attorney for Debtor(s)

Saul Ewing Remick & Saul LLP
Firm Name

222 Delaware Avenue
Suite 1200, P.O. Box 1266
Wilmington, Delaware 19899-1266
Address

(302) 421-6800
Telephone Number

October 5, 2000
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

---

**EXHIBIT A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date