# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Cess Navarro Olmo, et al., | Case No. 1:05-cv-00025 |
| Plaintiffs, | |
| vs. | |
| A. P. Green Industries, Inc., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Scheduling Notice filed September 14, 2005* on the dates indicated below:

*Lujan, Unpingco,*
*Aguigui, and Perez*
*9/15/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Scheduling Notice filed September 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005         /s/ Shirlene A. Ishizu
                                        Deputy Clerk