DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Dooley@guamlawoffice.com

Attorneys for Defendants Garlock, Inc. and
Viacom, Inc., successor by merger to CBS Corporation,
formerly known as Westinghouse Electric Corporation



FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                Plaintiffs,<br><br>    v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                Defendants | CIVIL CASE NO. 05-00025<br><br><br><br><br><br><br>**NOTICE OF TAG-ALONG;**<br>**CERTIFICATE OF SERVICE** |

//

## NOTICE OF TAG-ALONG ACTION

On July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> (e) Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

This case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4; or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3.

Dated September 15, 2005.        DOOLEY ROBERTS & FOWLER LLP

By: _____
**DAVID W. DOOLEY**
Attorneys for Defendants
Garlock, Inc. and Viacom, Inc., successor by merger
To CBS Corporation, formerly known as
Westinghouse Electric Corporation

2

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Notice of Tag-Along

## **CERTIFICATE OF SERVICE**

I, David W. Dooley, caused the Notice of Tag-Along; and Certificate of Service to be served on September 15, 2005, via hand delivery on the law offices of Lujan, Unpingco, Aguigui & Perez LLP, and via registered mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated September 15, 2005.　　　　　　　　　　DOOLEY ROBERTS & FOWLER LLP

By: _____
**DAVID W. DOOLEY**

F:\Documents\1\05 Civil\Garlock and Viacom\Notice of Tag-Along.doc

3

A.P. Green Industries, Inc.
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105

A.W. Chesterton Company
c/o Joseph E. Riley
A.W. Chesterton Company
225 Fallon Rd.
Stoneham, MA 02180

Armstrong World Industries, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Babcock & Wilcox Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Dow Chemical Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Flexitallic, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Foster Wheeler Corporation
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Georgia-Pacific Corporation
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Honeywell International, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Kaiser Gypsum Company, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

A.P. Green Services, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Amchem Products, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Asbestos Claims Management Corporation
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Combustion Engineering, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Dresser Industries, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Flintkote Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

GAF Corporation
c/o Prentice-Hall Corporation Systems, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Harbison-Walker Refractories Co.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

John Crane, Inc.
Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Metropolitan Life Insurance Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Owens Corning
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Pittsburgh Corning Corporation
800 Presque Isle Dr.
Pittsburgh, PA 15239

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Owens-Illinois, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011