ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, <br><br> PLAINTIFFS, <br><br> -VS- <br><br> A.P. GREEN INDUSTRIES, INC., et. al., <br><br> DEFENDANTS. | CIVIL CASE NO. 05-00025 <br><br> **NOTICE OF TAG-ALONG ACTION** |

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may

either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

DATED: September 15, 2005

Respectfully submitted,

**ARRIOLA, COWAN & ARRIOLA**

By _____
**ANITA P. ARRIOLA**
*Attorneys for Defendant Owens-illinois, Inc.*

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing instrument was mailed, first-class, postage prepaid, on this 15th day of September, 2005, to the following:

**NOTICE OF TAG-ALONG ACTION**

| | |
|---|---|
| Lujan, Unpingco, Aguigui & Perez, LLP<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910 | Benjamin B. Cassiday, III<br>5699 Kalanianaole Hwy.<br>Honolulu, Hawaii 96821 |
| Joseph E. Riley<br>A.W. Chesterton Company<br>225 Fallon Road<br>Stoneham, MA 02180 | Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801<br>re: Amchem Products, Inc.; Asbestos Claims Management Corporation, Babcock & Wilcox Company, Dow Chemical Company, Flintkote Company, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractores Co., Honeywell International, Inc., John Crane, Inc., Metropolitan Life Insurance Company, United States Gypsum Company |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>re: Flexitallic, Inc., Foster Wheeler Corporation, Kaiser Gypsum Company, Inc., Owens-Illinois, Inc., Inc. | CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011<br>re: Quigley Company, Inc. |
| Prentice-Hall Corporation Systems, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19801<br>re: GAF Corporation, Viacom, Inc. | Pittsburgh Corning Corporation<br>800 Presque Isle Drive<br>Pittsburgh, PA 15239 |

_____
**ANITA P. ARRIOLA**