FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Ferreras,<br><br>        Plaintiffs,<br><br>-vs-<br><br>A.P. Green Industries, Inc., et al.,<br><br>        Defendants. | CIVIL CASE NO. 05-00025<br><br>NOTICE OF FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE BY DEFENDANT THE FLINTKOTE COMPANY AND NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(a) ENJOINING CONTINUATION OF THIS CASE |

      PLEASE TAKE NOTICE THAT on May 1, 2004, The Flintkote Company ("Flintkote"), one of the defendants in the captioned action, filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case No. 04-11300. Pursuant to 11 U.S.C. § 362(a)(1), the continuation of the captioned case is automatically stayed. Section 362(a)(1) of the Bankruptcy Code provides that the filing of a Chapter 11 petition automatically stays:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a)(1).

Dated: September 7, 2005

Respectfully submitted,

_____
Barbara J. Arison (0018554)
Patrick F. Haggerty (0019703)
**FRANTZ WARD LLP**
2500 Key Center, 127 Public Square
Cleveland, Ohio 44114-1230
216.515.1660 (phone); 216.515.1650 (fax)
barison@frantzward.com
haggerty@frantzward.com

### CERTIFICATE OF SERVICE

      A copy of the foregoing NOTICE was served on counsel for plaintiffs via U.S. mail, postage prepaid, this 7th day of September, 2005.

_____
Barbara J. Arison