ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Counsel for Defendant Owens-Illinois, Inc.*



FILED
DISTRICT COURT OF GUAM

SEP 1 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| Cess Navarro Olmo, Ronnie Pascual Ferreras, | ) | Civil Case No. 05-00025 |
|---|---|---|
| Plaintiffs, | ) | |
| -vs- | ) | **PETITION OF LAURIE K. ANGER FOR ADMISSION *PRO HAC VICE* UNDER GUAM RULES OF COURT AND DECLARATION OF COUNSEL** |
| A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corp, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitical Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. | ) | |
| Defendants. | ) | |

Pursuant to General Rule of Court 17.1(d), the undersigned, who has been retained as co-counsel by Defendant Owens-Illinois, Inc., respectfully makes application to this Court for

26666.00001
583884.1

-1-

admission *pro hac vice* for the purposes of appearing in the above-captioned matter. In support thereof, applicant declares as follows:

1. My residence and office addresses are as follows:

    Residence: 42 Sonora Way, Corte Madera, CA 94925

    Office for Service of Process:

    Address: Morgenstein & Jubelirer LLP, One Market Plaza, Spear Street Tower, 32nd Floor, San Francisco, CA 94105

    Phone No.: (415) 901-8700

    Fax No.: (415) 901-8701

2. Courts to which I have been admitted to practice and dates of admission are: United States District Court for the Northern District of California – December 1980, United States District Court for the Southern District of California – September 1993, United States District Court for the Eastern District of California – January 1985, United States Court of Appeals, 9th Circuit – 1980, and the Supreme Court of the State of California -- December 1980.

I am a member in good standing of, and am eligible to practice in, the above-named courts. I am not currently suspended or disbarred in any court.

3. I have been retained by Owens-Illinois, Inc. in the above-captioned matter to represent it in this matter.

4. I have obtained the agreement of Anita P. Arriola, a member of the bar of this Court, to serve as local counsel in this matter. Her declaration signifying her written consent is filed contemporaneously with this application. The court and opposing counsel may readily

communicate with Ms. Arriola regarding the conduct of this action and may also serve papers upon her as local counsel. Ms. Arriola has authority to act as attorney of record for all purposes. Her address is as follows:

**259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730     Facsimile No.: (671) 477-9734**

5. I have never applied for admission *pro hac vice* to this Court.

6. I have personal knowledge of the matters stated herein and if called upon to testify thereto could competently do so.

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

*Respectfully submitted* this 16th day of September, 2005.

_____
LAURIE K. ANGER