ANITA P. ARRIOLA
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Counsel for Defendant Owens-Illinois, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 19 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, <br><br> PLAINTIFFS, <br><br> -VS- <br><br> A.P. GREEN INDUSTRIES, INC., et. al., <br><br> DEFENDANTS. | Civil Case No. 05-00025 <br><br> DECLARATION OF ANITA P. ARRIOLA IN SUPPORT OF PETITION OF BRUCE A. WAGMAN, LAURIE K. ANGER, AND JOHN J. PETRY FOR ADMISSION *PRO HAC VICE*; CONSENT OF LOCAL COUNSEL TO ACT AS CO-COUNSEL |

ANITA P. ARRIOLA declares:

1. I am an active member in good standing of the bar of the above-entitled court.

2. I hereby consent to act as local counsel and co-counsel for Bruce A. Wagman, Laurie K. Anger, and John J. Petry of the law firm of Morgenstein & Jubelirer in connection with the above-referenced action.

3. I agree to act as local counsel in this matter so that service of papers may be made upon my office and the law firm of Morgenstein & Jubelirer. My address and phone numbers are contained on page one of this Declaration.

4. I understand the obligations assigned to me as local counsel pursuant to the Rules of this Court.

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

EXECUTED on this 19th day of September, 2005.

_____
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

-2-