ANITA P. ARRIOLA
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, ) ) ) PLAINTIFFS, ) ) -VS- ) ) A.P. GREEN INDUSTRIES, INC., et. al., ) ) DEFENDANTS. ) | CIVIL CASE NO. 05-00025 **ORDER GRANTING *PRO HAC VICE* APPLICATIONS** |

Upon review and consideration of the Applications of Bruce A. Wagman, Laurie K. Anger and John J. Petry for admission *pro hac vice* in this case, the Applications are GRANTED.

ORDERED this 21st day of September, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM