**LUJAN UNPINGCO AGUIGUI & PEREZ** LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

**BENJAMIN B. CASSIDAY III**
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone    (808) 220-3200
Facsimile    (808) 373-7720

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS, | Civil Case No. 05-00025 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| A. P. GREEN INDUSTRIES, INC., et al., | |
| Defendants. | |

I certify that I have caused a true and correct copy of the PLAINTIFFS' NOTICE OF PRELIMINARY OBJECTION TO TRANSFER OF CASE AS TAG-ALONG ACTION, filed this date with the Clerk of the United States District Court of Guam, to be served upon those counsel or companies identified on the attached pages.

Dated this 22nd of September, 2005.

Respectfully submitted,

**LUJAN UNPINGCO AGUIGUI & PEREZ** LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiffs*

ORIGINAL

**Personal Service on:**

**Arriola Cowan & Arriola**
201 C& A. Building
259 Martyr Street
Hagåtña, Guam 96910
(For Owens-Illinois, Inc.)

**Carlsmith Ball**
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña GU 96910
(For Georgia-Pacific Corporation)

**Klemm, Blair, Sterling & Johnson**
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
(For Metropolitan Life Insurance Company)

**By U. S. Postal Service to:**

**Joseph E. Riley**
A. W. Chesterton Company
225 Fallon Road
Stoneham MA 02180

**CT Corporation System**
818 West Seventh Street
Los Angeles CA 90017
(For Flexitallic, Inc., Foster Wheeler Corporation, Kaiser Gypsum Company, Inc.; Kaiser Gypsum Company, Inc., and Owens-Illinois, Inc.)

**Prentice-Hall Corporation Systems, Inc.**
21711 Centerville Road, Suite 400
Wilmington DE 19801
(For Viacom, Inc.)

**Sedgwick Detert Moran & Arnold LLP**
Three Gateway Center, 12th Floor
Newark NJ 07102
(For G-I Holdings, Inc., successor to GAF Corporation)

**McKenna Long & Aldridge LLP**
444 South Flower Street, 8th Floor
Los Angeles CA 90071-2901

Cess Navarro Olmo and Ronnie Pascual Ferreras
vs. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Certificate of Service

1  (For Amchem Products, Inc., and Dow Chemical Company)

2  **Gibson Dunn & Crutcher LLP**
3  2100 McKinney Avenue, Suite 1100
   Dallas TX 75201-6911
4  (For Asbestos Claims Management Corporation, formerly National Gypsum Company, and NGC Bodily Injury Trust)

5  **Corporation Trust Co.**
6  1209 Orange Street
   Wilmington DE 19801
7  (For Babcock & Wilcox Company, Garlock, Inc., Georgia-Pacific Corporation, Harbison-
8  Walker Refractors Co., Honeywell International, Inc., John Crane, Inc., Metropolitan Life Insurance Company, United States Gypsum Company)

9
   **CT Corporation System**
10 111 Eight Avenue
   New York NY 10011
11 (For Quigley Company, Inc.)

12
   **Pittsburgh Corning Corporation**
13 800 Presque Isle Drive
   Pittsburgh PA 15239
14
15 **Frantz Ward LLP**
   2500 Key Center
16 127 Public Square
   Cleveland OH 44114-1230
17 (For Flintkote Company)

18

19

20

21

22

23

24

25

26

27

28 Cess Navarro Olmo and Ronnie Pascual Ferreras
   vs. A.P. Green Industries, Inc., et al.
   Civil Case No. 05-00025
   3
   Certificate of Service