KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Metropolitan Life Insurance Company*



FILED
DISTRICT COURT OF GUAM

SEP 22 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOID, INV., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. CV05-00025<br><br><br><br><br><br><br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Defendant **METROPOLITAN LIFE INSURANCE COMPANY** shall have an extension of time

STIPULATION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CIVIL CASE NO. CV05-00025

through and including October 20, 2005 within which to answer or otherwise respond to the Complaint herein.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: SEPTEMBER 20, 2005   BY: /s/ Thomas C. Sterling
THOMAS C. STERLING
*Attorneys for Defendant Metropolitan Life Insurance Company*

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

DATED: SEPTEMBER 21, 2005   BY: /s/ Ignacio C. Aguigui
IGNACIO C. AGUIGUI
*Attorneys for Plaintiffs Cess Navarro Olmo and Ronnie Pascual Ferreras*

E62\48481-NEW
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\246-STIP 4 EXTENSION OF
TIME TO ANSWER RE OLMO V A P GREEN INDUSTRIES INC.DOC

- 2 -