LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

BENJAMIN B. CASSIDAY, III
5699 Kalanianaole Highway
Honolulu, Hawaii 96821
Telephone (808) 220-3200
Facsimile (808) 373-7720

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>-vs-<br><br>A.P. GREEN INDUSTRIES, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 05-00025<br><br>**NOTICE OF DISMISSAL OF DEFENDANT ASBESTOS CLAIMS MANAGEMENT CORPORATION PURSUANT TO RULE 41(a)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs dismiss their complaint against Defendant Asbestos Claims Management Corporation, without prejudice.

Dated: September 21, 2005

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.
*Attorneys for Plaintiffs*