1 **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
2 Pacific News Building, Suite 300
238 Archbishop Flores Street
3 Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 Facsimile (671) 477-5297

5 **BENJAMIN B. CASSIDAY, III**
5699 Kalanianaole Highway
6 Honolulu, Hawaii 96821
Telephone (808) 220-3200
7 Facsimile (808) 373-7720

8 *Attorneys for Plaintiffs*

# FILED
### DISTRICT COURT OF GUAM

SEP 2 3 2005⁊ℙ

### MARY L.M. MORAN
### CLERK OF COURT

9 **IN THE UNITED STATES DISTRICT COURT OF GUAM**

10 **FOR THE TERRITORY OF GUAM**

11

12 **CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,**

CIVIL CASE NO. **05-00025**

13
Plaintiffs,

**NOTICE OF DISMISSAL OF DEFENDANT**
14 **PITTSBURGH CORNING CORPORATION**
-vs- **PURSUANT TO RULE 41(a)**

15

16 **A.P. GREEN INDUSTRIES, INC., et al.,**

17 Defendants.

18

19      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs dismiss

20 their complaint against Defendant Pittsburgh Corning Corporation, without prejudice.

21

22 Dated: September 23, 2005      **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP

23 By: _____

24 **IGNACIO C. AGUIGUI, ESQ.**
*Attorneys for Plaintiffs*

25

26

27

28

ORIGINAL