LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

BENJAMIN B. CASSIDAY, III
5699 Kalanianaole Highway
Honolulu, Hawaii 96821
Telephone    (808) 220-3200
Facsimile    (808) 373-7720

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

SEP 2 3 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,**<br><br>Plaintiffs,<br><br>-vs-<br><br>**A.P. GREEN INDUSTRIES, INC., et al.,**<br><br>Defendants. | CV 05-00025<br><br>**NOTICE OF DISMISSAL OF DEFENDANT OWENS CORNING PURSUANT TO RULE 41(a)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs dismiss their complaint against Defendant Owens Corning, without prejudice.

Dated: September 23, 2005            **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

By: _____
**IGNACIO C. AGUIGUI, ESQ.**
*Attorneys for Plaintiffs*

ORIGINAL