ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, ) ) ) PLAINTIFFS, ) ) -VS- ) ) A.P. GREEN INDUSTRIES, INC., et. al., ) ) DEFENDANTS. ) ) | CIVIL CASE NO. 05-00025 **CERTIFICATE OF SERVICE** |

I, HEREBY CERTIFY that a true and correct copy of the followings instruments were served on this 21st day of September, 2005:

1. **ORDER GRANTING PRO HAC VICE APPLICATIONS;**

2. **CERTIFICATE OF SERVICE**

| *via hand delivery to:* | |
|---|---|
| Lujan, Unpingco, Aguigui & Perez, LLP<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910 | |

| | |
|---|---|
| **_via U.S. Mail to:_**<br><br>Benjamin B. Cassiday, III<br>5699 Kalanianaole Hwy.<br>Honolulu, Hawaii 96821 | Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801<br>re: Amchem Products, Inc.; Asbestos Claims Management Corporation, Babcock & Wilcox Company, Dow Chemical Company, Flintkote Company, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractores Co., Honeywell International, Inc., John Crane, Inc., Metropolitan Life Insurance Company, United States Gypsum Company |
| Joseph E. Riley<br>A.W. Chesterton Company<br>225 Fallon Road<br>Stoneham, MA 02180 | |
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>re: Flexitallic, Inc., Foster Wheeler Corporation, Kaiser Gypsum Company, Inc., Owens-Illinois, Inc., Inc. | CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011<br>re: Quigley Company, Inc. |
| Prentice-Hall Corporation Systems, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19801<br>re: GAF Corporation, Viacom, Inc. | Pittsburgh Corning Corporation<br>800 Presque Isle Drive<br>Pittsburgh, PA 15239 |

_signature_

**ANITA P. ARRIOLA**