KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for   *Defendant Metropolitan Life Insurance Company*



FILED
DISTRICT COURT OF GUAM
SEP 2 6 2005 qp
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC. ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. CV05-00025<br><br><br><br><br><br><br><br><br><br>**ORDER RE: STIPULATION GRANTING EXTENSION OF TIME TO RESPOND** |

**WHEREAS,** the Plaintiffs and Defendant **METROPOLITAN LIFE INSURANCE COMPANY** have submitted a Stipulation agreeing to an extension of time through and including October 20, 2005 within

which Metropolitan may answer or otherwise respond to the Complaint herein,

**IT IS HEREBY ORDERED** that the Stipulation filed on September 21, 2005 is Hereby Approved and So Ordered.

DATED this _September 26, 2005_.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

```
E62\48481-NEW
G:\WORD97\OFFICE\WORDDOC\PLD\TCS\247-ORDER GRANTING STIPULATED
EXT TO RESPOND RE OLMO V A P GREEN INDUSTRIES INC.DOC
```



RECEIVED
SEP 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 2 -