DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
dooley@guamlawoffice.com

Attorneys for Defendants Garlock, Inc. and
Viacom, Inc., successor by merger to CBS Corporation,
formerly known as Westinghouse Electric Corporation

**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                Defendants | CIVIL CASE NO. 05-00025<br><br>**DECLARATION OF MAILING; and<br>CERTIFICATE OF SERVICE** |

//

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Mailing; and Certificate of Service

I, **Jon A. Visosky**, declare as follows:

1. I am a citizen of the United States, over the age of 18 years;

2. I am an associate of the law firm of Dooley Roberts & Fowler LLP;

3. On September 27, 2005 I caused to be deposited in the United States Mail, certified mail, return receipt requested, postage pre-paid, copies of the Docket Sheet and all pleadings filed in this matter, asddressed to:

>    Robert A. Cahn, Esq.,
>    Offices of the JPML, Thurgood Marshall Federal Building
>    One Columbus Circle, NE   Room G-235, North Lobby
>    Washington, DC  20002-8004

I declare under penalty of perjury that the foregoing is true and correct.

Dated September 27, 2005.                    DOOLEY ROBERTS & FOWLER LLP

                                        By: _____
                                             JON A. VISOSKY

2

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Mailing; and Certificate of Service

## **CERTIFICATE OF SERVICE**

I, Jon A. Visosky, caused the Declaration of Mailing to be served on September 27, 2005, via hand delivery to the following:

Ignacio C. Aguigui, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated September 27, 2005.            DOOLEY ROBERTS & FOWLER LLP

                                By: _____
                                    JON A. VISOSKY

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Declaration of Mailing.doc

3

A.P. Green Industries, Inc.
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105

A.W. Chesterton Company
c/o Joseph E. Riley
A.W. Chesterton Company
225 Fallon Rd.
Stoneham, MA 02180

Babcock & Wilcox Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Dow Chemical Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Flexitallic, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Foster Wheeler Corporation
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Georgia-Pacific Corporation
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Honeywell International, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Kaiser Gypsum Company, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Kaiser Gypsum Company, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

A.P. Green Services, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Amchem Products, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Combustion Engineering, Inc.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Dresser Industries, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Harbison-Walker Refractories Co.
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

John Crane, Inc.
Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Metropolitan Life Insurance Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801

Owens-Illinois, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 1980