WILLIAM J. SAYERS
FARAH S. NICOL
JOSEPH L. GREENSLADE
MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Defendants
BAYER CROPSCIENCE, INC., as Successor-in-Interest to AMCHEM PRODUCTS, INC., and THE DOW CHEMICAL COMPANY

**FILED**
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., et al.,<br><br>Defendants. | CASE NO. 05-00025<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES
LA:17208276.1

Case 1:05-cv-00025   Document 36   Filed 10/03/2005   Page 1 of 2

ORIGINAL

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, Lujan, Unpingco, Aguigui & Perez LLP, and McKenna Long & Aldridge LLP, as follows:

1. Defendants Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have an additional thirty (30) days up to and including October 20, 2005, to file a responsive pleading to the complaint.

Dated: September 30, 2005

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: /s/ John S. Unpingco
John S. Unpingco

Attorneys for Plaintiffs
CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS

Dated: September 20, 2005

MCKENNA LONG & ALDRIDGE LLP

By: /s/ William J. Sayers
William J. Sayers
Farah S. Nicol
Joseph L. Greenslade

Attorneys for Defendants
BAYER CROPSCIENCE, INC., as Successor-in-Interest to AMCHEM PRODUCTS, INC., and THE DOW CHEMICAL COMPANY