ORIGINAL

CARLSMITH BALL LLP

J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Georgia-Pacific Corporation, A.W.
Chesterton Company and,
Kaiser Gypsum Company, Inc.

**FILED**
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOID, INV., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, | CIVIL CASE NO. CV05-00025<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

INC., UNITED STATES GYPSUM
COMPANY, and VIACOM, INC.,

        Defendants.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective Attorneys of record that Defendant A.W. CHESTERTON COMPANY, shall have an extension of time through and including **October 28, 2005** within which to Answer or otherwise respond to the Complaint herein.

STIPULATED AND AGREED TO this 30th day of September 2005.

CARLSMITH BALL LLP

_____
J. PATRICK MASON
Attorneys for Defendants
Georgia-Pacific Corporation, A.W.
Chesterton Company and,
Kaiser Gypsum Company, Inc.

STIPULATED AND AGREED TO this 30th day of September 2005.

LUJAN, UNPINGCO, AGUIGUI
& PEREZ, LLP

_____
JOHN S. UNPINGCO
Attorneys for Plaintiffs
Cess Navarro Olmo and
Ronnie Pascual Ferreras