CARLSMITH BALL LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Georgia-Pacific Corporation, A.W.
Chesterton Company and,
Kaiser Gypsum Company, Inc.

FILED
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOID, INV., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, | CIVIL CASE NO. CV05-00025<br><br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

INC., UNITED STATES GYPSUM
COMPANY, and VIACOM, INC.,

Defendants.

IT IS HEREBY ORDERED that Defendant A.W. CHESTERTON COMPANY, shall have an extension of time through and including **October 28, 2005** within which to Answer or otherwise respond to the Complaint herein.

SO ORDERED  October 4, 2005.

~~DESIGNATED JUDGE~~ JOAQUIN V.E. MANIBUSAN
~~District Court of Guam~~ Magistrate Judge



RECEIVED
OCT - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM