DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Dooley@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly
known as Westinghouse Electric Corporation, and
Foster Wheeler Corporation

**FILED**
DISTRICT COURT OF GUAM
OCT - 4 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>               Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>               Defendants | CIVIL CASE NO. 05-00025<br><br>**ENTRY OF APPEARANCE;<br>NOTICE OF TAG-ALONG; and<br>CERTIFICATE OF SERVICE<br>(FOSTER WHEELER CORPORATION)** |

**ORIGINAL**

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Notice of Tag-Along

## ENTRY OF APPEARANCE and NOTICE OF TAG-ALONG ACTION

In addition to its representation of Defendants Garlock, Inc. and Viacom, Inc., Dooley Roberts & Fowler LLP enters an appearance on behalf of Defendant Foster Wheeler Corporation.

On July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> (e) Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

This case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4; or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rules 7.5 and 7.3.

Dated October 4, 2005.    DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendants
Garlock, Inc., Viacom, Inc., successor by merger
To CBS Corporation, formerly known as
Westinghouse Electric Corporation, and
Foster Wheeler Corporation

2

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Notice of Tag-Along

## **CERTIFICATE OF SERVICE**

I, Jon A. Visosky, caused the Notice of Tag-Along to be served October 4, 2005, via hand delivery on the following:

Ignacio C. Aguigui, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated October 4, 2005.                    DOOLEY ROBERTS & FOWLER LLP

                                By: _____
                                        JON A. VISOSKY

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Notice of Tag-Along (Foster Wheeler Corporation).doc

**A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

**A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

**A.W. Chesterton Company**
c/o Joseph E. Riley
A.W. Chesterton Company
225 Fallon Rd.
Stoneham, MA 02180-2904

**Amchem Products, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Babcock & Wilcox Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

**Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

**Georgia-Pacific Corporation**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

**John Crane, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Kaiser Gypsum Company, Inc.**
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017-3407

**Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

**United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120