DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Amchem Products, Inc., Succeeded by
Bayer Cropscience, Inc., and The Dow Chemical Company



FILED
DISTRICT COURT OF GUAM
OCT -6 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, ) <br> Ronnie Pascual Perreras, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> A.P. Green Industries, Inc., A.P. Green ) <br> Services, Inc., A.W. Chesterton Company, ) <br> Amchem Products, Inc., Armstrong World ) <br> Industries, Inc., Asbestos Claims Management ) <br> Corporation, Babcock & Wilcox Company, ) <br> Combustion Engineering, Inc., Dow Chemical ) <br> Company, Dresser Industries, Inc., Flexitallic, ) <br> Inc., Flintkote Company, Foster Wheeler Corp., ) <br> GAF Corporation, Garlock, Inc., Georgia- ) <br> Pacific Corporation, Harbison-Walker ) <br> Refractories Co., Honeywell International, Inc., ) <br> John Crane, Inc., Kaiser Gypsum Company, ) <br> Inc., Metropolitan Life Insurance Company, ) <br> Owens Corning, Owens-Illinois, Inc., Pittsburg ) <br> Corning Corporation, Quigley Company, Inc., ) <br> United States Gypsum Company, Viacom, Inc. ) <br> ) <br> Defendants ) <br> ) | CIVIL CASE NO. 05-00025 <br><br> **AMENDED <br> ENTRY OF APPEARANCE and <br> CERTIFICATE OF SERVICE <br> (AMCHEM PRODUCTS, INC., <br> Succeeded by Bayer Cropscience, Inc., <br> and THE DOW CHEMICAL <br> COMPANY)** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Entry of Appearance and Certificate of Service

## ENTRY OF APPEARANCE

In addition to its representation of Defendants Garlock, Inc., Viacom, Inc., and Foster Wheeler Corporation, Dooley Roberts & Fowler LLP enters an appearance on behalf of Defendants Amchem Products, Inc., Succeeded by Bayer Cropscience, Inc., and The Dow Chemical Company.

Dated October 6, 2005.          DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Attorneys for Defendants
Garlock, Inc., Viacom, Inc., successor by merger to
CBS Corporation, formerly known as Westinghouse
Electric Corporation, Foster Wheeler Corporation,
Amchem Products, Inc., Succeeded by Bayer
Cropscience, Inc., and The Dow Chemical Company

2

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Entry of Appearance and Certificate of Service

## **CERTIFICATE OF SERVICE**

I, Jon A. Visosky, caused the Entry of Appearance and Certificate of Service to be served October 6, 2005, via hand delivery on the following:

Ignacio C. Aguigui, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated October 6, 2005.                                         DOOLEY ROBERTS & FOWLER LLP

                                                      By: _____
                                                          JON A. VISOSKY

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Entry of Appearance (Amchem & Dow Chemical).doc

3

Case 1:05-cv-00025   Document 42   Filed 10/06/2005   Page 3 of 4

**A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

**A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

**A.W. Chesterton Company**
c/o Joseph E. Riley
A.W. Chesterton Company
225 Fallon Rd.
Stoneham, MA 02180-2904

**Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

**Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

**Georgia-Pacific Corporation**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

**John Crane, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

**Kaiser Gypsum Company, Inc.**
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017-3407

**Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

**United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120