ORIGINAL

CARLSMITH BALL LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
A.W. Chesterton Company



FILED
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM | CIVIL CASE NO. CV05-00025<br><br><br>DECLARATION OF SERVICE |

COMPANY, and VIACOM, INC.,

     Defendants.

I, J.PATRICK MASON, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an Attorney of the law firm of Carlsmith Ball LLP.

3. On October 3, 2005, I served a filed copy of the STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Filed October 3, 2005) by hand delivery to the following:

John S. Unpingco, Esq.
Benjamin B. Cassiday, III
Lujan, Unpingco, Aguigui & Perez, LLP
Suite 300, PDN Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

4. On October 6, 2005, I served a filed copy of the STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Filed October 3, 2005) by hand delivery to the following:

| Thomas C. Sterling, Esq. | Anita P. Arriola, Esq. |
|---|---|
| Klemm Blair Sterling & Johnson, P.C. | Arriola, Cowan & Arriola |
| Suite 1008, Pacific News Building | Suite 201, C&A Professional Building |
| 238 Archbishop Flores Street | 259 Martyr Street |
| Hagåtña, Guam 96910 | Hagåtña, Guam 96910 |

David W. Dooley, Esq.
Dooley Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

5. On October 6, 2005, I served a filed copy of the ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Filed October 4, 2005) by hand delivery to the following:

John S. Unpingco, Esq.  
Benjamin B. Cassiday, III  
Lujan, Unpingco, Aguigui & Perez, LLP  
Suite 300, PDN Building  
238 Archbishop Flores Street  
Hagåtña, Guam 96910  

Anita P. Arriola, Esq.  
Arriola, Cowan & Arriola  
Suite 201, C&A Professional Building  
259 Martyr Street  
Hagåtña, Guam 96910  

David W. Dooley, Esq.  
Dooley Roberts & Fowler, LLP  
Suite 201, Orlean Pacific Plaza  
865 South Marine Drive  
Tamuning, Guam 96913  

Thomas C. Sterling, Esq.  
Klemm Blair Sterling & Johnson, P.C.  
Suite 1008, Pacific News Building  
238 Archbishop Flores Street  
Hagåtña, Guam 96910  

6. On October 7, 2005, I will also cause a copy of said documents to be served on the following by depositing same with the United States mail in sealed envelopes, postage prepaid, addressed as follows:

Laurie K. Anger, Esq.  
John J. Petry, Esq.  
Bruce A. Wagman, Esq.  
Morgenstein and Jubelirer LLP  
One Market Plaza  
Spear Street Tower  
32nd Floor  
San Francisco, California 94105  

A.P. Green Industries, Inc.  
c/o CT Corporation System  
120 South Central Avenue  
Clayton, MO 63105  

Armstrong World Industries, Inc.  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801  

Babcock & Wilcox Company  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801  

Dow Chemical Company  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801  

Flexitallic, Inc.  
c/o CT Corporation System  
818 West Seventh Street  
Los Angeles, California 90017  

Honeywell International, Inc.  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801  

Kaiser Gypsum Company, Inc.  
c/o CT Corporation System  
818 West Seventh Street  
Los Angeles, California 90017  

A.P. Green Services, Inc.  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801  

Amchem Products, Inc.  
c/o Corporation Trust Co.  
1209 Orange Street  
Wilmington, DE 19801

Asbestos Claims Management Corporation
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Dresser Industries, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

GAF Corporation
c/o Prentice-Hall Corporation Systems, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

John Crane, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Combustion Engineering, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Flintkote Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Harbison-Walker Refractories Co.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Owens Corning
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

Foster Wheeler Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

DATED: Hagåtña, Guam, October 7, 2005.

_____
J.PATRICK MASON