Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>　　　　Plaintiff,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>　　　　Defendants. | CIVIL CASE NO. 05-00025<br><br>ENTRY OF APPEARANCE;<br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | The law office of **MAHER • YANZA • FLYNN • TIMBLIN, LLP**, by Louie J. |
| 2 | Yanza, hereby enters its appearance on behalf of Defendant JOHN CRANE, INC. in |
| 3 | the above-entitled action. |
| 4 | Dated this 10th day of October, 2005. |

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**JOHN CRANE, INC.**

By: _____
LOUIE J. YANZA

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before October 11, 2005, I caused to be sent by personal service or by facsimile a copy of the annexed **Entry of Appearance; Certificate of Service**, to the following parties at their place of business:

**John S. Unpingco, Esq.**
LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagatña, Guam 96910
Counsel for Cess Navarro Olmo and Ronnie Pascual Ferreras, Plaintiffs

**David W. Dooley, Esq.**
DOOLEY ROBERTS & FOWLER, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps. Drive
Tamuning, Guam 96913
Counsel for Garlock and Viacom, Inc.

and, via Registered Mail, to all the parties listed on the attached matrix of Agents of Service of Process.

Dated this 11th day of October, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
JOHN CRANE, INC.

By: 
LOUIE J. YANZA

| | |
|---|---|
| A.P. Green Industries, Inc.<br>c/o CT Corporation System<br>120 S. Central Ave.<br>Clayton, MO 63105 | A.P. Green Services, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| A.W. Chesterton Company<br>c/o Joseph E. Riley<br>A.W. Chesterton Company<br>225 Fallon Rd.<br>Stoneham, MA 02180 | Amchem Products, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Armstrong World Industries, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Asbestos Claims Management Corporation<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Babcock & Wilcox Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Combustion Engineering, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Dow Chemical Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Dresser Industries, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| Flexitallic, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Flintkote Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Foster Wheeler Corporation<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | GAF Corporation<br>c/o Prentice-Hall Corporation Systems, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Georgia-Pacific Corporation<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Harbison-Walker Refractories Co.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Honeywell International, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Kaiser Gypsum Company, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Metropolitan Life Insurance Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 | Owens Corning<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 |
| 4 | Owens-Illinois, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA  90017 | Pittsburgh Corning Corporation<br>800 Presque Isle Dr.<br>Pittsburgh, PA  15239 |
| 7 | Quigley Company, Inc.<br>c/o CT Corporation System<br>111 Eighth Ave.<br>New York, NY  10011 | United States Gypsum Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 |

Metropolitan Life Insurance Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE  19801

Owens Corning
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE  19801

Owens-Illinois, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA  90017

Pittsburgh Corning Corporation
800 Presque Isle Dr.
Pittsburgh, PA  15239

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Ave.
New York, NY  10011

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE  19801