Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

**FILED**
DISTRICT COURT OF GUAM
OCT 11 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>    Plaintiff,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>    Defendants. | CIVIL CASE NO. 05-00025<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; CERTIFICATE OF SERVICE |

COME NOW the Plaintiffs CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS, through counsel, LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP, by John S. Unpingco, Esq., and Defendant JOHN CRANE, INC., through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, hereby stipulate and agree, dependent upon Court approval, that Defendant JOHN CRANE, INC. be provided a 30-day extension to file a responsive pleading to Plaintiffs' First Amended Complaint, filed in above-entitled action on August 16, 2005. Said 30-day extension is owing to the fact that Defendant JOHN CRANE, INC. is a non-resident Defendant and experienced difficult in obtaining local counsel.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
JOHN CRANE, INC.

Dated: 10/10/05     By: _____
                        LOUIE J. YANZA

LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP
Attorneys for Plaintiffs
CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS

Dated: 10/10/05     By: _____
                        JOHN S. UNPINGCO, ESQ.

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before October 11, 2005, I caused to be sent by personal service or by facsimile a copy of the annexed **Stipulation for Extension of Time to File Responsive Pleading; Certificate of Service**, to the following parties at their place of business:

**John S. Unpingco, Esq.**
LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagatña, Guam 96910
Counsel for Cess Navarro Olmo and Ronnie Pascual Ferreras, Plaintiffs

**David W. Dooley, Esq.**
DOOLEY ROBERTS & FOWLER, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps. Drive
Tamuning, Guam 96913
Counsel for Garlock and Viacom, Inc.

and, via Registered Mail, to all the parties listed on the attached matrix of Agents of Service of Process.

Dated this 11th day of October, 2005.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
JOHN CRANE, INC.

By: _____
LOUIE J. YANZA

| | |
|---|---|
| A.P. Green Industries, Inc.<br>c/o CT Corporation System<br>120 S. Central Ave.<br>Clayton, MO 63105 | A.P. Green Services, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| A.W. Chesterton Company<br>c/o Joseph E. Riley<br>A.W. Chesterton Company<br>225 Fallon Rd.<br>Stoneham, MA 02180 | Amchem Products, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Armstrong World Industries, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Asbestos Claims Management Corporation<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Babcock & Wilcox Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Combustion Engineering, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Dow Chemical Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Dresser Industries, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| Flexitallic, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Flintkote Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Foster Wheeler Corporation<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | GAF Corporation<br>c/o Prentice-Hall Corporation Systems, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| Georgia-Pacific Corporation<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Harbison-Walker Refractories Co.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Honeywell International, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Kaiser Gypsum Company, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |

| | |
|---|---|
| Metropolitan Life Insurance Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 | Owens Corning<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 |
| Owens-Illinois, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA  90017 | Pittsburgh Corning Corporation<br>800 Presque Isle Dr.<br>Pittsburgh, PA  15239 |
| Quigley Company, Inc.<br>c/o CT Corporation System<br>111 Eighth Ave.<br>New York, NY  10011 | United States Gypsum Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE  19801 |