DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company



FILED
DISTRICT COURT OF GUAM
OCT 1 2 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, <br> Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br> Defendants | CIVIL CASE NO. 05-00025 <br><br><br><br><br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS BAYER CROPSCIENCE, INC., as Succesor-in-Interest to AMCHEM PRODUCTS, INC., AND THE DOW CHEMICAL COMPANY TO RESPOND TO COMPLAINT** |



ORIGINAL

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Stipulation to Extend Answer

The parties, through their respective counsel of record, Lujan Unpingco Aguigui & Perez LLP and Dooley Roberts & Fowler LLP, stipulate as follows:

1. Defendants Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have up to and including October 20, 2005, to file a responsive pleading to the complaint.

Dated: 10/10/05

LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
JOHN S. UNPINGCO
Attorneys for Plaintiffs

Dated: Oct 7, 2005

DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendants
Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Stipulation to Extend Answer (Amchem & Dow).doc