DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br> Defendants | CIVIL CASE NO. 05-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

**ORIGINAL**

I, Jon A. Visosky, caused the Stipulation to Extend Time for Defendants Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company to Respond to Complaint and [Proposed] Order to be served October 12, 2005, via hand delivery on the following:

John S. Unpingco, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

Louie J. Yanza, Esq.
MAHER · YANZA · FLYNN · TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for John Crane, Inc.

2

Case 1:05-cv-00025 Document 47 Filed 10/13/2005 Page 2 of 4

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated October 12, 2005.                    DOOLEY ROBERTS & FOWLER LLP

                                   By: _____
                                        JON A. VISOSKY

| | | | |
|---|---|---|---|
| 1) | **A.P. Green Industries, Inc.**<br>c/o CT Corporation System<br>120 S. Central Ave.<br>Clayton, MO 63105-1705 | 8) | **Quigley Company, Inc.**<br>c/o CT Corporation System<br>111 Eighth Ave.<br>New York, NY 10011-5201 |
| 2) | **A.P. Green Services, Inc.**<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 | 9) | **United States Gypsum Company**<br>c/o Corporation Trust Co.<br>1209 N. Orange St.<br>Wilmington, DE 19801-1120 |
| 3) | **Combustion Engineering, Inc.**<br>c/o Corporation Trust Co.<br>1209 N. Orange St.<br>Wilmington, DE 19801-1120 | | |
| 4) | **Dresser Industries, Inc.**<br>4100 Clinton Dr.<br>Houston, TX 77020 | | |
| 5) | **Flexitallic, Inc.**<br>6914 LaPorte Rd.<br>Deer Park, TX 77436 | | |
| 6) | **Harbison-Walker Refractories Co.**<br>c/o Corporation Trust Co.<br>1209 N. Orange St.<br>Wilmington, DE 19801-1120 | | |
| 7) | **Honeywell International, Inc.**<br>101 Columbia Rd.<br>Morristown, NJ 07960 | | |