Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiff,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. 05-00025<br><br>~~[PROPOSED]~~<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

1

ORIGINAL

| | |
|---|---|
| 1 | Pursuant to the parties Stipulation, submitted herein on October 11, 2005, to |
| 2 | allow Defendant JOHN CRANE, INC. to file a responsive pleading to Plaintiffs' First |
| 3 | Amended Complaint, filed herein on August 16, 2005, it is hereby ordered that |
| 4 | Defendant JOHN CRANE, INC. be, and the same hereby is, granted a 30-day |
| 5 | extension, from the date of this Order, to file a responsive pleading to the Plaintiffs' |
| 6 | First Amended Complaint. |

**APPROVED AND SO ORDERED:** 10/13/05

_____
MICHAEL J. BORDALLO, DESIGNATED JUDGE
DISTRICT COURT OF GUAM



RECEIVED
OCT 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM