Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiff,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. 05-00025<br><br>CERTIFICATE OF SERVICE |

I, LOUIE J. YANZA, hereby certify that:

1.  On October 17, 2005, I caused a copy of the Order Granting Extension of Time to File Responsive Pleading, filed in the U.S. District Court, District of Guam, on October 13, 2005, to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**John S. Unpingco, Esq.**
LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP
Suite 300, Pacific News Building
238 Archbishop Flores Street
Hagatña, Guam 96910
Counsel for Cess Navarro Olmo and Ronnie Pascual Ferreras, Plaintiffs

**Jon A. Visosky, Esq.**
DOOLEY ROBERTS & FOWLER, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps. Drive
Tamuning, Guam 96913
Counsel for Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer Cropscience, Inc. as Successor-in-Interest to Amchen Products, Inc. and The Dow Chemical Company

2.  On October 18, 2005, I caused a copy of the Order Granting Extension of Time to File Responsive Pleading, filed in the U.S. District Court, District of Guam, on October 13, 2005, to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Anita P. Arriola, Esq.**
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagatña, Guam 96910
Counsel for Owens-Illinois, Inc.

**Thomas C. Sterling, Esq.**
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building

238 Archbishop F.C. Flores Street
Hagatña, Guam 96910
Counsel for Metropolitan Life Insurance Company

**J. Patrick Mason, Esq.**
CARLSMITH BALL, LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Post Office Box BF
Hagatña, Guam 96932-5027
Counsel for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

and, via regular mail, to all the parties listed on the attached matrix of Agents of Service of Process.

Dated this 19th day of October, 2005.

**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
Attorneys for Defendant
**JOHN CRANE, INC.**

By: _____
LOUIE J. YANZA

| | | |
|---|---|---|
| 1 | A.P. Green Industries, Inc.<br>c/o CT Corporation System<br>120 S. Central Ave.<br>Clayton, MO 63105 | A.P. Green Services, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| 2 | Combustion Engineering, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Dresser Industries, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| 3 | Flexitallic, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 | Harbison-Walker Refractories Co.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| 4 | Honeywell International, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | Quigley Company, Inc.<br>c/o CT Corporation System<br>111 Eighth Ave.<br>New York, NY 10011 |
| 5 | United States Gypsum Company<br>c/o Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | |