LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

BENJAMIN B. CASSIDAY, III
5699 Kalanianaole Highway
Honolulu, Hawaii 96821
Telephone (808) 220-3200
Facsimile (808) 373-7720

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2005 9ρ
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>-vs-<br><br>A.P. GREEN INDUSTRIES, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 05-00025<br><br>STATUS REPORT |

Plaintiffs respectfully submits this status report to advise the Court that it is most impractical at this time to file a Scheduling Order as is required by the Court to be filed on this date. The situation in this case is as follows:

Plaintiffs sued twenty-seven (27) Defendants. Plaintiffs has discovered that a number of these Defendants are in various stages of bankruptcy proceedings and Plaintiffs have had to make appropriate pleadings (such as motions for dismissal) as directed by the Bankruptcy Court's orders. Plaintiffs have also received requests to stipulate to extend the time for some Defendants to file a responsive pleading/answer. In fairness to off-island counsel and local counsel recently retained by some Defendants, Plaintiffs have entered into said Stipulations.

And, the Court has signed and entered orders granting some Defendants extensions of time in which to file a responsive pleading.

The latest extension of time thus far granted by the Court appears to be until November 14, 2005 to Kaiser Gypsum Company. Accordingly, Plaintiffs respectfully request that they be allowed until November 4, 2005 or to such time as the Court may order to file a Scheduling Order. In addition, Plaintiffs request that in view of the foregoing, the Scheduling Conference now scheduled for November 3, 2005 be rescheduled to a later date as the Court may order.

**RESPECTFULLY SUBMITTED** this 19th day of October, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: _____
JOHN S. UNPINGCO, ESQ.
*Attorneys for Plaintiffs*