LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

BENJAMIN B. CASSIDAY III
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone (808) 220-3200
Facsimile (808) 373-7720

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS, <br><br> Plaintiffs, <br><br> v. <br><br> A. P. GREEN INDUSTRIES, INC., et al., <br><br> Defendants. | Civil Case No. **05-00025** <br><br> **CERTIFICATE OF SERVICE** |

I certify that I have caused a true and correct copy of the **STATUS REPORT**, filed this date with the Clerk of the United States District Court of Guam, to be served upon those counsel or companies identified on the attached pages.

Dated this 19th October, 2005.

Respectfully submitted,

LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
JOHN S. UNPINGCO, ESQ.
*Attorneys for Plaintiffs*

**Personal Service on:**

**Arriola Cowan & Arriola**
201 C& A. Building
259 Martyr Street
Hagåtña, Guam 96910
(For Owens-Illinois, Inc.)

**Carlsmith Ball**
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña GU 96910
(For Georgia-Pacific Corporation)

**Klemm, Blair, Sterling & Johnson**
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
(For Metropolitan Life Insurance Company)

**By U. S. Postal Service to:**

**Joseph E. Riley**
A. W. Chesterton Company
225 Fallon Road
Stoneham MA 02180

**CT Corporation System**
818 West Seventh Street
Los Angeles CA 90017
(For Flexitallic, Inc., Foster Wheeler Corporation, Kaiser Gypsum Company, Inc.; Kaiser Gypsum Company, Inc., and Owens-Illinois, Inc.)

**Prentice-Hall Corporation Systems, Inc.**
21711 Centerville Road, Suite 400
Wilmington DE 19801
(For Viacom, Inc.)

**Sedgwick Detert Moran & Arnold LLP**
Three Gateway Center, 12th Floor
Newark NJ 07102
(For G-I Holdings, Inc., successor to GAF Corporation)

**McKenna Long & Aldridge LLP**
444 South Flower Street, 8th Floor
Los Angeles CA 90071-2901

Cess Navarro Olmo and Ronnie Pascual Ferreras
vs. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Certificate of Service

(For Amchem Products, Inc., and Dow Chemical Company)

**Gibson Dunn & Crutcher LLP**
2100 McKinney Avenue, Suite 1100
Dallas TX 75201-6911
(For Asbestos Claims Management Corporation, formerly National Gypsum Company, and NGC Bodily Injury Trust)

**Corporation Trust Co.**
1209 Orange Street
Wilmington DE 19801
(For Babcock & Wilcox Company, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractors Co., Honeywell International, Inc., John Crane, Inc., Metropolitan Life Insurance Company, United States Gypsum Company)

**CT Corporation System**
111 Eight Avenue
New York NY 10011
(For Quigley Company, Inc.)

**Pittsburgh Corning Corporation**
800 Presque Isle Drive
Pittsburgh PA 15239

**Frantz Ward LLP**
2500 Key Center
127 Public Square
Cleveland OH 44114-1230
(For Flintkote Company)

Cess Navarro Olmo and Ronnie Pascual Ferreras
vs. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025

Case 1:05-cv-00025   Document 55   3   Filed 10/19/2005   Page 3 of 3
Certificate of Service