DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company



FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                Plaintiffs,<br><br>                v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                Defendants | CIVIL CASE NO. 05-00025<br><br>**STIPULATION TO EXTEND TIME<br>FOR DEFENDANTS<br>BAYER CROPSCIENCE, INC., as<br>Succesor-in-Interest to AMCHEM<br>PRODUCTS, INC., AND THE DOW<br>CHEMICAL COMPANY<br>TO RESPOND TO COMPLAINT** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Stipulation to Extend Answer

The parties, through their respective counsel of record, Lujan Unpingco Aguigui & Perez LLP and Dooley Roberts & Fowler LLP, stipulate as follows:

1. Defendants Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have up to and including November 14, 2005, to file a responsive pleading to the complaint.

Dated: _____  LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
**JOHN S. UNPINGCO**
Attorneys for Plaintiffs

Dated: 10 Oct 2005  DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Attorneys for Defendants
Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

F:\Documents\I\05 Civil\G252 Garlock and Viacom\Stipulation to Extend Answer (Amchem & Dow) 02.doc

2

Case 1:05-cv-00025   Document 60   Filed 10/21/2005   Page 2 of 2