

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005 ᕯᑭ

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>           Plaintiffs,<br><br>      v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>           Defendants | CIVIL CASE NO. 05-00025<br><br><br><br>**ORDER** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Order re Stipulation to Extend Answer

The Court having reviewed the parties' Stipulation to Extend Time for Defendants Bayer

CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical

Company and good cause appearing therefore, orders that Defendants Bayer CropScience, Inc., as

Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have up to

and including November 14, 2005, to file a responsive pleading to the complaint.

SO ORDERED: _____October 25, 2005_____.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Order re Stipulation to Extend Answer (Amchem & Dow) 02.doc

RECEIVED
OCT 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2