

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2005

**MARY L.M. MORAN
CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS, | Civil Case No. 05-00025 |
| Plaintiffs, | |
| vs. | **ORDER** |
| A.P. GREEN INDUSTRIES, INC., *et al.*, | |
| Defendants. | |

This case is scheduled to come before the Court on November 3, 2005 for a Scheduling Conference. Pursuant to Local Rule 16.1(e), the Plaintiffs filed a Status Report (see Docket No. 54) informing the Court that although service of the complaint and summons has been effected, extensions of time have been granted for several defendants to make their appearances in this case. The Plaintiffs advised the Court that the latest extension of time thus far granted is November 14, 2005.

The Court finds that it would not be productive to hold the Scheduling Conference on November 3, 2005. Accordingly, the Court hereby moves the Scheduling Conference to Tuesday, December 13, 2005 at 11:00 a.m. Counsel are expected to meet and confer to discuss

///
///
///
///

*ORIGINAL*

1  the contents and preparation of the proposed Scheduling Order and Discovery Plan.  The

2  proposed Scheduling Order and Discovery Plan shall be submitted no later than Tuesday,

3  November 29, 2005.

4          SO ORDERED this 25th day of October 2005.

5

6                                                  JOAQUIN V.E. MANIBUSAN, JR.

7                                                     U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         - 2 -