1  Stephen D. Tom, Esq.
   Aimee H. Oyasato, Esq.
2  WHITE & TOM
   820 Mililani Street, Suite 711
3  Honolulu, Hawaii 96813-2972
   Telephone No.: (808) 547-5151
4  Facsimile No.: (808) 599-4517

5  Louie J. Yanza
   MAHER • YANZA • FLYNN • TIMBLIN, LLP
6  115 Hesler Place, Ground Floor
   Governor Joseph Flores Building
7  Hagåtña, Guam 96910
   Telephone No.: (671) 477-7059
8  Facsimile No.: (671) 472-5487

9
   Attorneys for Defendant
10 JOHN CRANE, INC.

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>              Plaintiff,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC. A.P. GREEN SERVICES, INC., A.W. CHESTERTON COPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER | CIVIL CASE NO. 05-00025<br><br>*PRO HAC VICE* APPLICATION OF STEPHEN D. TOM and AIMEE H. OYASATO; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

| | |
|---|---|
| 1 | GYPSUM COMPANY, INC., ) |
| 2 | METROPOLITAN LIFE INSURANCE ) COMPANY, OWENS CORNING, OWENS- ) |
| 3 | ILLINOIS, INC., PITTSBURGH CORNING ) CORPORATION, QUIGLEY COMPANY, ) |
| 4 | INC., UNITED STATES GYPSUM ) COMPANY, VIACOM, INC., ) |
| 5 | Defendants. ) |

Pursuant to the Local Rules of Practice for the District Court of Guam, General Rule 17.1(d), Stephen D. Tom and Aimee H. Oyasato, of the law firm of WHITE & TOM, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813-2972, telephone: (808) 547-5151, facsimile: (808) 599-4517, hereby requests this Court to enter an order permitting them to appear and participate in this particular matter as counsel *pro hac vice*.

This application is supported by the attached Memorandum of Points and Authorities, the Declarations of Stephen D. Tom and Aimee H. Oyasato, and Designation of Local Counsel filed contemporaneously herewith.

Dated this 24th day of October, 2005.

                WHITE & TOM
                Attorneys for Defendant
                **JOHN CRANE, INC.**

BY: _____
        AIMEE H. OYASATO, ESQ.

//

//

# MEMORANDUM OF POINTS AND AUTHORITIES
# IN SUPPORT OF *PRO HAC VICE* APPLICATION

Suit has been filed by Plaintiffs CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS seeking an unspecified amount of damages for bodily injuries. This is a diversity suit wherein Plaintiffs are seeking in excess of $75,000.00 for personal injuries incurred as a result of exposure to asbestos. The Plaintiffs are subcontractors or workers who provided services to the U.S. Navy and/or U.S. Navy contractors. Defendant JOHN CRANE, INC. has been named as a defendant in this action.

It is anticipated this matter will involve complex liability and medical issues on asbestos-related injuries, necessitating the need for experienced attorneys to assist in the handling of this litigation. Defendant JOHN CRANE, INC. desires that Stephen D. Tom and Aimee H. Oyasato, of the law firm of White & Tom, represent its interests in this action with MAHER • YANZA • FLYNN • TIMBLIN, LLP participating as local counsel in accordance with the Rules of this Court. On this basis, Stephen D. Tom and Aimee H. Oyasato, of the law firm of White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813-2972, applies for admission to appear and practice in this case as counsel *pro hac vice*.

## I.

## DISCUSSION

G.R. 17.1(d) of the Local Rules of Practice of the District Court of Guam permits attorneys who have not been admitted to practice in Guam but who are eligible to practice before "the bar of any United States Court or the highest court of

any State or of any Territory or Insular Possession of the United States" to participate *pro hac vice* in the District Court of Guam. D. Guam Ct. R. GR 17.1(d). Any such applications are granted upon the discretion of the District Court. *Id.* Since the Supreme Court ruling in <u>Selling v. Radford</u>, 243 U.S. 46 (1917), district courts have liberally granted admission *pro hac vice* to attorneys who are members in good standing in a state other than where admission is sought. However, the District Court has authority to promulgate local rules governing the requirements and conditions under which such admissions shall be granted, and may require that local counsel be designated to assist in the conduct of the case. <u>Ma v. Community Bank</u>, 686 F.2d 459 (7th Cir. 1982).

In the case at bar, Defendant JOHN CRANE, INC. has sought the assistance of White & Tom, an off-island law firm with extensive federal multidistrict experience. Louie J. Yanza, of the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP, consents to serve as designated local counsel, in accordance with General Rule 17.1(d). As stated in their Declarations, the applicants are members in good standing and eligible to practice in this jurisdiction indicated in their respective Declarations and they are not currently suspended or disbarred in any other court.

II.

## CONCLUSION

Applicants have satisfied the formal requirements under General Rule 17.1(d) for admission *pro hac vice*. Further, in light of the technical nature of the subject matter of the present litigation and Applicants' specialized experience, Defendant

JOHN CRANE, INC.'s desire to employ the Applicants for the purpose of representing their interest in the U.S. District Court, District of Guam in this particular matter.

For these reasons, Applicant respectfully requests this Court issue an Order granting Stephen D. Tom and Aimee H. Oyasato's *Pro Hac Vice* application.

Respectfully submitted this 24th day of October, 2005.

**WHITE & TOM**
Attorneys for Defendant
**JOHN CRANE, INC.**

BY: _____
AIMEE H. OYASATO, ESQ.