Stephen D. Tom, Esq.
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawai'i 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, <br><br> Plaintiff, <br> vs. <br><br> A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., | CIVIL CASE NO. 05-00025 <br><br> DECLARATION OF STEPHEN D. TOM FOR ADMISSION *PRO HAC VICE* |

1

ORIGINAL

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

I, STEPHEN D. TOM, hereby declare and state as follows:

1. I hereby apply to be permitted to appear and participate in the above-captioned matter.

2. My residential address is 2247 Auli Street, Honolulu, Hawai'i 96817, telephone: (808) 595 2570.

3. I am a partner in the law firm of **WHITE & TOM**, whose address is 820 Mililani Street, Suite 711, Honolulu, Hawai'i 96813-2972, telephone: (808) 547-5151, facsimile: (808) 599-4517, which firm has been retained by Defendant JOHN CRANE, INC. to represent and assist in the above-captioned matter.

4. I am authorized to practice law before all courts of the State of Hawai'i, including the Federal District Court of Hawai'i.

5. I am a member in good standing and am authorized to practice before the following courts:

    a. Hawai'i Supreme Court. Date of Admission: October 15, 1974;

    b. United States District Court for the District of Hawai'i. Date of Admission: October 15, 1974;

    c. United States Court of Appeals for the Ninth Circuit. Date of Admission: July 18, 1979; and

        d. United States Court of Federal Claims. Date of Admission: April 16, 1992.

6. I am not currently suspended or disbarred in any court.

7. I have previously made one (1) *pro hac vice* application to this Court in the following case:

> **_United States of America, for the use and benefit of Rhino Builders, Inc. v. Biogenesis Pacific, Inc., AIG Technical Services, Inc. and American Home Assurance Company_**, U.S. District Court, District of Guam, Civil Case No. 02-00008

8. I hereby designate Louie J. Yanza, an active member in good standing of the Guam bar and of this Court, as co-counsel, with whom this Court and counsel for the other parties in this matter may communicate regarding the conduct of this case and upon whom papers may be served in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of October, 2005, at Honolulu, Hawai'i.

                                                  /s/ Stephen D. Tom
                                                  **STEPHEN D. TOM**