Stephen D. Tom, Esq.
Aimee H. Oyasato, Esq.
WHITE & TOM
820 Mililani Street, Suite 711
Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
Facsimile No.: (808) 599-4517

Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN CRANE, INC.

FILED
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiff,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER | CIVIL CASE NO. 05-00025<br><br>DECLARATION OF COUNSEL AND CONSENT TO DESIGNATION OF LOCAL COUNSEL |

| | |
|---|---|
| GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURGH CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, VIACOM, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) |

I, LOUIE J. YANZA, hereby declare and state as follows:

1. I am an active member of the Bar of Guam and am authorized to practice law before all courts of Guam.

2. I am a partner in the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP, attorneys for Defendant JOHN CRANE, INC.

3. I hereby consent to and accept designation by Stephen D. Tom and Aimee H. Oyasato of the law firm of WHITE & TOM, a Hawaii law firm, as local counsel. I agree that this Court and counsel for the other parties in the above-captioned matter may communicate with me regarding the conduct of this case and further agree to accept service of any and all papers required or authorized to be served on counsel by all federal and local rules in the above-captioned matter.

//

//

4. Pursuant to the Local Rules, I plan to participate in the preparation and trial of the above-captioned case with the authority and responsibility to act as attorney of record for all purposes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of October, 2005, at Hagåtña, Guam.



LOUIE J. YANZA