1 | Stephen D. Tom, Esq.
Aimee H. Oyasato, Esq.
2 | WHITE & TOM
820 Mililani Street, Suite 711
3 | Honolulu, Hawaii 96813-2972
Telephone No.: (808) 547-5151
4 | Facsimile No.: (808) 599-4517

5 | Louie J. Yanza
MAHER · YANZA · FLYNN · TIMBLIN, LLP
6 | 115 Hesler Place, Ground Floor
Governor Joseph Flores Building
7 | Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
8 | Facsimile No.: (671) 472-5487

9 | Attorneys for Defendant
10 | JOHN CRANE, INC.

**FILED**

DISTRICT COURT OF GUAM

OCT 26 2005

MARY L.M. MORAN
CLERK OF COURT

11 | **UNITED STATES DISTRICT COURT**

12 | **DISTRICT OF GUAM**

13 | CESS NAVARRO OLMO, RONNIE) CIVIL CASE NO. 05-00025
14 | PASCUAL FERRERAS, )
|                         )
15 |            Plaintiff,   ) [PROPOSED] P
|                         )
16 |    vs.                  )
|                         ) ORDER GRANTING *PRO HAC VICE*
17 | A.P. GREEN INDUSTRIES, INC. A.P.) APPLICATION OF STEPHEN D. TOM
| GREEN SERVICES, INC., A.W.) AND AIMEE H. OYASATO
18 | CHESTERTON COPANY, AMCHEM)
| PRODUCTS, INC., ARMSTRONG)
19 | WORLD INDUSTRIES, INC., ASBESTOS)
| CLAIMS MANAGEMENT)
20 | CORPORATION, BABCOCK & WILCOX)
| COMPANY, COMBUSTION)
21 | ENGINEERING, INC., DOW CHEMICAL)
| COMPANY, DRESSER INDUSTRIES,)
22 | INC., FLEXITALLIC, INC., FLINTKOTE)
| COMPANY, FOSTER WHEELER CORP.,)
23 | GAF CORPORATION, GARLOCK, INC.,)
| GEORGIA-PACIFIC CORPORATION,)
24 | HARBISON-WALKER REFRACTORIES)
| CO., HONEYWELL INTERNATIONAL,)
25 | INC., JOHN CRANE, INC., KAISER)

GYPSUM COMPANY, INC.,)
METROPOLITAN LIFE INSURANCE)
COMPANY, OWENS CORNING,)
OWENS-ILLINOIS, INC., PITTSBURGH)
CORNING CORPORATION, QUIGLEY)
COMPANY, INC., UNITED STATES)
GYPSUM COMPANY, VIACOM, INC.,   )
                                )
_____Defendants._____)

WHEREAS, Stephen D. Tom and Aimee H. Oyasato of White & Tom, 820 Mililani Street, Suite 711, Honolulu, Hawaii 96813-2972, telephone: (808) 547-5151, facsimile: (808) 599-4517, have applied for an Order granting them permission to appear as counsel *pro hac vice* for Defendant JOHN CRANE, INC., in association with Louie J. Yanza, MAHER • YANZA • FLYNN • TIMBLIN, LLP, designated local counsel of record in the above-entitled matter.

WHEREAS, the Court having considered the papers and arguments submitted in support of the application, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application of Stephen D. Tom and Aimee H. Oyasato for an Order granting them permission to appear as counsel *pro hac vice* in this action be, and the same hereby is, GRANTED.

APPROVED AND SO ORDERED: _October 26, 2005_

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
~~DESIGNATED JUDGE~~
~~U.S. DISTRICT COURT, DISTRICT OF GUAM~~
Magistrate Judge

RECEIVED
OCT 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM