DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM

OCT 27 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>　　　　　Defendants | CIVIL CASE NO. 05-00025<br><br>**CERTIFICATE OF SERVICE** |

I, Jon A. Visosky, caused the Stipulation to Extend Time for Defendants Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, and Foster Wheeler Corporation to Respond to the First Amended Complaint and [Proposed] Order to be served October 27, 2005, via hand delivery on the following:

John S. Unpingco, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

Louie J. Yanza, Esq.
MAHER · YANZA · FLYNN · TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for John Crane, Inc.

2

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated October 27, 2005.    DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY

3

Case 1:05-cv-00025    Document 72    Filed 10/27/2005    Page 3 of 4

1) **A.P. Green Industries, Inc.**
   c/o CT Corporation System
   120 S. Central Ave.
   Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
   30600 Telegraph Road
   Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
   4100 Clinton Dr.
   Houston, TX 77020

5) **Flexitallic, Inc.**
   6914 LaPorte Rd.
   Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

   and

   **Honeywell International, Inc.**
   101 Columbia Rd.
   Morristown, NJ 07960

8) **Quigley Company, Inc.**
   c/o CT Corporation System
   111 Eighth Ave.
   New York, NY 10011-5201

9) **United States Gypsum Company**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120

4