| | |
|---|---|
| Cess Navarro Olmo, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A. P. Green Industries, Inc., et al., <br><br> Defendants. | Case No. 1:05-cv-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Scheduling Conference filed October 25, 2005* on the dates indicated below:

| | | | |
|---|---|---|---|
| Lujan, Unpingco, Aguigui and Perez, LLP | Carlsmith Ball LLP | Dooley Roberts and Fowler LLP | Maher Yanza Flynn Timblin, LLP |
| 10/26/2005 | *10/28/2005* | *10/28/2005* | *10/26/2005* |
| Klemm, Blair, Sterling and Johnson, P.C. | Arriola, Cowan and Arriola | | |
| 10/26/2005 | 10/26/2005 | | |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Scheduling Conference filed October 25, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 28, 2005                                     /s/ Renee M. Martinez
                                                                              Deputy Clerk