ORIGINAL 

CARLSMITH BALL LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
A.W. Chesterton Company

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. CV05-00025<br><br>**AFFIDAVIT OF RICHARD HOYLE** |

I, Richard Hoyle, declare:

1.  1. I am a United States Citizen over the age of eighteen years.

2.  I am President and Chief Executive Officer of A.W. Chesterton Company, ("Chesterton").

3.  I make this affidavit in support of Chesterton's Motion to Dismiss the above titled action. Except for those matters stated on information and belief, I have personal knowledge of the matters stated herein. As to those matters stated on information and belief, I am informed and believe them to be true.

4.  Chesterton is a corporation incorporated under the laws of the Commonwealth of Massachusetts, with its principal offices in Stoneham, Massachusetts. Based on my knowledge, information, and belief, Chesterton has always been incorporated in Massachusetts.

5.  Chesterton is not incorporated on Guam and based on my knowledge, information and belief, Chesterton has never been incorporated on Guam.

6.  Chesterton has no office, telephone account, telephone listing or mailing address on Guam and based on my knowledge, information and belief, Chesterton has never had any office, telephone account, telephone listing or mailing address on Guam.

7.  Chesterton has no bank account on Guam and based on my knowledge, information and belief, Chesterton has never had a bank account on Guam.

8.  Chesterton does not advertise on Guam and based on my knowledge, information and belief, Chesterton has never advertised on Guam.

9.  Chesterton is not qualified or licensed to do business on Guam and based on my knowledge, information and belief, Chesterton has never been qualified or licensed to do business on Guam.

10. Chesterton does not conduct any business on Guam and based on my knowledge, information and belief, Chesterton has never conducted any business on Guam.

11. None of Chesterton's officers, directors, employees or agents reside on Guam or are domiciled on Guam and based on my knowledge, information and belief, none of Chesterton's officers, directors, employees or agents have ever resided on Guam or been domiciled on Guam while they were employed by Chesterton.

12. Chesterton does not own any real or personal property on Guam and based on my knowledge, information and belief, Chesterton has never owned any real or personal property on Guam.

13. Although some Chesterton products may ultimately reach Guam, Chesterton does not engage in any direct sales or marketing on Guam and based on my knowledge, information and belief, Chesterton has never engaged in any direct sales or marketing on Guam.

Executed this 28TH day of October 2005.

Richard Hoyle
President and Chief Executive Officer
A.W. Chesterton Company