VINCENT LEON GUERRERO
THOMAS C. STERLING
BLAIR STERLING JOHNSON
 MOODY MARTINEZ & LEON GUERRERO
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña 96910-5205, Guam
Phone:     (671) 477-7857
Fax:         (671) 472-4290

Attorneys for Defendant Metropolitan Life Insurance Company

FILED
DISTRICT COURT OF GUAM
NOV - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., *et al.*,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV05-00025<br><br>**METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant, Metropolitan Life Insurance Company, state that Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. MetLife, Inc. is a publicly traded company.

**RESPECTFULLY SUBMITTED** this 9th day of November, 2005.

　　　　　　　　　　　　　　　BLAIR STERLING JOHNSON
　　　　　　　　　　　　　　　　MOODY MARTINEZ & LEON GUERRERO
　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　BY: *Vincent Leon Guerrero*
　　　　　　　　　　　　　　　　VINCENT LEON GUERRERO
　　　　　　　　　　　　　　　*Attorneys for Defendant Metropolitan Life Insurance Company*

OF COUNSEL:

Stephen A. Fennell
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

MOODY MARTINEZ & LEÓN GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

## CERTIFICATE OF SERVICE

I, **VINCENT LEON GUERRERO**, hereby certify that on November 9, 2005, I will cause to be served, via hand delivery, a true and correct copy of the **METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** upon the following counsel of record, addressed as follows:

John S. Unpingco, Esq.
LUJAN, UNPINGCO, AGUIGUI & PEREZ, LLP
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

David W. Dooley, Esq.
DOOLEY ROBERTS & FOWLER LLP
Attorneys at Law
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
Suite 201, C&A Professional Building
259 Martyr Street
Hagåtña, Guam 96910

John B. Maher, Esq.
MAHER YANZA FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910-5004

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 9th day of November, 2005.

_____
VINCENT LEON GUERRERO

E62\48841-04
G:\WORD97\OFFICE\WORDDOC\PLD\VLG\125-METROPOLITAN LIFE'S CORPORATE
DISCLOSURE STMT RE OLMO V A P GREEN INDUSTRIES INC.DOC

- 2 -