DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>            Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>            Defendants | CIVIL CASE NO. 05-00025<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS BAYER CROPSCIENCE, INC., as Succesor-in-Interest to AMCHEM PRODUCTS, INC., AND THE DOW CHEMICAL COMPANY TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Stipulation to Extend Answer

The parties, through their respective counsel of record, Lujan Unpingco Aguigui & Perez LLP and Dooley Roberts & Fowler LLP, stipulate as follows:

1. Defendants Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have up to and including November 18, 2005, to file a responsive pleading to the First Amended Complaint.

Dated: 11/14/05

LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI
Attorneys for Plaintiffs

Dated: Nov. 14, 2005

DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendants
Garlock, Inc., Viacom, Inc., Foster Wheeler Corporation, Amchem Products, Inc., and Dow Chemical Company

F:\1\05 Civil\Asbestos Litigation\Bayer and Dow\Stipulation to Extend Answer (Amchem & Dow) 03.doc

2