DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

**FILED**
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, ) <br> Ronnie Pascual Perreras, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> A.P. Green Industries, Inc., A.P. Green ) <br> Services, Inc., A.W. Chesterton Company, ) <br> Amchem Products, Inc., Armstrong World ) <br> Industries, Inc., Asbestos Claims Management ) <br> Corporation, Babcock & Wilcox Company, ) <br> Combustion Engineering, Inc., Dow Chemical ) <br> Company, Dresser Industries, Inc., Flexitallic, ) <br> Inc., Flintkote Company, Foster Wheeler Corp., ) <br> GAF Corporation, Garlock, Inc., Georgia- ) <br> Pacific Corporation, Harbison-Walker ) <br> Refractories Co., Honeywell International, Inc., ) <br> John Crane, Inc., Kaiser Gypsum Company, ) <br> Inc., Metropolitan Life Insurance Company, ) <br> Owens Corning, Owens-Illinois, Inc., Pittsburg ) <br> Corning Corporation, Quigley Company, Inc., ) <br> United States Gypsum Company, Viacom, Inc. ) <br> ) <br> Defendants ) <br> ) | CIVIL CASE NO. 05-00025 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Jon A. Visosky, caused the Stipulation to Extend Time for Defendants Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company to Respond to the First Amended Complaint and [Proposed] Order to be served November 15, 2005, via hand delivery on the following:

    John S. Unpingco, Esq.
    LUJAN UNPINGCO AGUIGUI & PEREZ LLP
    300 Pacific News Building
    238 Archbishop Flores Street
    Hagåtña, Guam 96910
    Attorneys for Plaintiffs

    Anita P. Arriola, Esq.
    ARRIOLA, COWAN & ARRIOLA
    259 Martyr Street
    Suite 201, C&A Professional Building
    Hagåtña, Guam 96910
    Attorneys for Owens-Illinois, Inc.

    Thomas C. Sterling, Esq.
    KLEMM, BLAIR, STERLING & JOHNSON
    1008 Pacific News Building
    238 Archbishop F.C. Flores Street
    Hagåtña, Guam 96910
    Attorneys for Metropolitan Life Insurance Company

    J. Patrick Mason, Esq.
    CARLSMITH BALL LLP
    Bank of Hawaii Bldg., Suite 401
    134 West Soledad Avenue
    P.O. Box BF
    Hagåtña, Guam 96932-5027
    Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
    Kaiser Gypsum Company, Inc.

    Louie J. Yanza, Esq.
    MAHER · YANZA · FLYNN · TIMBLIN, LLP
    115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
    Hagåtña, Guam 96910
    Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated November 15, 2005.                    DOOLEY ROBERTS & FOWLER LLP


By: _____
                                             JON A. VISOSKY

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4