DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, <br> Ronnie Pascual Perreras, <br><br>             Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br>             Defendants | CIVIL CASE NO. 05-00025 <br><br><br><br><br><br> **ORDER** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Order re Stipulation to Extend Answer

The Court having reviewed the parties' Stipulation to Extend Time for Defendants Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company and good cause appearing therefore, orders that Defendants Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company shall have up to and including November 18, 2005, to file a responsive pleading to the First Amended Complaint.

SO ORDERED: _November 15, 2005_.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Judge, District Court of Guam

F:\1\05 Civil\Asbestos Litigation\Bayer and Dow\[Proposed] Order (Amchem & Dow) 03.doc

RECEIVED
NOV 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM