DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, and Ronnie Pascual Perreras, <br><br>Plaintiffs, <br><br>v. <br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br>Defendants | CIVIL CASE NO. 05-00025 <br><br><br><br>**MOTION TO FILE ELECTRONICALLY TRANSMITTED COPIES** |

Olmo, et al. v. A.P. Green, et al.
Civil Case No. 05-00025
Motion to File Facsimile and Electronic Copies

Defendants Bayer CropScience, Inc. and The Dow Chemical Company (Defendants) move to file with the Court electronically transmitted copies of the Affidavit of George S. Goodridge and the Declaration of Thomas E. Moran, in support of Defendants' 1) Motion to Dismiss for Lack of Personal Jurisdiction; and 2) Joinder in Defendant Georgia-Pacific Corporation's Motion to Dismiss Based on Improper Venue. The originals will be filed with the court upon receipt by counsel.

November 18, 2005.

DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendants

F:\1\05 Civil\Asbestos Litigation\Bayer and Dow\Motion to File Electronically Transmitted Copies.doc

# AFFIDAVIT OF GEORGE S. GOODRIDGE

GEORGE S. GOODRIDGE personally appeared before me in Durham County, State of North Carolina, and having been duly sworn, according to law, made the following affidavit, to wit:

1. I am over the age of 18 and am competent to and do testify to the matters herein on personal knowledge.

2. I am the Assistant Secretary of Bayer CropScience, Inc. and, in that role, I have become familiar with the company history and corporate history of its predecessors.

3. Bayer CropScience, Inc. is incorporated under New York law and has a principal place of business in Research Triangle Park, North Carolina. It is the current corporate successor to Amchem Products, Inc. and the Benjamin Foster Company.

4. Bayer CropScience, Inc. has no offices or plants in Guam and owns no property in Guam.

5. Bayer CropScience, Inc. is not licensed or qualified to do business in Guam and it does not do business on Guam. Bayer CropScience, Inc. does not engage in any direct sales or marketing on Guam and does not advertise for business on Guam. Bayer CropScience, Inc. has no officers, directors, employees or agents residing in or domiciled on Guam.

6. Bayer CropScience, Inc. has no telephone listing or mailing address in Guam. Bayer CropScience, Inc. has no bank accounts in Guam.

*[signature]*
Affiant – George S. Goodridge

Sworn to and subscribed before me this 15th day of November, 2005.

*[signature]*
Notary Public – Miriam T. Carver

My commission expires June 13, 2010.

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>      Plaintiffs,<br><br>    v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. 05-00025<br><br>**DECLARATION OF THOMAS E. MORAN IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

LA:17211908.1

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Thomas E. Moran in Support of Motion to Dismiss

I, Thomas E. Moran, declare as follows:

1. I am a resident of the State of Michigan, over eighteen years of age and competent to give this declaration in support of The Dow Chemical Company's Motion to Dismiss Plaintiffs' First Amended Complaint. The facts contained in this affidavit are based upon my personal knowledge, information and belief and are true and correct.

2. I am an Assistant Secretary of The Dow Chemical Company.

3. The Dow Chemical Company was incorporated in the state of Delaware, U.S.A. Its principal place of business is in Midland, Michigan.

4. The Dow Chemical Company has no office, mailing address, telephone listing, or telephone account in Guam.

5. The Dow Chemical Company maintains no bank account in Guam.

6. The Dow Chemical Company is neither qualified, nor licensed, to conduct business in Guam.

7. The Dow Chemical Company does not conduct business in Guam.

8. The Dow Chemical Company has no officers, directors, employees or agents residing or domiciled in Guam.

9. The Dow Chemical Company does not own property in Guam;

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Thomas E. Moran in Support of Motion to Dismiss

10. The Dow Chemical Company does not engage in any direct sales to or marketing in Guam.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 15, 2005, at Midland, Michigan.

Thomas E. Moran

Subscribed and sworn to by me this 15th day of November, 2005.

Notary Public

*Lisa De Vos*
**Notary Public**, Saginaw County, **Michigan**
Acting in Midland County
**My Commission** Expires February 16, **2007**

LA:17211908.1         3