DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

**FILED**
DISTRICT COURT OF GUAM
NOV 18 2005 ⌐ρ
**MARY L.M. MORAN**
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                    Plaintiffs,<br><br>           v.<br><br>A.P. Green Industries, Inc.,   A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific   Corporation,   Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                    Defendants | CIVIL CASE NO. 05-00025<br><br><br>**CERTIFICATE OF SERVICE** |

# ORIGINAL

I, Jon A. Visosky, caused the Defendants Bayer CropScience, Inc. and The Dow Chemical

Company's 1) Motion to Dismiss for Lack of PersonaL Jurisdiction; and 2) Joinder in Defendant

Georgia-Pacific Corporation's Motion to Dismiss Based on Improper Venue, Motion to File

Electronically Transmitted Copies, and [Proposed] Order to be served November 18, 2005, via hand

delivery on the following:

> Ignacio C. Aguigui, Esq.
> LUJAN UNPINGCO AGUIGUI & PEREZ LLP
> 300 Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
> Attorneys for Plaintiffs
>
> Anita P. Arriola, Esq.
> ARRIOLA, COWAN & ARRIOLA
> 259 Martyr Street
> Suite 201, C&A Professional Building
> Hagåtña, Guam 96910
> Attorneys for Owens-Illinois, Inc.
>
> Thomas C. Sterling, Esq.
> KLEMM, BLAIR, STERLING & JOHNSON
> 1008 Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Attorneys for Metropolitan Life Insurance Company
>
> J. Patrick Mason, Esq.
> CARLSMITH BALL LLP
> Bank of Hawaii Bldg., Suite 401
> 134 West Soledad Avenue
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
> Kaiser Gypsum Company, Inc.

///

///

///

2

Louie J. Yanza, Esq.
MAHER · YANZA · FLYNN · TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated November 18, 2005.                         DOOLEY ROBERTS & FOWLER LLP

By: _____
    JON A. VISOSKY

3

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4