DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, and<br>Ronnie Pascual Perreras,<br><br>               Plaintiffs,<br><br>      v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>               Defendants | CIVIL CASE NO. 05-00025<br><br><br><br>**FILING OF ORIGINAL AFFIDAVIT OF GEORGE S. GOODRIDGE and DECLARATION OF THOMAS E. MORAN** |

Olmo, et al. v. A.P. Green, et al.
Civil Case No. 05-00025
Filing of Original Affidavit of George S. Goodridge
and Declaration of Thomas E. Moran

Defendants Bayer CropScience, Inc. and The Dow Chemical Company (Defendants) submit for filing with the Court the original Affidavit of George S. Goodridge (Goodridge Affidavit) and the original Declaration of Thomas E. Moran (Moran Declaration), in support of Defendants' 1) Motion to Dismiss for Lack of Personal Jurisdiction; and 2) Joinder in Defendant Georgia-Pacific Corporation's Motion to Dismiss Based on Improper Venue filed on November 18, 2005. The Motion to File Electronically Transmitted Copies filed on November 18, 2005 is withdrawn, based on the filing of the original Goodridge Affidavit and Moran Declaration.

Dated November 21, 2005.   DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Attorneys for Defendants

2

Olmo, et al. v. A.P. Green, et al.
Civil Case No. 05-00025
Filing of Original Affidavit of George S. Goodridge
and Declaration of Thomas E. Moran

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, caused the Defendants Bayer CropScience, Inc. and The Dow Chemical Company's Filing of original Affidavit of George S. Goodridge and Declaration of Thomas E. Moran to be served November 21, 2005, via hand delivery on the following:

Ignacio C. Aguigui, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

///

3

Olmo, et al. v. A.P. Green, et al.
Civil Case No. 05-00025
Filing of Original Affidavit of George S. Goodridge
and Declaration of Thomas E. Moran

>Louie J. Yanza, Esq.
>MAHER · YANZA · FLYNN · TIMBLIN, LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910
>Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated November 21, 2005.                    DOOLEY ROBERTS & FOWLER LLP

                                            By: _____
                                                JON A. VISOSKY

4

Olmo, et al. v. A.P. Green, et al.
Civil Case No. 05-00025
Filing of Original Affidavit of George S. Goodridge
and Declaration of Thomas E. Moran

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

F:\1\05 Civil\Asbestos Litigation\Bayer and Dow\Filing of Original Goodridge Aff & Moran Dec.doc

5

Case 1:05-cv-00025   Document 95   Filed 11/21/2005   Page 5 of 9

# AFFIDAVIT OF GEORGE S. GOODRIDGE

GEORGE S. GOODRIDGE personally appeared before me in Durham County, State of North Carolina, and having been duly sworn, according to law, made the following affidavit, to wit:

1. I am over the age of 18 and am competent to and do testify to the matters herein on personal knowledge.

2. I am the Assistant Secretary of Bayer CropScience, Inc. and, in that role, I have become familiar with the company history and corporate history of its predecessors.

3. Bayer CropScience, Inc. is incorporated under New York law and has a principal place of business in Research Triangle Park, North Carolina. It is the current corporate successor to Amchem Products, Inc. and the Benjamin Foster Company.

4. Bayer CropScience, Inc. has no offices or plants in Guam and owns no property in Guam.

5. Bayer CropScience, Inc. is not licensed or qualified to do business in Guam and it does not do business on Guam. Bayer CropScience, Inc. does not engage in any direct sales or marketing on Guam and does not advertise for business on Guam. Bayer CropScience, Inc. has no officers, directors, employees or agents residing in or domiciled on Guam.

6. Bayer CropScience, Inc. has no telephone listing or mailing address in Guam. Bayer CropScience, Inc. has no bank accounts in Guam.

*[signature]*
Affiant – George S. Goodridge

Sworn to and subscribed before me this 15th day of November, 2005.

*[signature]*
Notary Public – Miriam T. Carver

My commission expires June 13, 2010.

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                Plaintiffs,<br><br>                v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                Defendants | CIVIL CASE NO. 05-00025<br><br>**DECLARATION OF THOMAS E. MORAN IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Thomas E. Moran in Support of Motion to Dismiss

I, Thomas E. Moran, declare as follows:

1. I am a resident of the State of Michigan, over eighteen years of age and competent to give this declaration in support of The Dow Chemical Company's Motion to Dismiss Plaintiffs' First Amended Complaint. The facts contained in this affidavit are based upon my personal knowledge, information and belief and are true and correct.

2. I am an Assistant Secretary of The Dow Chemical Company.

3. The Dow Chemical Company was incorporated in the state of Delaware, U.S.A. Its principal place of business is in Midland, Michigan.

4. The Dow Chemical Company has no office, mailing address, telephone listing, or telephone account in Guam.

5. The Dow Chemical Company maintains no bank account in Guam.

6. The Dow Chemical Company is neither qualified, nor licensed, to conduct business in Guam.

7. The Dow Chemical Company does not conduct business in Guam.

8. The Dow Chemical Company has no officers, directors, employees or agents residing or domiciled in Guam.

9. The Dow Chemical Company does not own property in Guam;

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Declaration of Thomas E. Moran in Support of Motion to Dismiss

      10.      The Dow Chemical Company does not engage in any direct sales to or marketing in Guam.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 15, 2005, at Midland, Michigan.

                                        Thomas E. Moran

Subscribed and sworn to by me
this 15th day of November, 2005.

_____
Notary Public

                Lisa De Vos
    Notary Public, Saginaw County, Michigan
         Acting in Midland County
   My Commission Expires February 16, 2007