CARLSMITH BALL LLP

J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Georgia-Pacific Corporation

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, | CIVIL CASE NO. CIV05-00025 |
| Plaintiffs, | |
| vs. | **DEFENDANT GEORGIA-PACIFIC CORPORATION'S DISCLOSURE STATEMENT; DECLARATION OF SERVICE** |
| A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC., | |
| Defendants. | |

4848-1093-2480.1.000901-00030

COMES NOW, Defendant Georgia-Pacific Corporation, by and through its Attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Disclosure Statement as follows:

1.    Whether the named Defendant has a parent company, and if so, what company:

N/A

2.    Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity:  Georgia-Pacific is unaware of any publicly held company that owns 10% or more of the corporation.

DATED: Hagåtña, Guam, November 28th, 2005.

CARLSMITH BALL LLP

J. PATRICK MASON
Attorneys for Defendant
*Georgia-Pacific Corporation*

# DECLARATION OF SERVICE

I, J.PATRICK MASON, hereby declare and state:

1.    I am a United States citizen over the age of 18 years;

2.    I am an Attorney of the law firm of Carlsmith Ball LLP.

3.    On November _28th_, 2005, I caused to be served a filed copy of **DEFENDANT**

**GEORGIA-PACIFIC CORPORATION'S DISCLOSURE STATEMENT** (Filed November

_28th_, 2005) by hand delivery to the following:

| | |
|---|---|
| Ignacio Aguigui, Esq.<br>Lujan, Unpingco, Aguigui & Perez, LLP<br>Suite 300, PDN Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910 | Thomas C. Sterling, Esq.<br>Klemm Blair Sterling & Johnson, P.C.<br>Suite 1008, Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910 |
| David W. Dooley, Esq.<br>Dooley Roberts & Fowler, LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Drive<br>Tamuning, Guam 96913 | Anita P. Arriola, Esq.<br>Arriola, Cowan & Arriola<br>Suite 201, C&A Professional Building<br>259 Martyr Street<br>Hagåtña, Guam 96910 |
| Louie J. Yanza, Esq.<br>Maher Yanza Flynn Timblin, LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagåtña, Guam 96910 | |

4.    On November _28th_, 2005, I will also cause a copy of said documents to be

served on the following by depositing same with the United States mail in sealed envelopes,

postage prepaid, addressed as follows:

| | |
|---|---|
| Laurie K. Anger, Esq.<br>John J. Petry, Esq.<br>Bruce A. Wagman, Esq.<br>Morgenstein and Jubelirer LLP<br>One Market Plaza,<br>Spear Street Tower, 32nd Floor<br>San Francisco, California 94105 | A.P. Green Industries, Inc.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 |

Armstrong World Industries, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Dow Chemical Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Honeywell International, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

A.P. Green Services, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Asbestos Claims Management Corporation
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Dresser Industries, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

GAF Corporation
c/o Prentice-Hall Corporation Systems, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Foster Wheeler Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239

Babcock & Wilcox Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Flexitallic, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Kaiser Gypsum Company, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Amchem Products, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Combustion Engineering, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Flintkote Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Harbison-Walker Refractories Co.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Owens Corning
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

4848-1093-2480.1.000901-00030

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

DATED: Hagåtña, Guam, November 28th, 2005.

_____

J.PATRICK MASON