LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

BENJAMIN B. CASSIDAY III
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone   (808) 220-3200
Facsimile   (808) 373-7720

*Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>A. P. GREEN INDUSTRIES, INC., et al.,<br><br>Defendants. | Civil Case **05-00025** ORIGINAL<br><br>**LOCAL RULE 16.2(b) NOTICE OF DISAGREEMENT ON SCHEDULING PLAN** |

Pursuant to Local Rule 16.2(b) of the District Court of Guam, Counsel for the parties have been unable to agree on a proposed Scheduling Plan. A plan proposed by Counsel for the Plaintiff was circulated to all local defense counsel November 25, 2005, and a meeting of Plaintiffs' Counsel and some but not all of the local counsel was held November 28, 2005. One local defense counsel was unable to attend because of her need to consult with off-island counsel and another local defense counsel submitted comments by email and participated by telephone in the meeting of November 28, 2005.

Efforts to have a preliminary discussion and a draft Scheduling Order in circulation at an earlier date were complicated by the fact that the initial lead Counsel for the Plaintiffs, John C. Unpingco, left the firm November 10, 2005, to open his own office and that his replacement lead

counsel, Ignacio C. Aguigui, has been engaged on a daily basis in a complex civil trial in the District Court of the Northern Mariana Islands since October 21, 2005 and that is still on-going.

At the meeting of November 28, 2005, the local defense counsel in attendance and the attorney who submitted his suggestions by email and participated by phone requested that all dates contained in the proposed Scheduling Order be pushed back four to six months.

Counsel for the Plaintiffs has revised the proposed dates in an effort to accommodate defense counsel and is recirculating the proposed Scheduling Order to all local defense counsel. Counsel for the Plaintiffs and the Defendants seem generally in agreement that with the dates appropriately revised, a mutually acceptable Scheduling Order might be agreed upon on or before the scheduling hearing set for December 13, 2005.

The additional time that may be necessary to bring this case to trial is influenced by a variety of factors, including that the District Court is serviced by visiting Judges in the absence of an incumbent District Judge; the number of off island counsel involved; the number of Defendants; and the logistics inherent in the coordinating of the schedules of so many persons.

Attached hereto is a copy of the Plaintiffs' revised Proposed Scheduling Order and Discovery Plan and a separate draft Discovery Plan. Alternate Scheduling Proposals have not been received from defense counsel, but Counsel for the Plaintiffs do not infer from this that they have waived their objections to Plaintiffs' drafts.

Respectfully submitted this 29th day of November, 2005.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
IGNACIO C. AGUIGUI, ESQ.

2

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Local Rule 16.2 Notice of Disagreement

Case 1:05-cv-00025   Document 98   Filed 11/29/2005   Page 2 of 14

Approved as to form and content:

**ARRIOLA COWAN & ARRIOLA**

By:_____
    **ANITA P. ARRIOLA, ESQ.**

**BLAIR STERLING & JOHNSON**

By:_____
    **THOMAS C. STERLING, ESQ.**

**CARLSMITH BALL LLP**

By:_____
    **J. PATRICK MASON, ESQ.**

**MAHER · YANZA · FLYNN · TIMBLIN LLP**

By:_____
    **LOUIE J. YANZA, ESQ.**

**DOOLEY ROBERTS & FOWLER LLP**

By:_____
    **JON A. VISOSKY**

### Declaration of Service

I certify that the foregoing pleading, entitled **LOCAL RULE 16.2(b) NOTICE OF DISAGREEMENT ON SCHEDULING PLAN**, was served November 29, 2005, upon the following:

**ANITA P. ARRIOLA, ESQ.**
**ARRIOLA COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

**THOMAS C. STERLING, ESQ.**
**BLAIR STERLING & JOHNSON**

3

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Local Rule 16.2 Notice of Disagreement

Case 1:05-cv-00025  Document 98  Filed 11/29/2005  Page 3 of 14

| | |
|---|---|
| 1 | 1008 Pacific News Building |
| 2 | 238 Archbishop Flores Street |
|   | Hagåtña, Guam 96910 |
| 3 | Attorneys for Metropolitan Life Insurance Company |
| 4 | **J. PATRICK MASON, ESQ.** |
|   | **CARLSMITH BALL LLP** |
| 5 | 401 Bank of Hawaii Building |
| 6 | 134 West Soledad Avenue |
|   | Hagåtña, Guam 96910 |
| 7 | Attorneys for Georgia-Pacific Corporation, A. W. Chesterton |
|   | Company, and Kaiser Gypsum Company, Inc. |
| 8 | |
|   | **LOUIE J. YANZA, ESQ.** |
| 9 | **MAHER · YANZA · FLYNN · TIMBLIN LLP** |
| 10 | 115 Hesler Place |
|    | Hagåtña, Guam 96910 |
| 11 | Attorneys for John Crane, Inc. |
| 12 | **JON A. VISOSKY, ESQ.** |
|    | **DOOLEY ROBERTS & FOWLER LLP** |
| 13 | 201 Orlean Pacific Plaza |
| 14 | 865 South Marine Corps Drive |
|    | Tamuning, Guam 96913 |
| 15 | Attorneys for Garlock, Inc., Viacom, Inc., Foster Wheeler |
|    | Corporation, Bayer CropScience, Inc., and |
| 16 | The Dow Chemical Company |

_____
IGNACIO C. AGUIGUI, ESQ.

4

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Local Rule 16.2 Notice of Disagreement

Case 1:05-cv-00025   Document 98   Filed 11/29/2005   Page 4 of 14

LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

BENJAMIN B. CASSIDAY III
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone   (808) 220-3200
Facsimile   (808) 373-7720

*Attorneys for Plaintiffs*

DRAFT

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS, <br><br> Plaintiffs, <br><br> v. <br><br> A. P. GREEN INDUSTRIES, INC., et al., <br><br> Defendants. | Civil Case **05-00025** <br><br><br> **[PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN** |

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following proposed Scheduling Order:

1. **Nature of the Case**: The Plaintiffs allege: They were employed by the United States Navy approximately between the years 1966 to 1992. During their employment the Plaintiffs worked aboard Navy vessels transiting between the Philippines and Guam and in Navy shipyards in Hawaii and the Philippines. During their employment the Plaintiffs were regularly and closely exposed to asbestos and asbestos-containing products that the Defendants manufactured, sold and distributed for use on the vessels and in the shipyards were the Plaintiffs were employed. As a result of their exposure to these ultra hazardous products, the Plaintiffs unknowingly inhaled asbestos dust and asbestos fiber, as a result of which they each contracted

malignant mesothelioma, cancer, and/or other asbestos-related diseases, which illnesses were not diagnosed until about 2005. This is a products liability action alleging damages on the basis of (a) negligence; (b) strict liability; (c) warranty of merchantability; (d) market-share liability; (e) enterprise liability; (f) unfitness for intended use; and (g) negligent misrepresentation. The Plaintiffs also seek punitive damages.

    2. **The posture of the case is as follows:**

        (a) **The following motions are on file**: Certain of the Defendants have filed Motions to Dismiss for Lack of Personal Jurisdiction and for Improper Venue. No time or date has been set for the motions. Certain of the Defendants have filed a Notice of Tag-Along Action. The Plaintiffs have filed a Preliminary Opposition to Transfer of Case as Tag-Along Action. Counsel for Defendants Garlock, Inc., Viacom, Inc., Foster Wheeler Corporation, Bayer CropScience, Inc., and The Dow Chemical Company, and John Crane, Inc., have stated that they desire to have the case transferred to the MDL court, the Eastern District of Pennsylvania in Philadelphia; the Plaintiffs oppose such transfer because of the oppression or vexation that such a move would impose on the Plaintiffs, two elderly, frail and fatally ill men who are citizens of and reside in the Philippines. The distance from Manila to Philadelphia is 8,585 miles, whereas the distance from Manila to Hagåtña, Guam, is 1,596. Given their health condition, it would be an intolerable burden on the Plaintiffs to be required to travel more than five times the distance to Guam to have their case heard in Philadelphia. Another adverse factor would be the difference in weather that they would likely experience if the case were moved to Philadelphia. Whereas Guam and Manila enjoy virtually identical climatic conditions, the East Coast of the United States is markedly different than the Philippines and Guam and such a change could also adversely affect the Plaintiffs' health. The Plaintiffs would also incur the additional hardship of the expense of a trip of such a distance. Philadelphia would be truly a *forum non conveniens* for the Plaintiffs.

        (b) **The following motions have been resolved**: None of the motions to dismiss have been resolved, as no date or time has been set for the motions. The parties request that the Court set a hearing date and time for the motions.
2

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

Case 1:05-cv-00025    Document 98    Filed 11/29/2005    Page 6 of 14

(c) **The following discovery has been initiated**: No party has initiated discovery at this time.

(d) **Status of pleadings:** Because of the several pending motions and the filing of cross-claims to which answers have not yet been filed, the pleadings have not closed.

3. **Motions to Add Parties or Claims:** All motions to add parties and claims shall be filed on or before **July 17, 2006.**

4. **Motions to Amend Pleadings:** All motions to amend pleadings shall be filed on or before **July 17, 2006.**

5. **Status of Discovery:**

    (a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

        (1) The "initial disclosures" described in subsections (A), (B), (C), and (D) of Fed. R. Civ. P. 26(a)(1) shall be made on or before **Monday April 3, 2006**.

        (2) Initial Fed. R. Civ. P. 26(a)(2) disclosures of expert witnesses shall be made on or before **Monday, June 5, 2006.** Rebuttal disclosures shall be made on or before **Monday, July 1-, 2006.**

        (3) The "pretrial disclosures" described in Fed. R. Civ. P. 26(a)(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by **Tuesday, June 6, 2007.**

    (b) The following is a description of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiffs: Interrogatories, Requests to Produce, Admissions and Depositions;

Defendants: Interrogatories, Requests to Produce, Admissions and Depositions.

6. The parties shall appear before the District Court on **December 13, 2005, at 11 a.m.** for the Scheduling Conference.

3

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

7. **Discovery Cut-Off Date:** The discovery cut-off date (defined as the last day to file responses to discovery) is **Tuesday, January 2, 2007**.

8. **Discovery Motions Cut-Off Date:** All discovery motions shall be filed on or before **Monday, February 5, 2006**, and heard on or before **Monday, March 19, 2006.**

9. **Dispositive Motions.** All dispositive motions shall be filed on or before **Monday, April 9, 2007,** and heard on or before **Monday, May 28, 2007**.

10. **Settlement Prospects:** Settlement prospects are unknown at this time.

11. **Preliminary Pre-Trial Conference:** The Preliminary Pre-Trial Conference shall be held on **June 18, 2007,** at \_\_\_\_\_ \_\_\_\_. m. (no later than twenty-one (21) days prior to trial).

12. **Filing of Trial Documents:** The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists as required by LR 16.7(d) shall be filed on or before **June 25, 2007.** The deadlines for filing all other pretrial materials shall follow the deadlines established under the local rules.

13. **Pre-Trial Order:** The proposed Pre-Trial Order shall be filed on or before **June 25, 2007** (no later than fourteen (14) days prior to trial).

14. **Final Pre-Trial Conference:** The Final Pre-Trial Conference shall be held on **Monday, July 2, 2007**, at \_\_\_\_\_ \_\_\_.m. (seven (7) days prior to trial).

15. **Trial Date:** The trial shall be held on **Monday, July 9, 2007, at** \_\_\_\_\_ \_\_\_.m.

16. **Jury:** Plaintiffs have demanded trial by jury.

17. **Length of Trial:** It is presently anticipated that the trial will take 3-5 weeks.

18. The names of counsel are as follows:

> For Plaintiff:  DAVID J. LUJAN, ESQ.
> IGNACIO C. AGUIGUI, ESQ.
> PETER C. PEREZ, ESQ.
> LUJAN, AGUIGUI & PEREZ LLP
> 300 Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
> Telephone: (671) 477-8064
> Facsimile: (671) 477-5297

4

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

Case 1:05-cv-00025   Document 98   Filed 11/29/2005   Page 8 of 14

|  | BENJAMIN B. CASSIDAY III, ESQ. |
|---|---|
|  | 5699 Kalanianaole Highway |
|  | Honolulu, Hawaii 96821 |
|  | Telephone: (808) 220-3200 |
|  | Facsimile: (808) 373-7720 |

| For Defendants: | ANITA P. ARRIOLA, ESQ. |
|---|---|
|  | ARRIOLA COWAN & ARRIOLA |
|  | 259 Martyr Street, Suite 201 |
|  | Hagåtña, Guam 96910 |
|  | Attorneys for Owens-Illinois, Inc. |

THOMAS C. STERLING, ESQ.
BLAIR STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. PATRICK MASON, ESQ.
CARLSMITH BALL LLP
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910
Attorneys for Georgia-Pacific Corporation, A. W. Chesterton Company, and Kaiser Gypsum Company, Inc.

LOUIE J. YANZA, ESQ.
MAHER · YANZA · FLYNN · TIMBLIN LLP
115 Hesler Place
Hagåtña, Guam 96910
Attorneys for John Crane, Inc.

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
201 Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Attorneys for Garlock, Inc., Viacom, Inc., Foster Wheeler Corporation, Bayer CropScience, Inc., and The Dow Chemical Company

19. The parties do not wish to submit this case to a settlement conference.

5

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

Case 1:05-cv-00035   Document 98   Filed 11/29/2005   Page 9 of 14

20. The parties present the following suggestions for shortening trial: There is no real suggestion for shortening the trial. Given that the District Court is serviced by visiting Judges in the absence of an incumbent District Judge, the number of off island counsel, the number of Defendants and the logistics of coordinating the schedules of so many persons, it is unlikely that the case could be held within a shorter time than is proposed by this Scheduling Order.

21. The following issue will affect the status or management of the case: _____.

Dated:_____.

_____
**HONORABLE JOAQUIN V.E. MANIBUSAN JR.**
**MAGISTRATE JUDGE,**
**DISTRICT COURT OF GUAM**

Approved as to form and content:

**LUJAN, AGUIGUI & PEREZ LLP**

By: _____

**ARRIOLA COWAN & ARRIOLA**

By:_____
    **ANITA P. ARRIOLA, ESQ.**

**BLAIR STERLING & JOHNSON**

By:_____
    **THOMAS C. STERLING, ESQ.**

**CARLSMITH BALL LLP**

By:_____
    **J. PATRICK MASON, ESQ.**

6

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

Case 1:05-cv-00025    Document 98    Filed 11/29/2005    Page 10 of 14

MAHER · YANZA · FLYNN · TIMBLIN LLP

By:_____
    LOUIE J. YANZA, ESQ.

DOOLEY ROBERTS & FOWLER LLP

By:_____
    JON A. VISOSKY

7

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Scheduling Order and Discovery Plan

Case 1:05-cv-00025    Document 98    Filed 11/29/2005    Page 11 of 14

LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone  (671) 477-8064
Facsimile  (671) 477-5297

BENJAMIN B. CASSIDAY III
5699 Kalanianaole Highway
Honolulu HI 96821
Telephone  (808) 220-3200
Facsimile  (808) 373-7720

DRAFT

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE FERRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>A. P. GREEN INDUSTRIES, INC., et al.,<br><br>Defendants. | Civil Case **05-00025**<br><br>**DISCOVERY PLAN** |

Pursuant to FRCP 26(f) and LR 16.1, the parties submit the following proposed discovery plan. Whenever any dates falls on a day on which the District Court is not opened, the task shall be completed the following business day.

1. **Status of Discovery:**

    (a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

    (1) The "initial disclosures" described in subsections (A), (B), (C), and (D) of the FRCivP Rule 26(a)(1) shall be exchanged by **Monday, April 3, 2006** [Pursuant to local rules, these are not to be filed].

    (2) The disclosure of expert testimony by plaintiff's experts shall be made not later than **Monday, June 5, 2006**. The disclosure of

expert testimony by defendants' experts shall be made by **Monday, July 10, 2006**.

  (3) The "pretrial disclosures" described in FRCivP Rule 26()(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by **Tuesday, June 6, 2007**.

(b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery;

Plaintiff: Interrogatories, Requests to Produce, Admissions and Depositions;

Defendants: Interrogatories, Requests to Produce, Admissions and Depositions;

  2. **Discovery Cut-Off Date:** The discovery cut-off date (defined as the last day to file responses to discovery) is **Tuesday, January 2, 2007**.

  3. **Discovery Motions Cut-Off Date:** The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **Monday, February 5, 2007**, and heard on or about **Monday, March 19, 2007** at **10 a. m.**

**ARRIOLA COWAN & ARRIOLA**

By:_____    _____
  **ANITA P. ARRIOLA, ESQ.**       Date

**BLAIR STERLING & JOHNSON**

By:_____    _____
  **THOMAS C. STERLING, ESQ.**      Date

**CARLSMITH BALL** LLP

By:_____    _____
  **J. PATRICK MASON, ESQ.**       Date

**MAHER · YANZA · FLYNN · TIMBLIN** LLP

2

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Discovery Plan

Case 1:05-cv-00025 Document 98 Filed 11/29/2005 Page 13 of 14

| | | |
|---|---|---|
| By: _____ | | _____ |
|     **LOUIE J. YANZA, ESQ.** | | Date |

**DOOLEY ROBERTS & FOWLER** LLP

| | | |
|---|---|---|
| By: _____ | | _____ |
|     **JOHN A. VISOSKY** | | Date |

**LUJAN AGUIGUI & PEREZ** LLP

| | | |
|---|---|---|
| By: _____ | | _____ |
|     **IGNACIO C. AGUIGUI, ESQ.** | | Date |

3

Olmo and Ferreras v. A. P. Green et al.
Civil Case 05-00025
Discovery Plan

Case 1:05-cv-00025    Document 98    Filed 11/29/2005    Page 14 of 14