ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*



FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, <br><br> PLAINTIFFS, <br><br> -VS- <br><br> A.P. GREEN INDUSTRIES, INC., et. al., <br><br> DEFENDANTS. | CIVIL CASE NO. 05-00025 <br><br> **DEFENDANTS' STATEMENT REGARDING THEIR [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN** |

Certain defendants in the above-captioned matter file this Statement pursuant to L.R. 16.2(b). This Court's local rules require that plaintiff shall prepare a draft Scheduling Order, which shall be presented to all counsel in the case for agreement and signature. On November 25, 2005 at 11:35 p.m., plaintiffs' counsel faxed a draft proposed Scheduling Order to defendants' counsel, which was not received by defense counsel until Monday, November 28, 2005. This was not sufficient time for defense counsel to review the dates and matters contained in the proposed draft or to consult with their clients or off-island co-counsel. As of the filing of this Statement, some of the defendants' counsel still have not received approval or authorization from their clients or co-counsel regarding the matters contained in plaintiffs' proposed Scheduling Order. Consequently, the undersigned

defense counsel are forced to file this Statement and an alternative draft Proposed Scheduling Order, which is attached hereto.

RESPECTFULLY SUBMITTED this 29th day of November, 2005.

**ARRIOLA COWAN & ARRIOLA**

By: _____
ANITA P. ARRIOLA, ESQ.

**BLAIR STERLING & JOHNSON**

By: _____
THOMAS C. STERLING, ESQ.

**CARLSMITH BALL LLP**

By: _____
J. PATRICK MASON, ESQ.

**MAHER, YANZA, FLYNN, TIMBLIN LLP**

By: _____
LOUIE J. YANZA, ESQ.

**DOOLEY ROBERTS & FOWLER LLP**

By: _____
JOHN A. VISOSKY