ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*



**FILED**
DISTRICT COURT OF GUAM
NOV 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS, ) ) ) PLAINTIFFS, ) ) -VS- ) ) A.P. GREEN INDUSTRIES, INC., et. al., ) ) DEFENDANTS. ) ) | CIVIL CASE NO. 05-00025 **CERTIFICATE OF SERVICE** |

I, ANITA P. ARRIOLA, HEREBY CERTIFY that true and correct copies of the followings documents were served on the 29th day of November, 2005:

1. **DEFENDANTS' [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN;**

2. **DEFENDANTS' STATEMENT REGARDING THEIR [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN.**

<u>*via hand delivery to:*</u>

Peter C. Perez, Esq.
Lujan, Unpingco, Aguigui & Perez, LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagatna, Guam 96910
re: Olmo, Ferreras

Vincent Leon Guerrero, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008 Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910
re: Metropolitan Life Ins. Co.

Jon A. Visosky, Esq.
Dooley, Roberts & Fowler, LLP
865 S. Marine Corps. Drive, Ste. 201
Orlean Pacific Plaza
Tamuning, Guam 96913
re: Garlock, Inc.; Viacom, Inc.

Joseph C. Razanno, Esq.
Carlsmith Ball LLP
401 Bank of Hawaii Building
134 West Soledad Avenue
Hagåtña, Guam 96910
re: Kaiser Gypsum Company, Inc.; Georgia-Pacific Corporation; A.W. Chesterton Co.

Louie J. Yanza, Esq.
Maher, Yanza, Flynn, Timblin LLP
115 Hesler Place
Hagåtña, Guam 96910
re: John Crane, Inc.

Dated this 30th day of November, 2005.

_____
**ANITA P. ARRIOLA**