DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company



FILED
DISTRICT COURT OF GUAM

DEC - 1 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>Defendants | CIVIL CASE NO. 05-00025<br><br><br><br>**APPLICATION OF<br>WILLIAM J. SAYERS<br>FOR ADMISSION *PRO HAC VICE*** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Application of William J. Sayers for Admission *Pro Hac Vice*

I, William J. Sayers, declare:

1. Pursuant to General Rule 17.1(e) of the Local Rules of Practice for the District Court of Guam I am applying to appear and participate in this matter.

2. I am not a resident of Guam, am not regularly employed or engaged in business activities on Guam.

3. I am a **partner** in McKenna Long & Aldridge LLP, whose address is 444 South Flower Street, 8th Floor, Los Angeles, CA 90071, which firm has been retained by Bayer CropScience, Inc., as Succesor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company, to represent and assist them in this matter.

4. I was admitted to practice law before the courts of ___California___ on ___December 21___, 19_77_ and am in good standing and eligible to practice in those courts.

5. I am not currently suspended or disbarred in any court.

6. I have never previously applied to appear before this Court *pro hac vice*.

7. I designate the attorneys of Dooley Roberts & Fowler LLP, active members in good standing of the Guam Bar and of this Court, as co-counsel, with whom this Court and counsel for the other parties may communicate regarding the conduct of this case and upon whom papers may be served in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 14, 2005, at Los Angeles, California.

_____
**WILLIAM J. SAYERS**

C:\Documents and Settings\mdelan\Local Settings\Temporary Internet Files\OLK82\Pro Hac Vice Application (Sayers).doc

2