DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc.,
successor by merger to CBS Corporation, formerly known
as Westinghouse Electric Corporation, Foster Wheeler
Corporation, Bayer CropScience, Inc., as Succesor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

**FILED**
DISTRICT COURT OF GUAM

DEC - 1 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>                Plaintiffs,<br><br>        v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>                Defendants | CIVIL CASE NO. 05-00025<br><br><br><br><br><br>**APPLICATION OF<br>JOSEPH L. GREENSLADE<br>FOR ADMISSION *PRO HAC VICE*** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Application of Joseph L. Greenslade for Admission *Pro Hac Vice*

I, Joseph L. Greenslade, declare:

1. Pursuant to General Rule 17.1(e) of the Local Rules of Practice for the District Court of Guam I am applying to appear and participate in this matter.

2. I am not a resident of Guam, am not regularly employed or engaged in business activities on Guam.

3. I am an associate with McKenna Long & Aldridge LLP, whose address is 444 South Flower Street, 8th Floor, Los Angeles, CA 90071, which firm has been retained by Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company, to represent and assist them in this matter.

4. I am admitted to practice law before the following courts: California Supreme Court (12/11/89); Ninth Circuit Court of Appeals (12/11/89); United States District Court, Central District of California (01/30/90); United States District Court, Southern District of California (10/05/92); and United States District Court, Eastern District of California (05/13/2005), and am in good standing and eligible to practice in those courts.

5. I am not currently suspended or disbarred in any court.

6. I have never previously applied to appear before this Court *pro hac vice*.

7. I designate the attorneys of Dooley Roberts & Fowler LLP, active members in good standing of the Guam Bar and of this Court, as co-counsel, with whom this Court and counsel for the other parties may communicate regarding the conduct of this case and upon whom papers may be

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
Application of Joseph L. Greenslade for Admission *Pro Hac Vice*

served in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 10, 2005, at Los Angeles, California.

_____
JOSEPH L. GREENSLADE

C:\Documents and Settings\jgreen\Local Settings\Temporary Internet Files\OLKB0\Pro Hac Vice Application (Greenslade).doc

3

Case 1:05-cv-00025   Document 102   Filed 12/01/2005   Page 3 of 3