DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Visosky@guamlawoffice.com



**FILED**
DISTRICT COURT OF GUAM

DEC - 1 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendants Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br> Defendants | CIVIL CASE NO. 05-00025 <br><br><br> **DECLARATION AND CONSENT OF CO-COUNSEL** |

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
*Pro Hac Vice* Application Consent

I, Jon A. Visosky, declare:

1. I am an active member of the Bar of Guam and am authorized to practice law before all courts of Guam.

2. I am an associate in the law firm of Dooley Roberts & Fowler LLP, attorneys for Defendants.

3. I agree to act as local counsel for the law firm of McKenna Long & Aldridge LLP, a California law firm. This Court and counsel for the other parties in this matter may communicate with me regarding the conduct of this case and I shall accept service of all papers in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December __/__, 2005 at Tamuning, Guam.

_____
JON A. VISOSKY

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Pro Hac Vice Application (JAV-Consent).doc