DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company



FILED
DISTRICT COURT OF GUAM
DEC - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br> Defendants | CIVIL CASE NO. 05-00025 <br><br><br> **CERTIFICATE OF SERVICE** |

I, Jon A. Visosky, caused the Defendants Bayer CropScience, Inc. and The Dow Chemical Company's Declaration and Consent of Co-Counsel, Application of William J. Sayers for Admission Pro Hac Vice, Application of Joseph L. Greenslade for Admission Pro Hac Vice, and [Proposed] Order to be served December 1, 2005, via hand delivery on the following:

Ignacio C. Aguigui, Esq.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam 96932-5027
Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

Louie J. Yanza, Esq.
MAHER · YANZA · FLYNN · TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for John Crane, Inc.

2

Case 1:05-cv-00025   Document 104   Filed 12/01/2005   Page 2 of 4

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated December 1, 2005.                                DOOLEY ROBERTS & FOWLER LLP

                                              By:  _____
                                                   **JON A. VISOSKY**

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120