

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and<br>RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., *et al.*,<br><br>Defendants. | Civil Case No. 05-00025<br><br><br><br><br>**ORDER** |

On December 1, 2005, a William J. Sayers filed an Application for Admission *Pro Hac Vice* (the "Application"). The Application, however, failed to contain the original signature of Mr. Sayers. The Clerk's Office contacted the proposed local counsel to Mr. Sayers to correct the deficient filing. To date, no corrective action has been taken. Accordingly, the Court hereby DENIES the Application without prejudice.

**SO ORDERED** this 5th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE