ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC - 9 2005
MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Georgia-Pacific Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FLEXITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. CIV05-00025<br><br>**DEFENDANT GEORGIA-PACIFIC CORPORATION ANSWERS THE CROSS-CLAIMS OF DEFENDANTS GARLOCK, INC., VIACOM, INC., AND FOSTER WHEELER CORPORATION AND CROSS-CLAIMS AGAINST DEFENDANTS GARLOCK, INC., VIACOM, INC., AND FOSTER WHEELER CORPORATION; DECLARATION OF SERVICE** |

4839-4808-5504.1.000901-00030

Georgia-Pacific Corporation's ("Georgia-Pacific") Answer to the Cross-Claims of Defendants Garlock, Inc., Viacom, Inc., and Foster Wheeler Corporation and Cross-Claim against Defendants Garlock, Inc., Viacom, Inc., and Foster Wheeler Corporation.

## ANSWER TO CROSS-CLAIMS

Georgia-Pacific answers Defendants Garlock, Inc., Viacom, Inc., and Foster Wheeler Corporation's ("Cross-Claimants") Cross-Claims as follows:

1. As to paragraph 1 of the Cross-Claim: Georgia-Pacific admits the averments.

2. As to paragraph 2 of the Cross-Claim: This paragraph is a statement by the Cross-Claimants for which no response is required; to the extent that the statement may be deemed an allegation of fact, Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments and on that basis denies them.

3. As to paragraph 3 of the Cross-Claim: Georgia-Pacific denies the averments as they relate to Georgia-Pacific; Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments as they relate to other Defendants and on that basis denies the averments.

4. As to paragraph 4 of the Cross-Claim: Georgia-Pacific denies the averments as they relate to Georgia-Pacific; Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments as they relate to other Defendants and on that basis denies the averments.

5. As to paragraph 5 of the Cross-Claim: Georgia-Pacific denies the averments as they relate to Georgia-Pacific; Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments as they relate to other Defendants and on that basis denies the averments.

6. As to paragraph 6 of the Cross-Claim: Georgia-Pacific denies the averments as they relate to Georgia-Pacific; Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments as they relate to other Defendants and on that basis denies the averments.

7. As to paragraph 7 of the Cross-Claim: Georgia-Pacific denies the averments as they relate to Georgia-Pacific; Georgia-Pacific is without knowledge or information sufficient to form a belief as to the truth of the averments as they relate to other Defendants and on that basis denies the averments.

8. All averments in the Cross-Claims that are not specifically admitted above are denied.

9. Georgia-Pacific incorporates herein its Defenses in Georgia-Pacific's answer to the First Amended Complaint.

**WHEREFORE,** Georgia-Pacific prays that:

1. Cross-Claimants take nothing by their Cross-Claims;

2. Judgment be awarded in favor of Georgia-Pacific and against Cross-Claimants;

3. Georgia-Pacific be awarded its costs;

4. The Court grant such other relief as it deems just and proper.

## CROSS-CLAIMS

Georgia-Pacific Cross-Claims against Defendants Garlock, Inc., Viacom, Inc., and Foster Wheeler Corporation ("Garlock, Viacom and Wheeler") as follows:

1. Plaintiffs have filed a First Amended Complaint against Georgia-Pacific and other defendants, including Garlock, Viacom and Wheeler, alleging eight causes of action. In their

First Amended Complaint, Plaintiffs have alleged that they suffered damages due to exposure to asbestos.

2. Georgia-Pacific has answered the First Amended Complaint denying any liability for the alleged damages and asserting a number of defenses to Plaintiffs' claims. Georgia-Pacific incorporates herein its Answer to the First Amended Complaint, including the Defenses asserted therein.

3. If it is found that Plaintiffs suffered any injuries and damages due to exposure to asbestos, which Georgia-Pacific denies, Georgia-Pacific is not liable for any such injuries or damages.

4. If it is found that Plaintiffs suffered any injuries and damages due to exposure to asbestos, which Georgia-Pacific denies, Garlock, Viacom and Wheeler are liable for the injuries and damages.

5. If Georgia-Pacific is held liable for any injuries and damages to Plaintiffs, which liability Georgia-Pacific denies, Georgia-Pacific is entitled to contribution, subrogation and/or indemnification from Garlock, Viacom and Wheeler due to the liability of Garlock, Viacom and Wheeler for Plaintiffs' injuries and damages.

6. If Georgia-Pacific is held liable for any damages to Plaintiffs, which Georgia-Pacific denies, Garlock, Viacom and Wheeler are liable to Georgia-Pacific for contribution of their pro-rata share of any judgment or settlement in favor of Plaintiffs.

**WHEREFORE,** Georgia-Pacific prays that:

1. It be awarded Judgment against Garlock, Viacom and Wheeler for contribution, subrogation and/or indemnification;

2. Georgia-Pacific be awarded its costs;

3. The Court grant such other relief as it deems just and proper.

DATED: Hagåtña, Guam, December 9, 2005.

CARLSMITH BALL LLP

_____
J.PATRICK MASON
Attorneys for Defendant
*Georgia-Pacific Corporation*

## DECLARATION OF SERVICE

I, J.PATRICK MASON, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an Attorney of the law firm of Carlsmith Ball LLP.

3. On December 9, 2005, I caused to be served a filed copy of **ANSWER AND CROSS-CLAIM OF DEFENDANT GEORGIA-PACIFIC CORPORATION AGAINST GARLOCK, INC., VIACOM, INC., AND FOSTER WHEELER CORPORATION** by hand delivery to the following:

Ignacio Aguigui, Esq.
Lujan, Unpingco, Aguigui & Perez, LLP
Suite 300, PDN Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm Blair Sterling & Johnson, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

David W. Dooley, Esq.
Dooley Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Anita P. Arriola, Esq.
Arriola, Cowan & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagåtña, Guam 96910

Louie J. Yanza, Esq.
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

4. On December 9, 2005, I will also caused a copy of said documents to be served on the following by depositing same with the United States mail in sealed envelopes, postage prepaid, addressed as follows:

Laurie K. Anger, Esq.
John J. Petry, Esq.
Bruce A. Wagman, Esq.
Morgenstein and Jubelirer LLP
One Market Plaza,
Spear Street Tower, 32nd Floor

A.P. Green Industries, Inc.
c/o CT Corporation System
120 South Central Avenue
Clayton, MO 63105

San Francisco, California 94105

Armstrong World Industries, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Dow Chemical Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Honeywell International, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

A.P. Green Services, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Asbestos Claims Management Corporation
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Dresser Industries, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

GAF Corporation
c/o Prentice-Hall Corporation Systems, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

United States Gypsum Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Babcock & Wilcox Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Flexitallic, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Georgia-Pacific Gypsum Company, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

Amchem Products, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Combustion Engineering, Inc.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Flintkote Company
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Harbison-Walker Refractories Co.
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Owens Corning
c/o Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

DATED: Hagåtña, Guam, December 9, 2005.

_____
J.PATRICK MASON