ORIGINAL



FILED
DISTRICT COURT OF GUAM
DEC -9 2005
MARY L.M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

J. PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
A.W. Chesterton Company

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO and RONNIE PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC., A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., ARMSTRONG WORLD INDUSTRIES, INC., ASBESTOS CLAIMS MANAGEMENT CORPORATION, BABCOCK & WILCOX COMPANY, COMBUSTION ENGINEERING, INC., DOW CHEMICAL COMPANY, DRESSER INDUSTRIES, INC., FELITALLIC, INC., FLINTKOTE COMPANY, FOSTER WHEELER CORP., GAF CORPORATION, GARLOCK, INC., GEORGIA-PACIFIC CORPORATION, HARBISON-WALKER REFRACTORIES CO., HONEYWELL INTERNATIONAL, INC., JOHN CRANE, INC., KAISER GYPSUM COMPANY, INC., METROPOLITAN LIFE INSURANCE COMPANY, OWENS CORNING, OWENS-ILLINOIS, INC., PITTSBURG CORNING CORPORATION, QUIGLEY COMPANY, INC., UNITED STATES GYPSUM COMPANY, and VIACOM, INC.,<br><br>Defendants. | CIVIL CASE NO. CV05-00025<br><br>**NOTICE OF HEARING ON DEFENDANT A.W. CHESTERTON'S MOTION TO DISMISS THE CROSS-CLAIMS OF GARLOCK, INC., VIACOM, INC. AND FOSTER WHEELER CORPORATION; DECLARATION OF SERVICE** |

NOTICE IS HEREBY GIVEN that a hearing has been set before this Court on _____ at the hour of _____ o'clock a.m./p.m. in the District Court of Guam on Defendant A.W. Chesterton's Motion to Dismiss the Cross-Claims of Garlock, Inc., Viacom, Inc. and Foster Wheeler Corporation.

DATED: Hagåtña, Guam, December 9, 2005.

CARLSMITH BALL LLP

/s/ Pat M____

J. PATRICK MASON
Attorneys for Defendant
A.W. Chesterton Company

# DECLARATION OF SERVICE

I, J.PATRICK MASON, hereby declare and state:

1. I am a United States citizen over the age of 18 years;

2. I am an Attorney of the law firm of Carlsmith Ball LLP.

3. On December 9, 2005, I will cause to be served a copy of the **NOTICE OF HEARING ON DEFENDANT A.W. CHESTERTON'S MOTION TO DISMISS THE CROSS-CLAIMS OF GARLOCK, INC., VIACOM, INC. AND FOSTER WHEELER CORPORATION** by hand delivery to the following:

John S. Unpingco, Esq.
Benjamin B. Cassiday, III
Lujan, Unpingco, Aguigui & Perez, LLP
Suite 300, PDN Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

Thomas C. Sterling, Esq.
Klemm Blair Sterling & Johnson, P.C.
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910

David W. Dooley, Esq.
Dooley Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Anita P. Arriola, Esq.
Arriola, Cowan & Arriola
Suite 201, C&A Professional Building
259 Martyr Street
Hagåtña, Guam 96910

Louie J. Yanza, Esq.
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

4. On December 9, 2005, I will also cause a copy of said documents to be served on the following by depositing same with the United States mail in sealed envelopes, postage prepaid, addressed as follows:

Laurie K. Anger, Esq.
John J. Petry, Esq.
Bruce A. Wagman, Esq.
Morgenstein and Jubelirer LLP
One Market Plaza

A.P. Green Industries, Inc.
c/o CT Corporation System
120 South Central Avenue
Clayton, MO 63105

Spear Street Tower
32nd Floor
San Francisco, California 94105

| | |
|---|---|
| Armstrong World Industries, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Babcock & Wilcox Company<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Dow Chemical Company<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Flexitallic, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, California 90017 |
| Honeywell International, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Kaiser Gypsum Company, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, California 90017 |
| A.P. Green Services, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Amchem Products, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Asbestos Claims Management Corporation<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Combustion Engineering, Inc.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Dresser Industries, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Flintkote Company<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| GAF Corporation<br>c/o Prentice-Hall Corporation Systems, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Harbison-Walker Refractories Co.<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| United States Gypsum Company<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 | Owens Corning<br>c/o Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801 |

Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239

Quigley Company, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

DATED: Hagåtña, Guam, December 9, 2005.

*signature*
J. PATRICK MASON