ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 15 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE. PASCUAL FERRERAS,<br>　　　　　Plaintiffs,<br><br>v.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC. *et. al.*,<br>　　　　　Defendants. | Civil Case No. 05-00025<br><br>**ORDER** |

The following motions are hereby set for hearing on January 17, 2006 at 9:30 a.m.: 1) Defendant A.W. Chesterton Company's Motion to Dismiss the First Amended Complaint; 2) Defendant A.W. Chesterton Company's Motion to Dismiss the Cross-Claims of Garlock, Inc., Viacom, Inc. and Foster Wheeler Corporation; and 3) Defendants Bayer CropScience, Inc.'s, as Successor-in-Interest to Amchem Products, Inc. ("Bayer") and The Dow Chemical Company's ("Dow") Motion to Dismiss for Lack of Personal Jurisdiction. Defendants Bayer and Dow also join in Defendant Georgia-Pacific Corporation's Motion to Dismiss Based on Improper Venue. However, Defendant Georgia-Pacific Corporation withdrew its motion. Accordingly, Bayer and Dow's joinder of that motion is considered moot and will not be considered further.

SO ORDERED this 15th day of December, 2005.

D. LOWELL JENSEN[*]
United States Senior District Judge

---

[*]The Honorable D. Lowell Jensen, United States Senior District Judge for Northern District of California, by designation.