DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Visosky@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

FILED
DISTRICT COURT OF GUAM
DEC 20 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Perreras, <br><br>Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>Defendants | CIVIL CASE NO. 05-00025<br><br><br><br><br><br><br><br>**ORDER** |

**ORIGINAL**

Cess Navarro Olmo, et. al. v. A.P. Green Industries, Inc., et. al.
Civil Case No. 05-00025
[Proposed] Order

This matter having come before the Court on the *pro hac vice* application of Joseph L. Greenslade, and for good cause shown,

IT IS ORDERED that the *pro hac vice* application is granted and that Joseph L. Greenslade is authorized to appear and practice before the Court in this matter.

DATE: December 20, 2005

_____
**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**
Judge, District Court of Guam

F:\Documents\1\05 Civil\G252 Garlock and Viacom\Pro Hac Vice Application (Order).doc



RECEIVED
DEC 16 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2