# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Cess Navarro Olmo, et al., | |
| Plaintiffs, | Case No. 1:05-cv-00025 |
| vs. | |
| A. P. Green Industries, Inc., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Order and Discovery Plan filed December 22, 2005, on the dates indicated below:

| Carlsmith Ball LLP | Dooley Roberts and Fowler LLP | Lujan, Aguigui and Perez LLP | Maher Yanza Flynn Timblin, LLP |
|---|---|---|---|
| December 23, 2005 | December 23, 2005 | December 23, 2005 | December 23, 2005 |
| Blair Sterling Johnson Moody | Arriola, Cowan and Arriola | | |
| December 23, 2005 | December 23, 2005 | | |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Order and Discovery Plan filed December 22, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 23, 2005                         /s/ Renee M. Martinez
                                                                      Deputy Clerk