
FILED
DISTRICT COURT OF GUAM
JAN 0 6 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE. PASCUAL FERRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>A.P. GREEN INDUSTRIES, INC., A.P. GREEN SERVICES, INC. *et. al.*,<br><br>Defendants. | Civil Case No. 05-00025<br><br>**ORDER** |

The Court has been informed that the Judicial Panel on MultiDistrict Litigation ("the panel") has entered a conditional transfer order in this case. A notice of opposition to this order has been lodged with the panel and is pending hearing. Since the issue regarding whether or not this matter will be transferred out of this Court's jurisdiction has not yet been decided by the panel, this Court believes it prudent to refrain from entertaining the pending motions[1] until the panel has made its decision. Accordingly, the hearing on the motions scheduled for January 17, 2006, is hereby vacated and will be rescheduled if necessary following the decision of the panel.

SO ORDERED this 6th day of January, 2006.

FRANCIS TYDINGCO-GATEWOOD
**Designated Judge, District Court of Guam**

---

[1] The following motions were set for hearing on January 17, 2006 at 9:30 a.m.: 1) Defendant A.W. Chesterton Company's Motion to Dismiss the First Amended Complaint; 2) Defendant A.W. Chesterton Company's Motion to Dismiss the Cross-Claims of Garlock, Inc., Viacom, Inc. and Foster Wheeler Corporation; and 3) Defendants Bayer CropScience, Inc.'s, as Successor-in-Interest to Amchem Products, Inc. ("Bayer") and The Dow Chemical Company's ("Dow") Motion to Dismiss for Lack of Personal Jurisdiction. Defendants Bayer and Dow also joined in Defendant Georgia-Pacific Corporation's Motion to Dismiss Based on Improper Venue. However, Defendant Georgia-Pacific Corporation withdrew its motion. Accordingly, Bayer and Dow's joinder of that motion is considered moot and will not be considered further.

Case 1:05-cv-00025     Document 124     Filed 01/06/2006     Page 1 of 1