LAURIE K. ANGER (CSB #94841)
MORGENSTEIN & JUBELIRER LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

ANITA P. ARRIOLA
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING
HAGÅTÑA, GUAM 96910
Tel No.: (671) 477-9730
Facsimile No.: (671) 477-9734

*Attorneys for Defendant Owens-Illinois, Inc.*

FILED
DISTRICT COURT OF GUAM
JAN 0 9 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| CESS NAVARRO OLMO, RONNIE PASCUAL FERRERAS,<br><br>PLAINTIFFS,<br><br>-VS-<br><br>A.P. GREEN INDUSTRIES, INC., et. al.,<br><br>DEFENDANTS. | CIVIL CASE NO. 05-00025<br><br>**CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT OF DEFENDANT OWENS-ILLINOIS, INC.** |

Defendant Owens-Illinois, Inc., is traded on the New York Stock Exchange. It does not have any parent corporations. As of September 30, 2005, FMR Corporation owned 14.53% and Massachusetts Financial Service Company owned 11.33% of Owens-Illinois, Inc. stock; no other publicly held corporation owned 10% or more of Owens-Illinois, Inc.'s stock.

Respectfully submitted this 9th day of January, 2006.

ARRIOLA COWAN & ARRIOLA

By: /s/ Anita P. Arriola
**ANITA P. ARRIOLA, ESQ.**
Attorney for Defendant Owens-Illinois, Inc.

# CERTIFICATE OF SERVICE

I, Anita P. Arriola, caused the **CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT OF DEFENDANT OWENS-ILLINOIS** to be served on January 9, 2006, via hand delivery on the following:

    Ignacio Aguigui, Esq.
    LUJAN, AGUIGUI & PEREZ, LLP.
    300 Pacific News Building
    238 Archbishop Flores Street
    Hagåtña, Guam 96910
    Attorneys for Plaintiffs

    Jon A. Visosky, Esq.
    DOOLEY, ROBERTS & FOWLER, LLP.
    Suite 201, Orlean Pacific Plaza
    865 South Marine Corps Drive
    Tamuning, Guam 96913
    Attorneys for Defendants

    Thomas C. Sterling, Esq.
    BLAIR, STERLING, JOHNSON, MOODY,
      MARTINEZ & LEON GUERRERO
    1008 Pacific News Building
    238 Archbishop Flores Street
    Hagåtña, Guam 96910
    Attorneys for Metropolitan Life Insurance Company

    J. Patrick Mason, Esq.
    CARLSMITH BALL LLP
    Bank of Hawaii Bldg., Suite 401
    134 West Soledad Avenue
    P.O. Box BF
    Hagåtña, Guam 96932-5027
    Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
    Kaiser Gypsum Company, Inc.

    Louie J. Yanza, Esq.
    MAHER• YANZA • FLYNN • TIMBLIN, LLP.
    115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
    Hagåtña, Guam 96910
    Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

    Dated:   January 9, 2006.

                                ARRIOLA, COWAN & ARRIOLA

                                By _____
                                    ANITA P. ARRIOLA
                                    *Attorneys for Defendant Owens-Illinois, Inc.*

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
and
**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120