DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Dooley@guamlawoffice.com

**FILED**
DISTRICT COURT OF GUAM
FEB 10 2006 ⁊P
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendants Garlock, Inc., CBS Corporation f/k/a Viacom, Inc., Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo, Ronnie Pascual Perreras, <br><br> Plaintiffs, <br><br> v. <br><br> A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc. <br><br> Defendants | CIVIL CASE NO. 05-00025 <br><br><br><br> **DEFENDANT** <br> **THE DOW CHEMICAL COMPANY'S** <br> **DISCLOSURE STATEMENT** <br> **PURSUANT TO RULE 7.1(a)** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant The Dow

**ORIGINAL**

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

Chemical Company (Dow), by and through its attorneys, the law firm of Dooley Roberts & Fowler LLP, by Jon A. Visosky, Esq., hereby discloses the following information:

1. Dow is a publicly-traded corporation with no parent corporation.

2. No publicly-held company owns 10% or more of Dow's stock.

Dated February 10, 2006.  DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Attorneys for Defendant
The Dow Chemical Company

2

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, caused the Defendant The Dow Chemical Company's Corporate Disclosure Statement Pursuant to Rule 7.1(a) to be served February 10, 2006, via hand delivery on the following:

> Ignacio Aguigui, Esq.
> LUJAN AGUIGUI & PEREZ LLP
> 300 Pacific News Building
> 238 Archbishop Flores Street
> Hagåtña, Guam 96910
> Attorneys for Plaintiffs
>
> Anita P. Arriola, Esq.
> ARRIOLA, COWAN & ARRIOLA
> 259 Martyr Street
> Suite 201, C&A Professional Building
> Hagåtña, Guam 96910
> Attorneys for Owens-Illinois, Inc.
>
> Thomas C. Sterling, Esq.
> BLAIR, STERLING, JOHNSON, MOODY,
> MARTINEZ & LEON GUERRERO
> 1008 Pacific News Building
> 238 Archbishop F.C. Flores Street
> Hagåtña, Guam 96910
> Attorneys for Metropolitan Life Insurance Company
>
> J. Patrick Mason, Esq.
> CARLSMITH BALL LLP
> Bank of Hawaii Bldg., Suite 401
> 134 West Soledad Avenue
> P.O. Box BF
> Hagåtña, Guam 96932-5027
> Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and Kaiser Gypsum Company, Inc.

///

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

>Louie J. Yanza, Esq.
>MAHER · YANZA · FLYNN · TIMBLIN, LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910
>Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated February 10, 2006.     DOOLEY ROBERTS & FOWLER LLP

By: _____
     JON A. VISOSKY

4

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

1) **A.P. Green Industries, Inc.**
   c/o CT Corporation System
   120 S. Central Ave.
   Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
   30600 Telegraph Road
   Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
   4100 Clinton Dr.
   Houston, TX 77020

5) **Flexitallic, Inc.**
   6914 LaPorte Rd.
   Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
   c/o Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

   and

   **Honeywell International, Inc.**
   101 Columbia Rd.
   Morristown, NJ 07960

8) **Quigley Company, Inc.**
   c/o CT Corporation System
   111 Eighth Ave.
   New York, NY 10011-5201

9) **United States Gypsum Company**
   c/o Corporation Trust Co.
   1209 N. Orange St.
   Wilmington, DE 19801-1120