DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Dooley@guamlawoffice.com

Attorneys for Defendants Garlock, Inc., CBS Corporation f/k/a Viacom, Inc.,
Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>        Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>        Defendants | CIVIL CASE NO. 05-00025<br><br><br><br><br><br>**DEFENDANT<br>FOSTER WHEELER CORPORATION<br>DISCLOSURE STATEMENT<br>PURSUANT TO RULE 7.1(a)** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Foster Wheeler

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

LLC (survivor to a merger with Foster Wheeler Corporation), by and through its attorneys, the law firm of Dooley Roberts & Fowler LLP, by Jon A. Visosky, Esq., hereby discloses the following information:

1. The ultimate parent of Foster Wheeler LLC is Foster Wheeler Ltd. Foster Wheeler Ltd. has no parent corporations.

2. Based on information available to Defendant as of the date of this statement, Defendant states that Merrill Lynch & Co. (on behalf of Merrill Lynch Investment Managers) owns 17.35% of Foster Wheeler Ltd. common stock.

Dated February 10, 2006.   DOOLEY ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
Foster Wheeler Corporation

2

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, caused the Defendant Foster Wheeler Corporation's Corporate Disclosure Statement Pursuant to Rule 7.1(a) to be served February 10, 2006, via hand delivery on the following:

        Ignacio Aguigui, Esq.
        LUJAN AGUIGUI & PEREZ LLP
        300 Pacific News Building
        238 Archbishop Flores Street
        Hagåtña, Guam 96910
        Attorneys for Plaintiffs

        Anita P. Arriola, Esq.
        ARRIOLA, COWAN & ARRIOLA
        259 Martyr Street
        Suite 201, C&A Professional Building
        Hagåtña, Guam 96910
        Attorneys for Owens-Illinois, Inc.

        Thomas C. Sterling, Esq.
        BLAIR, STERLING, JOHNSON, MOODY,
        MARTINEZ & LEON GUERRERO
        1008 Pacific News Building
        238 Archbishop F.C. Flores Street
        Hagåtña, Guam 96910
        Attorneys for Metropolitan Life Insurance Company

        J. Patrick Mason, Esq.
        CARLSMITH BALL LLP
        Bank of Hawaii Bldg., Suite 401
        134 West Soledad Avenue
        P.O. Box BF
        Hagåtña, Guam 96932-5027
        Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
        Kaiser Gypsum Company, Inc.

///

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

> Louie J. Yanza, Esq.
> MAHER · YANZA · FLYNN · TIMBLIN, LLP
> 115 Hesler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910
> Attorneys for John Crane, Inc.

and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated February 10, 2006.              DOOLEY ROBERTS & FOWLER LLP

                                By: _____
                                    **JON A. VISOSKY**

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) Honeywell International, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120