

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223
Dooley@guamlawoffice.com



**FILED**
DISTRICT COURT OF GUAM

FEB 14 2006 *P*

**MARY L.M. MORAN
CLERK OF COURT**

Attorneys for Defendants Garlock, Inc., CBS Corporation f/k/a Viacom, Inc.,
Foster Wheeler Corporation, Bayer CropScience, Inc., as Successor-in-Interest
to Amchem Products, Inc., and The Dow Chemical Company

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Cess Navarro Olmo,<br>Ronnie Pascual Perreras,<br><br>Plaintiffs,<br><br>v.<br><br>A.P. Green Industries, Inc., A.P. Green Services, Inc., A.W. Chesterton Company, Amchem Products, Inc., Armstrong World Industries, Inc., Asbestos Claims Management Corporation, Babcock & Wilcox Company, Combustion Engineering, Inc., Dow Chemical Company, Dresser Industries, Inc., Flexitallic, Inc., Flintkote Company, Foster Wheeler Corp., GAF Corporation, Garlock, Inc., Georgia-Pacific Corporation, Harbison-Walker Refractories Co., Honeywell International, Inc., John Crane, Inc., Kaiser Gypsum Company, Inc., Metropolitan Life Insurance Company, Owens Corning, Owens-Illinois, Inc., Pittsburg Corning Corporation, Quigley Company, Inc., United States Gypsum Company, Viacom, Inc.<br><br>Defendants | ) CIVIL CASE NO. 05-00025<br>)<br>)<br>)<br>)<br>)<br>)<br>) **DEFENDANT**<br>) **GARLOCK, INC.**<br>) **DISCLOSURE STATEMENT**<br>) **PURSUANT TO RULE 7.1(a)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORIGINAL

<u>Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.</u>
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Garlock, Inc.

(Garlock), by and through its attorneys, the law firm of Dooley Roberts & Fowler LLP, by Jon A.

Visosky, Esq., hereby discloses the following information:

1.      Garlock Sealing Technologies LLC, successor by merger to Garlock Inc. is a wholly

owned subsidiary of Coltec Industries, Inc. Coltec Industries, Inc. is a wholly owned subsidiary of

EnPro Industries, Inc.

2.      No publicly held corporation owns 10% or more of the stock of Garlock.

Dated February 14, 2006.                    DOOLEY ROBERTS & FOWLER LLP

By: _____
    **JON A. VISOSKY**
    Attorneys for Defendant
    Garlock, Inc.

2

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

## CERTIFICATE OF SERVICE

I, Jon A. Visosky, caused the Defendant Garlock, Inc.'s Disclosure Statement Pursuant to

Rule 7.1(a) to be served February 14, 2006, via hand delivery on the following:

Ignacio Aguigui, Esq.
LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Attorneys for Plaintiffs

Anita P. Arriola, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street
Suite 201, C&A Professional Building
Hagåtña, Guam 96910
Attorneys for Owens-Illinois, Inc.

Thomas C. Sterling, Esq.
BLAIR, STERLING, JOHNSON, MOODY,
MARTINEZ & LEON GUERRERO
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Attorneys for Metropolitan Life Insurance Company

J. Patrick Mason, Esq.
CARLSMITH BALL LLP
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
P.O. Box BF
Hagåtña, Guam  96932-5027
Attorneys for Georgia-Pacific Corporation, A.W. Chesterton Company, and
Kaiser Gypsum Company, Inc.

///

///

3

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)


        Louie J. Yanza, Esq.
        MAHER · YANZA · FLYNN · TIMBLIN, LLP
        115 Hesler Place, Ground Floor
        Governor Joseph Flores Building
        Hagåtña, Guam 96910
        Attorneys for John Crane, Inc.


and via regular mail to all the parties listed on the attached matrix of Agents for Service of Process.

Dated February 14, 2006.          DOOLEY ROBERTS & FOWLER LLP


By: _____
        JON A. VISOSKY

Cess Navarro Olmo, et al. v. A.P. Green Industries, Inc., et al.
Civil Case No. 05-00025
Corporate Disclosure Statement Pursuant to Rule 7.1(a)

1) **A.P. Green Industries, Inc.**
c/o CT Corporation System
120 S. Central Ave.
Clayton, MO 63105-1705

2) **A.P. Green Services, Inc.**
30600 Telegraph Road
Bingham Farms, MI 48025

3) **Combustion Engineering, Inc.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

4) **Dresser Industries, Inc.**
4100 Clinton Dr.
Houston, TX 77020

5) **Flexitallic, Inc.**
6914 LaPorte Rd.
Deer Park, TX 77436

6) **Harbison-Walker Refractories Co.**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

7) **Honeywell International, Inc.**
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

and

**Honeywell International, Inc.**
101 Columbia Rd.
Morristown, NJ 07960

8) **Quigley Company, Inc.**
c/o CT Corporation System
111 Eighth Ave.
New York, NY 10011-5201

9) **United States Gypsum Company**
c/o Corporation Trust Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

F:\1\05 Civil\Asbestos Litigation\Garlock and Viacom\Corporate Disclosure Statement (Garlock).doc

5