# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

Cess Navarro Olmo, et al.,

Plaintiffs,

vs.

A. P. Green Industries, Inc., et al.,

Defendants.

Case No. 1:05-cv-00025

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the Transfer Order from MDL filed April 27, 2006, on the dates indicated below:

| Carlsmith Ball LLP | Dooley Roberts and Fowler LLP | Lujan, Aguigui and Perez LLP | Maher Yanza Flynn Timblin, LLP |
|---|---|---|---|
| April 28, 2006 | April 28, 2006 | April 28, 2006 | April 28, 2006 |

| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Arriola, Cowan and Arriola |
|---|---|
| April 28, 2006 | April 28, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Transfer Order from MDL filed April 27, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 1, 2006                                         /s/ Renee M. Martinez
                                                              Deputy Clerk