

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)         :

                                      :

   This Document Relates To:          :    CIVIL ACTION NO.  MDL 875
Flexitallic, Inc.
   Bankrupt Defendant

                                      :

       ALL ACTIONS                    :
   (See attached schedule
      for case list)                  :

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Flexitallic, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 5/25/2006

_____  J.
James T. Giles, Judge
FILED JUN - 5 2006

ENTERED JUN - 5 2006
CLERK OF COURT

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Judicial Panel on Multidistrict Litigation - Individual Involvement Summary**  
Party FLEXITALLIC, INC. Is Involved In 15 Actions

Printed on 04/25/2006

Page 1

Civil Action(s)

-- MDL 875 --
GU-1-05-25
MSS-1-05-126
MSS-1-05-371
OHN-1-05-10007
OHN-1-05-10008
OHN-1-05-10009
OHN-1-05-10010
OHN-1-05-10011
OHN-1-05-10012
OHN-1-05-10013
OHN-1-05-10014
OHN-1-05-10015
OHN-1-05-10016
OHN-1-05-10017
OHN-1-05-10018

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.