FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

GU-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : 
LIABILITY LITIGATION (No. VI) :
:
─────────────────────────────── :
:
This Document Relates To: : CIVIL ACTION NO. MDL 875
A.P. Green Services, Inc.
Bankrupt Defendant
:
ALL ACTIONS :
GU-1-05-25 :

### O R D E R  O F  D I S M I S S A L

DEFENDANT, A.P. Green Services, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 6/14/2006

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

James T. Giles, Judge