FILED
DISTRICT COURT OF GUAM
JUN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To: : CIVIL ACTION NO. MDL 875
<u>Quigley Co., Inc.</u>
Bankrupt Defendant

ALL ACTIONS
(See attached schedule
for case list)

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Quigley Co., Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 6/17/2006

James T. Giles, Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Judicial Panel on Multidistrict Litigation - Individual Involvement Summary**
*Party QUIGLEY CO., INC. Is Involved In 6 Actions*

Printed on 05/25/2006

Page 1

| Civil Action(s) |
|---|

**— MDL 875 —**

GU-1-05-25
MD-1-94-3507
MD-1-94-3508
NCM-1-02-874
NYE-1-02-757
TXE-1-05-874

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.