FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI) :

This Document Relates To: : CIVIL ACTION NO. MDL 875
A.P. Green Industries, Inc.
Bankrupt Defendant
:

ALL ACTIONS :
(See attached schedule
for case list) :

### O R D E R   O F   D I S M I S S A L

DEFENDANT, A.P. Green Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 6/14/2006

_____
James T. Giles, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED:
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action(s)**

**-- MDL 875 --**

GU-1-05-25
NYE-1-02-757
OHN-1-90-10840
TXE-1-05-874

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.

ey => Civil Actions enclosed by {} have been closed.  a * indicates that the party has been dismissed from the case